UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| Parents, Families and Friends of Lesbians and Gays, Inc., et al.<br><br>    Plaintiffs<br><br>    v.<br><br>Camdenton R-III School District, et al.<br><br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:11-cv-04212 |

**DECLARATION OF ANTHONY E. ROTHERT
IN SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION**

Pursuant to 28 U.S.C. § 1746, Anthony E. Rothert hereby declares as follows:

1.      I am the Legal Director of the American Civil Liberties Union of Eastern Missouri, am competent to testify, and have personal knowledge of the matters in this Declaration.

2.      I make this Declaration in support of Plaintiffs' Motion for Preliminary Injunction.

3.      On May 12, 2011, our office sent a request for public records to the custodian of records of the Camdenton R-III School District (the "District"). The information we sought included which categories of content were being blocked by the District's Internet filtering software.

4. In response to our records request, we received a May 19, 2011, letter from Tim Hadfield, Superintendent of the District. A true and correct copy of the letter is attached hereto as Exhibit A-1.

5. On May 24, 2011, I wrote to Tim Hadfield to inform him that the District's filtering software causes the District to violate the First Amendment and requested that the District deactivate the "sexuality" filter and restore students' access to websites containing LGBT-supportive content and resources. A true and correct copy of the May 24, 2011, letter is attached hereto as Exhibit A-2.

6. In response to our May 24, 2011, letter to Tim Hadfield, I received a letter dated May 26, 2011 from Tom Mickes. A true and correct copy of the letter is attached hereto as Exhibit A-3.

7. On May 31, 2011, I responded to Tom Mickes. A true and correct copy of the letter is attached hereto as Exhibit A-4.

8. In response to my May 31, 2011, letter, I received a June 6, 2011, response from Betsey A. Helfrich. A true and correct copy of the letter, which enclosed the "sexuality" blacklist, is attached hereto as Exhibit A-5.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2011

_Anthony E. Rothert_
Anthony E. Rothert