

## Camdenton R-III School District
*Everyone Learning Every Day*

P O Box 1409
Camdenton, MO 65020-1409
Phone: 573-346-9213 · Fax: 573-346-9211

Superintendent
Tim Hadfield
Deputy Superintendent
Brian Henry, Ed.D.
Assistant Superintendents
Roma Lee France
Jim Rich, Ph.D.

May 19, 2011

Mr. Michael K. Hill
Assistant to the Legal Director
American Civil Liberties Union of Eastern Missouri
454 Whittier St.
St. Louis MO 63108

Dear Mr. Hill,

Please find below the District's responses to your inquiry.

<u>District response to request #1.</u>

Please find below a listing of categories blocked by our School District. The District does not explicitly block the categories of "LGBT," "Gay or Lesbian or Bisexual Interest," "Alternative Lifestyles," "Social Issues," or any similar category.

<u>District response to request #2.</u>

The District does not maintain records concerning the websites listed; however, please note below are the results of the District's filtering software for the websites listed.
  A) Day of Silence – blocked under category Sexuality.
  B) It Gets Better Project – open.
  C) The Trevor Project – blocked under the category Sexuality.
  D) GSA Network – blocked under Sexuality.
  E) Gay, Lesbian, Straight Education Network – blocked under the category Sexuality.

<u>District response to request #3.</u>

On November 12, 2008, at 11:45:02 a.m. the following website was requested opened by our Technology Department. www.rainbowdomesticviolence.itgo.com was opened.

<u>District response to request #4.</u>

The District's filtering software is custom built by the Camdenton R-III School District. There is no default configuration. Randal Cowen, Network Administrator, deemed the present configuration

---

**BOARD OF EDUCATION**

Nancy A. Masterson, President    Chris C. McElyea, Vice President    Randy M. Dickerson, Treasurer    John L. Beckett, Member
Jim Besancenez, Member              Selynn Barbour, Member              Jackie Schulte, Member            Linda Leu, Secretary

acceptable for our general audience within our network of Pre-Kindergarten through 12th grade students. This decision was made in consultation with either the Assistant Superintendent in charge of Technology or the Superintendent of Schools.

District response to request #5.

Randal Cowen, Network Administrator, provided the final configuration presently in place and activated the categories of mixed adult sexuality and blog that may contribute to limited access for similar requests. During the 2009-2010 school year a District email was sent indicating that different levels of filtering were available. This decision was made in consultation with either the Assistant Superintendent in charge of Technology or the Superintendent of Schools.

District response to request #6.

The District possesses no document.

District response to request #7.

The District possesses no document.

District response to request #8.

The District has no contract.

Sincerely,

Timothy Hadfield, Superintendent

TEH/lll

BOARD OF EDUCATION

Nancy A. Masterson, President    Chris C. McElyea, Vice President    Randy M. Dickerson, Treasurer    John L. Beckett, Member
Jim Besancenez, Member           Selynn Barbour, Member              Jackie Schulte, Member           Linda Leu, Secretary

## Explicitly Denied Domains & URL's

proxyspin.com
82.98.86.172
lpmarvel.info
204.27.59.69
freedom.2surf.org
204.27.61.26
xptunnel.info
204.27.61.27
freexp.info
204.27.61.27
lpcupid.info
204.27.59.69
nexus2.co.tv
174.129.222.176
208.101.30.10
school-survival.net
myspaceproxylist.com
sleeksite.info
proxystock.net
myspace4usa.info
schoolsurfers.info
hidethisnow.info
letmehide.com
vtunnel.com
56.com
www.gotomypc.com
izlese.org
216.115.208.0/20
216.219.112.0/20
66.151.158.0/24
66.151.150.160/27
66.151.115.128/26
64.74.80.0/24
202.173.24.0/21
67.217.64.0/19
78.108.112.0/20
68.64.0.0/19
206.183.100.0/22
omegle.com
totaljerkface.com
surfagain.com

