

555 Maryville University Dr.
Suite 240
St. Louis, MO 63141
Tel 314.878.5600
Fax 314.878.5607

Thomas A. Mickes
tmickes@mickesgoldman.com

# MICKES GOLDMAN O'TOOLE, LLC
### ATTORNEYS AT LAW

St. Louis & Kansas City

May 26, 2011

Mr. Anthony E. Rothert
Legal Director
American Civil Liberties Union of
    Eastern Missouri
454 Whittier Street
St. Louis, MO 63108

    Re:    **Camdenton R-III School District**

Dear Mr. Rothert:

    As legal counsel to the Camdenton School District, I have been requested to respond to your May 24, 2011 correspondence to Superintendent Hadfield.

    I have reviewed your initial correspondence and your response to Superintendent Hadfield's response. Your response makes a number of assumptions that are false. The filter system utilized by the District is not based upon or inclusive of the "URL Blacklist" that you reference. Moreover, the rationale for filtering websites based upon "sexuality" is legitimate and should not be assumed to be a part of a filtering system with which you find objectionable. The term "sexuality" has legitimate screening meaning outside the URL filter.

    Moreover, the District has not and does not take any action to discourage formation of student clubs that may be focused on alternative life styles. Rather, students wishing to form such an organization are required to satisfy the requirements of other student groups and once formed are accorded the same privileges.

    Please direct all further communication regarding this matter exclusively to my attention.

                                           Sincerely,

                                           Thomas A. Mickes

TAM/ndo
cc:    Superintendent Tim Hadfield

00003152.1