62.122.73.21
poshpartyusa.com
jemmet.ce.ms
wontstopus.com
vfgv.info
frozencomb.com
www.gotomypc.com/remote_access/remote_access
google.com/chat
use.my/System.Administrator-helpdesk.us.gov
chickenortheegg.biz
unblockyoutube.com
surfmo.com


## Explicitly Allowed Domains/URL's
mail.aol.com
hotmail.com
video.google.com
google.com
gmodules.com
appleseed.c.topica.com
camdentonschools.org
cmsra.info
demr.opt.fimserve.com
cheetahmail.com
4guysfromrolla.com
shelfari.com
ncbi.nlm.nih.gov
demr.opt.fimserve.com
c.youtube.com
funschool.kaboose.com
musiciansfriend.com
agosnet.com
drugs.com
mlb.mlb.com
my.screenname.aol.com
idecweb.us
friscoleague.proboards.com
cmsra.info
conceptcarz.com
joingotomeeting.com
maps.yahoo.com

kaboose.com
www.kaboose.com
dream.kaboose.com
my.aol.com
chem.lastate.edu
linkedin.com
eteamz.active.com
video.esgn.tv
caselaw.lp.findlaw.com
shootata.com
mlb.mlb.com
npr.org
target.com
linerider.com
motraps.com
remington.com
kbb.com
demetrichristos.blogspot.com
browning.com
misterguch.brinkster.net
appliedlanguage.com
rxlist.com
groups.yahoo.com
frcdirector.blogspot.com
mapage.noos.fr
ww11.altsafe.com
expage.com
search.freefind.com
environmentalchemistry.com
brainpop.speedera.net
brainpop.com
jacssprouts.ning.com
smarter.com
ning.com
archives.com
www.ning.com
my.screenname.aol.com
jigzone.com
mshsaa.org
1shoppingcart.com
learnmate4.com
www.learnmate4.com

foodandwine.com
catholic.org
elluminate.com
el19.elluminate.com
sexualityandu.ca
religion-online.org
disney.com
sfgate.com
sbugraded.blogspot.com
gocomics.com
geni.com
tripleschristianranch.blogspot.com
grts.org
hrbenefitsdirect.com
futuretechnologyvideos.blogspot.com
blogs.msdn.com
alibaba.com
stltoday.com
domainsbyproxy.com
autotrader.com
payloadz.com
spa.snap.com
edge.quantserve.com
cmsbookchatters.wordpress.com
shots.snap.com
youtube.com/watch?v=dhWM2fvgh1I&feature=player_embedded
pixel.quantserve.com
missouricareereducation.org
epromos.com
ucmo.edu
ftp.hp.com
coupons.com
missouridmh.typepad.com
esmas.com
stltoday.com
bloximages.newyork1.vip.townnews.com
newstribune.townnews.com
therapylog.com
skype.com
nra.org
joinwebinar.com
gotomeeting.com

marinepartsexpress.com
kaboose.com
holidays.kaboose.com
printables.kaboose.com
energycap.com
getresponse.com
172.16.0.153
proxy.espn.go.com
fms.clear.msu.edu
squidoo.com
rainbowdomesticviolence.com
discovery.com
news.discovery.com
img.discovery.com
streaming.discoverymedia.com
discoverymedia.com
dsc.discovery.com
static.discoverymedia.com
brightcove.com
benchmarkemail.com
wildearth.tv
adap.tv
jimandsasha.tumblr.com
flash.quantserve.com
a13.video2.blip.tv/9810007262023/Intbac-LanguageB2011ScreencastPresentation190.m4v?brs=855&bri=2.7
blip.tv/play/gvNWgpOvPAA%2Em4v
rcv-srv81.inplay.tubemogul.com/StreamReceiver/services
addthis.com
ipscience.fatcow.com
honda.com
oneschoolstreet
207.7.88.37
oneschoolstreet.com
spkenneldoglog.blogspot.com
spkenneldoglog.blogspot.com
player.vimeo.com
av.vimeo.com
banking.commercebank.com
religioustolerance.org
winchester.com
emailmeform.com

64.106.208.169
dishmail.net
printthis.clickability.com
digitalblasphemy.com
wildearth.tv
dev2.wildearth.tv
bs.serving-sys.com
view.atdmt.com
vtaide.com
petitionspot.com
bearstrack.net
74.52.40.210
74.125.45.138
74.125.225.19
74.125.225.17
74.125.225.20
theplanet.com
kodakgallery.com
metrics.kodakgallery.com
googleadservices.com
gotomypc.com
medicinenet.com
youtube.com/watch?v=dhWM2fvgh1I
youtube.com/v/dhWM2fvgh1I&#038;rel=1&#038;fs=1&#038;showsearch=0&#038;showinfo=1&#038;iv_load_policy=1
youtube.com/v/dhWM2fvgh1I&#038
youtube.com/v/dhWM2fvgh1I
youtube.com/v/dhWM2fvgh1I&rel=1&fs=1&showsearch=0&showinfo=1&iv_load_policy=1
youtube.com/crossdomain.xml
youtube.com/get_video_info?&video_id=dhWM2fvgh1I&el=embedded&ps=default&eurl=http%3A%2F%2Fcmsbookchatters%2Ewordpress%2Ecom%2Frockin%2Dthe%2Dtrumans%2Fcompound%2F&hl=en_US
youtube.com/embed_api_rest?&method=list_recs&v=dhWM2fvgh1I
youtube.com/v/U5BC3hKlon8&rel=1&fs=1&showsearch=0&showinfo=1&iv_load_policy=1
youtube.com/v/L1NyLUtozOQ&rel=1&fs=1&showsearch=0&showinfo=1&iv_load_policy=1
youtube.com/get_video_info?&video_id=U5BC3hKlon8&el=embedded&ps=default&eurl=http%3A%2F%2Fcmsbookchatters%2Ewordpress%2Ecom%2Frockin%2Dthe%2Dtrumans%2Dand%2Dtwains%2Ffound%2D3%2F&hl=en_US
youtube.com/v/
youtube.com/get_video_info?&video_id=2szX6ClpNrA&el=embedded&ps=default&eurl=http%3A%2F%2Fcmsbookchatters%2Ewordpress%2Ecom%2Frockin%2Dthe%2Dtrumans%2Fhunger%2Dgames%2F&hl=en_US

youtube.com/get_video_info?&video_id=6ogT-bcHgL0&el=embedded&ps=default&eurl=http%3A%2F%2Fcmsbookchatters%2Ewordpress%2Ecom%2Frockin%2Dthe%2Dtrumans%2Fthe%2Dwhite%2Dgates%2F&hl=en_US
youtube.com/watch?v=mnk1zPw_PHc
youtube.com/v/
youtube.com/v/*
www.youtube.com/v/*
www.youtube.com/v/
www.youtube.com/v/mnk1zPw_PHc&rel=1&fs=1&showsearch=0&showinfo=1&iv_load_policy=1
youtube.com/v/mnk1zPw_PHc&rel=1&fs=1&showsearch=0&showinfo=1&iv_load_policy=1
youtube.com/get_video_info?&video_id=mnk1zPw_PHc&el=embedded&ps=default&eurl=http%3A%2F%2Fcmsbookchatters%2Ewordpress%2Ecom%2Frockin%2Dthe%2Dtrumans%2Fadoration%2Dof%2Djenna%2Dfox%2F&hl=en_US
youtube.com/watch?v=Wf1kw5Yp9Ck&feature=player_embedded
vimeo.com/12624924
player.vimeo.com/video/12624924
vimeo.com/turnitin
youtube.com/watch?v=mMNgSipjEPg
ad.doubleclick.net/adj/imdb2.consumer.video/
youtube.com/watch?v=7HsYUA-heIk
youtube.com/watch?v=w_-RB93hB10
youtube.com/watch?v=9pFY15WJ7QM
angelfire.com/de/hadas/palabras/casa.html
angelfire.com/de/hadas/palabras
angelfire.com/de/hadas/palabras/
angelfire.com/de/hadas/palabras/ventana.jpg
angelfire.com/de/hadas/palabras/*
www.angelfire.com/de/hadas/palabras/*
angelfire.com/de/hadas/*
www.angelfire.com/de/hadas/*
youtube.com/watch?v=f7TS2Z6IAI4
angelfire.com/de/hadas/palabras/wz_dragdrop.js
angelfire.com/de/hadas/palabras/casa6.jpg
angelfire.com/de/hadas/palabras/bed1.jpg
angelfire.com/de/hadas/palabras/bed1.gif
angelfire.com/de/hadas/palabras/sofa.gif
angelfire.com/de/hadas/palabras/chair1.gif
angelfire.com/de/hadas/palabras/desk02.gif
angelfire.com/de/hadas/palabras/bed2.gif
angelfire.com/de/hadas/palabras/kitchen1.gif
angelfire.com/de/hadas/palabras/clock06.gif
angelfire.com/de/hadas/palabras/grandfatherclock.gif

angelfire.com/de/hadas/palabras/chair3.gif
angelfire.com/de/hadas/palabras/chest2.gif
angelfire.com/de/hadas/palabras/chest1.gif
angelfire.com/de/hadas/palabras/broom.gif
angelfire.com/de/hadas/palabras/kitchen2.gif
angelfire.com/de/hadas/palabras/stove.gif
angelfire.com/de/hadas/palabras/phone2.gif
angelfire.com/de/hadas/palabras/lamp1.gif
angelfire.com/de/hadas/palabras/stuff-0001.gif
angelfire.com/de/hadas/palabras/1971.gif
angelfire.com/de/hadas/palabras/1974.gif
angelfire.com/de/hadas/palabras/1994.gif
angelfire.com/de/hadas/palabras/lavaplatos.gif
angelfire.com/de/hadas/palabras/sofa1.gif
angelfire.com/de/hadas/palabras/table.gif
angelfire.com/de/hadas/palabras/2526.gif
angelfire.com/de/hadas/palabras/chair2.gif
angelfire.com/de/hadas/palabras/Flowervase.gif
angelfire.com/de/hadas/palabras/brush.gif
angelfire.com/de/hadas/palabras/alacena.gif
angelfire.com/de/hadas/palabras/acacia_victorian_banner.gif
youtube.com/watch?v=cXqDlFUB7YU
holidays.kaboose.com/xmas-color.html
youtube.com/watch?v=uaf8-kfNWUY
youtube.com/watch?v=0f62XQPBlTE
youtube.com/watch?v=KX9lh0TPQdw
youtube.com/watch?v=Q3lt6OeVcD4
youtube.com/watch?v=6MxxqcH_Mkc
youtube.com/embed/OC_gNRY1qTk
youtube.com/watch?v=F1GlwRJOVrw
youtube.com/watch?v=OC_gNRY1qTk
youtube.com/watch?v=MpFlBY-JLFo
youtube.com/watch?v=-P2PGGeTOA4
youtube.com/watch?v=0_Wqs_J0Fr4
link.brightcove.com/services/player/bcpid6716709001?bckey=AQ~~,AAAAAFwNJhQ~,2UA9EcWU7eM5vUWp0h4s2HYedsNAzJnY&bctid=1667900214
link.brightcove.com/services/link/bcpid6716709001/bctid1667900214
youtube.com/watch?v=eFTLKWw542g
youtube.com/watch?v=FnxUoriM62A
metacafe.com/watch/4809091/chef_rick_tramonto_reality_and_rigatoni_cbn_com
youtube.com/watch?v=MtqxY3t74To
flickr.com/photos/bakerella/5341260215/

youtube.com/watch?v=JPSARO3G9EA
youtube.com/watch?v=yL06-nvhmqQ
youtube.com/watch?v=Wq3tVrTFcKk
youtube.com/watch?v=oSaIMMetVUI
blip.tv/play/gvNWgpOvPAA.m4v
blip.tv/play/gvNWgpOvPAI%2Em4v
blip.tv/rss/flash/4511576
a.blip.tv/scripts/flash/stratos.swf
blip.tv/crossdomain.xml
blip.tv/file/get/Intbac-LanguageB2011ScreencastPresentation190.m4v
a.images.blip.tv/Intbac-LanguageB2011ScreencastPresentation500.jpg
static.inplay.tubemogul.com/core/core-as3-v4.4.0.swf
flash.quantserve.com/pixel.swf?publisherId=p%2D74vRIZ03u2gFw&fpf=FO%2D173769472%2D1295545717170&flashPlayer=WIN%2010%2C1%2C102%2C64&event=embedded&media=video&videoId=4511576&labels=International%20Baccalaureate%2ELanguage%20B%202011%20screencast%20presentation&url=http%3A%2F%2Fa%2Eblip%2Etv%2Fscripts%2Fflash%2Fstratos%2Eswf%3Ffile%3Dhttp%253A%252F%252Fblip%2Etv%252Frss%252Fflash%252F4511576%26showplayerpath%3Dhttp%253A%252F%252Fa%2Eblip%2Etv%252Fscripts%252Fflash%252Fstratos%2Eswf%26feedurl%3Dhttp%253A%2F%2Fintbac%2Eblip%2Etv%2Frss%2Fflash%26brandname%3Dibo%2Eorg%26brandlink%3Dhttp%253A%2F%2Fblip%2Etv%2F%253Futm%5Fsource%253Dbrandlink%26enablejs%3Dtrue%26showmorebutton%3Dfalse%26frontcolor%3D999999%26lightcolor%3D0xffd500%26backcolor%3D0xf5f5f5%26tabType3%3Dnone%26tabType1%3Ddetails%26tabTitle1%3DAbout%26tabType2%3Dguide%26tabTitle2%3DEpisodes%26tabUrl2%3Dhttp%253A%2F%2Fintbac%2Eblip%2Etv%2Frss%2Fflash%26useoldendcap%3Dtrue&r=9031&allowTrace=true&title=Language%20B%202011%20screencast%20presentation&qcv=5%2E0%2E0&pageURL=http%3A%2F%2Fa%2Eblip%2Etv%2Fscripts%2Fflash%2Fstratos%2Eswf%3Ffile%3Dhttp%253A%252F%252Fblip%2Etv%252Frss%252Fflash%252F4511576%26showplayerpath%3Dhttp%253A%252F%252Fa%2Eblip%2Etv%252Fscripts%252Fflash%252Fstratos%2Eswf%26feedurl%3Dhttp%253A%2F%2Fintbac%2Eblip%2Etv%2Frss%2Fflash%26brandname%3Dibo%2Eorg%26brandlink%3Dhttp%253A%2F%2Fblip%2Etv%2F%253Futm%5Fsource%253Dbrandlink%26enablejs%3Dtrue%26showmorebutton%3Dfalse%26frontcolor%3D999999%26lightcolor%3D0xffd500%26backcolor%3D0xf5f5f5%26tabType3%3Dnone%26tabType1%3Ddetails%26tabTitle1%3DAbout%26tabType2%3Dguide%26tabTitle2%3DEpisodes%26tabUrl2%3Dhttp%253A%2F%2Fintbac%2Eblip%2Etv%2Frss%2Fflash%26useoldendcap%3Dtrue
a13.video2.blip.tv/9810007262023/Intbac-LanguageB2011ScreencastPresentation190.m4v?brs=855&brl=2.7
blip.tv/play/gvNWgpOvPAA%2Em4v
rcv-srv81.inplay.tubemogul.com/StreamReceiver/services
vimeo.com/13530204
youtube.com/watch?v=6Lq9VysZXkQ
youtube.com/embed/YmyVKvZ3vfo
youtube.com/watch?v=VL9xOLpwI0I
youtube.com/watch?v=-NXWE6AC8ao
vimeo.com/4670357

youtube.com/watch?v=q1Mwy5I--Qk
youtube.com/watch?v=VcpphObZAgg&feature=related
youtube.com/watch?v=X-o_NHT2EQg&feature=related
youtube.com/watch?v=BgsB8yYmqaE
youtube.com/watch?v=2AZLUohDCGo
youtube.com/watch?v=d2afuTvUzBQ
youtube.com/watch?v=v3pYRn5j7ol
youtube.com/results?search_query=Feynman photosynthesis
youtube.com/watch?v=vNBUtAxtMOI
youtube.com/watch?v=8IRtC8wBUa0
youtube.com/watch?v=P67OkRT00WQ
youtube.com/watch?v=xMUqBEneIN8
youtube.com/user/wilsonmw04?feature=mhum#p/a/u/1/MVyRMAc8a1E
youtube.com/watch?v=DUEElhgVLYE
youtube.com/watch?v=eGSnbByEt_k
youtube.com/watch?v=IcJWrczIz7s
youtube.com/watch?v=vDc4hC9HEYc
facebook.com/video/video.php?v=195651993797124
youtube.com/watch?v=DIjsqm-w8EA
youtube.com/watch?v=A-4xIhXNPmQ
youtube.com/watch?v=ILyJsGIzoC4
youtube.com/watch?v=T_w-YqsjwCw
youtube.com/watch?v=d7WoW7F-svo
youtube.com/watch?v=V0NorfAfvPs
youtube.com/watch?v=kQuINsAFDNg
youtube.com/watch?v=saqvMq8GEkY
youtube.com/watch?v=9IIED60I4w8
youtube.com/watch?v=8mkOTN1jrAs
youtube.com/watch?v=rhTIQ9Le5dc
flickr.com/photos/59254917@N02/5439785520/in/photostream/
youtube.com/watch?v=vNBUtAxtMOI
youtube.com/watch?v=8IRtC8wBUa0
youtube.com/watch_popup?v=h60r2HPsiuM
youtube.com/watch?v=hbsX12ol_K8
youtube.com/watch?v=DICPd1bfJOI
youtube.com/watch?v=QL417V5mI5o
youtube.com/watch?v=-zsdYOgTbOk
youtube.com/watch?v=mN_gWzoLXZg
youtube.com/watch?v=d-X9DEUOALo
youtube.com/watch?v=IOLJNuHffwU
youtube.com/watch?v=_tYkr6VMJ7g
youtube.com/watch?v=KroxOQ67U-U

youtube.com/watch?v=UzI6M1YIU3w
youtube.com/watch?v=bNMsNHqxszc
youtube.com/watch?v=jsVgi8hoFFc
youtube.com/watch?v=P1sDOJM65Bc
youtube.com/watch?v=FWYmEICNgOQ
youtube.com/watch?v=L4jIC5HLBdM
youtube.com/watch?v=AgCYcKDiHMc
youtube.com/watch?v=evcCoxeOWbE
youtube.com/watch?v=6KRd1c4M-3E
youtube.com/watch?v=BAqJQHZNhzA
youtube.com/watch?v=RhHpJ45_zwM
youtube.com/watch?v=yg9MKQ1OYCg
youtube.com/watch?v=BAqJQHZNhzA
http://www.youtube.com/watch?v=W1u-cUWRGYc
youtube.com/watch?v=W1u-cUWRGYc
library.gcu.edu
my.gcu.edu
youtube.com/watch?v=ZpWxJOjujjU
youtube.com/watch?v=_-1jrdggzfc
youtube.com/watch?v=H-eYBZFEzf8
youtube.com/watch?v=fAdezEYxsn8
youtube.com/watch?v=fAdezEYxsn8
vimeo.com/5144590
youtube.com/watch?v=T1NVUV8yhmU
youtube.com/watch?v=QG7OV-RfSyY
youtube.com/watch?v=eccF2yKP4KA
youtube.com/watch?v=HjKCpzkKDbI
youtube.com/watch?v=Vib2__BDCXc
youtube.com/watch?v=DdJVf7Uk2zE
youtube.com/watch?v=_g7m3vyCcxs
youtube.com/watch?v=Je__chpWTSU
BEAR:/rlc/squidGuard/db/DistWhite # vi urls.diff
youtube.com/watch?v=6KRd1c4M-3E
youtube.com/watch?v=BAqJQHZNhzA
youtube.com/watch?v=RhHpJ45_zwM
youtube.com/watch?v=yg9MKQ1OYCg
youtube.com/watch?v=BAqJQHZNhzA
http://www.youtube.com/watch?v=W1u-cUWRGYc
youtube.com/watch?v=W1u-cUWRGYc
library.gcu.edu
my.gcu.edu
youtube.com/watch?v=ZpWxJOjujjU

youtube.com/watch?v=_-1jrdggzfc
youtube.com/watch?v=H-eYBZFEzf8
youtube.com/watch?v=fAdezEYxsn8
youtube.com/watch?v=fAdezEYxsn8
vimeo.com/5144590
youtube.com/watch?v=T1NVUV8yhmU
youtube.com/watch?v=QG7OV-RfSyY
youtube.com/watch?v=eccF2yKP4KA
youtube.com/watch?v=HJKCpzkKDbI
youtube.com/watch?v=VIb2__BDCXc
youtube.com/watch?v=DdJVf7Uk2zE
youtube.com/watch?v=_g7m3vyCcxs
youtube.com/watch?v=Je__chpWTSU


**Categories Denied**
ads
adult
aggressive
alcohol
beerliquorinfo
beerliquorsale
blog
chat
dating
desktopsillies
dialers
drugs
gambling
guns
hacking
instantmessaging
malware
marketingware
mixed_adult
naturism
onlineauctions
phishing
porn
proxy
reaffected
remote-control

ringtones
sect
sexuality
socialnetworking
spyware
tobacco
violence
virusinfected
warez
weapons

# Quick Q and A's

Q. How do I use this "Workorder" thing?
  A.
http://www.camdentonschools.org/techdept/support/workorder%20staff%20/instructions.pdf OR principals please contact Randal for special instructions.

Q. How do I use this "Inventory" stuff?
  A. Contact Randal for instructions.

Q. How do I use "UInstall"?
  A. http://www.camdentonschools.org/techdept/support/UInstall%20Instructions.txt

Q. What was that information you sent out earlier this year about discounts and how to get help and that kind of stuff?
  A. http://www.camdentonschools.org/techdept/boymessage.pdf

Q. I get lots of junk mail "SPAM" can you stop that?
  A. Yes, please use the "Forward as Attachment" and send it to spam@camdentonschools.org

Q. I get blocked all the time, can I have different filters applied?
  A. Yes, please submit a workorder or click the "Request Open" button and we can filter content based by users.

Q. I can't get into my "Go to meeting" or "webinar", help!
  A. Basic answer, If you are entering a username/password to access the internet that needs turned off. Use the "Internet Access Configuration" from your novell window.

Q. How do I get new technology items?
  A. Our workorder system is designed to handle all hardware requests. Please submit a workorder with a desription of the item(s) you need.

Q. How do I get new software?
  A. Please use the "Software Request" link to the left.