# MICKES GOLDMAN O'TOOLE, LLC
## ATTORNEYS AT LAW

St. Louis & Kansas City

555 Maryville University Dr.
Suite 240
St. Louis, MO 63141
Tel 314.878.5600
Fax 314.878.5607

**Betsey A. Helfrich**
bhelfrich@mickesgoldman

June 6, 2011

**VIA FACSIMILE 314-652-3112 & U.S. MAIL**

Mr. Anthony E. Rothert
Legal Director
American Civil Liberties Union of Eastern Missouri
454 Whittier Street
St. Louis, MO 63108

     **Re:    Camdenton R-III School District**

Dear Mr. Rothert:

    This letter is in response to your May 31, 2011, correspondence regarding the Camdenton R-III School District's internet filtering system. I am an attorney working with Thomas A. Mickes on this matter on behalf of the District.

    In order to comply with the Children's Internet Protection Act, Board Policy, and for the well-being of our students, the District will not deactivate the "sexuality" filter from the District's network. However, the District will allow student and employee access to the GSA Network, GLSEN, Day of Silence, and the Trevor Project websites per your request.

    In your correspondence, you assert that you suspect that the District's "sexuality" filter "targets all LGBT-related content". This allegation is false. Indeed, a recent search by District administration revealed several websites accessible through the District system which discuss and promote LGBT rights and resources. Further, the "sexuality" filter is not targeted, nor intended, to block LGBT related content, but designed to block sexually explicit content of any nature which may be inappropriate for our students.

    In your May 31, 2011, correspondence you request certain information and indicate that you are making the request pursuant to Missouri's Sunshine law. However, the Sunshine law provides for the disclosure of District documentation and does not require the District to create documents that are not in its possession. Nevertheless, please find the District's response to your requests below:

1. In clarification of our May 26, 2011, correspondence to you, after further review, it appears that the District utilized the URL Blacklist filtering system as a base for devising a custom filtering system for the District. However, the District's Network Administrator has customized a filtering system to meet the needs of the District.

00006343.1

2. The District's Network Administrator customized and maintains the District's filtering system based upon the automated download service from http://urlblacklist.com.

3. The District does not have a document containing the definitions for each filter category in its database. However as a reference, see http://urlblacklist.com/?sec=download.

4. See enclosed documentation. However, please note the list of "explicitly allowed" sites the District previously provided in its May 19, 2011, letter to Michael K. Hill, override the sites & URL's contained in these files.

In conclusion, while the District will allow access to educational LGBT websites, the District will not remove the "sexuality" filter as removal of this filter would allow access to sexually explicit websites that are potentially harmful to our students. The District remains committed to providing equal access and opportunity to all of its students and will continue to comply with federal law requiring the protection of children from harmful material on the Internet.

Sincerely,

Betsey A. Helfrich

cc:     Timothy Hadfield, District Superintendent
        Thomas A. Mickes, Esq.


Enclosures

00006343.1

```
10attitudes.com
10thmuseweb.com
18-24james.com.au
1en10.com
1gayway.com
20thcenturyvole.com
2betantra.com
2guysadopting.com
2moms2dads.com
365gay.com
4parents.gov
4swinging.com
5dot3.com
60by80.com
6etage.eu
9icb.org
a-family-affair.com
a2zmasturbation.com
aalize.com
aaronbeverly.com
aasect.org
aasg.info
abattleplan.com
abbys-sexual-health.com
abgender.com
abidel.ca
about-swinging.co.uk
about2001.com
aboutaboi.webs.com
aboutcecilia.com
aboutfacetheatre.com
aboutgaymovies.info
aboutmasturbation.com
abovebeyondtours.com
abqpride.com
absolutegaytravel.com
absoluteparadise.tv
absolutesultans.com
absolutewoman.co.za
abstinencebetterchoice.com
abstinencedu.com
abstinenceforsingles.com
academygala.org
acapulco-laspalmas.com
accnet.org
aceamoeba.wordpress.com
achieving-female-orgasm.com
acomophilia.com
acontrecourant.qc.ca
acoupleofguys.com
actionfamily.netfirms.com
adamandandy.com
adamtoeve.com
adidasjock.com
adolescentsexuality.com
adoptionuk.org
adriel.com
adultsonlygetaways.net
adultswingerssensuallifestyle.com
adulttravesti.com
advaittantra.com
advancedmasturbation.com
adventureboundmen.com
```

Page 1

adventuresinboyhood.com
adventuring.org
advicegeek.com
advicegoddess.com
advocate.com
advocatesforyouth.org
afcleveland.org
affirmation.org
afrikadreamscapes.net
afrogay.page.tl
afterellen.com
afterelton.com
afterstonewall.com
agayroomparis.net
agbo.org.nz
agedo.org
agender.org.nz
ageofconsent.com
ageofconsent.us
aglbic.org
agliff.org
aglochicago.org
agriturismosavorgnano.com
ai-lgbt.org
aidsmeds.com
aidsnews.org
aidsprevention.org
aiwaz.20m.com
akahaas.com
akani.net
al-fatiha.org
alafireland.com
alanilagan.com
alanreade.com
alchemist-light.com
alegriaevents.com
alena-mnsk.info
alexaxsen.com
alexb.sashazur.com
alexhoganstories.com
alexiskca.tripod.com
alexmacgregor.com
alexserpa.com
alfred.phpwebhosting.com
alicebtoklas.org
aliceiswonderland.com
alicetrans.it
aliforneycenter.org
alisons.org
alivetothrive.org
allaboutgaytravel.com
allaboutrichard.com
allgaynetwork.net
allianceofchristianchurches.org
allies.tamu.edu
allisoneivers.tripod.com
allisonracheltaylor.com
alloutgames.com
allsortsyouth.org.uk
allthingsbi.com
allthingslesbian.com
alluringaffair.ca
almostkate.com

alp.org
alpha-designs.com
altabear.com
altcamping.org
alterheros.com
altermd.com
alternative-holidays.com
alternativeconnections.net
alternativefamilies.org
alternativesinc.com
alterworlds.com
altladies.com
alto-sax.co.uk
altsex.org
altsexcolumn.com
alysonadventures.com
amandarichards.com
amaranthwomyn.com
amazing-journey.com
amberwayves.com
ambiance-pattaya.com
ambiente.us
ambientejoven.org
ambrosian.org
americanboudoir.com
americandecency.org
americantransman.com
amoroustimes.com
amrgleam.com
amroholidays.com
amsterdampride.nl
amysbettersextutorial.com
anahatashealing.com
anakosha.org
anchoragepride.com
andalusband.co.uk
andiamsomebody.com
andrea-uktv.com
andreeminardi.com
andrewmcwhinnieconsulting.com
andrewmcwhinnieconsulting.websiteanimal.com
andrewsullivan.theatlantic.com
androgyne.0catch.com
androphile.org
andy-homepage.co.uk
andymatic.com
andyschest.com
angelettidzine.com
angelwayward.com
angie-ng.webs.com
angiebowie.com
angryhomo.blogspot.com
animaltraxx.net
animatedkamasutra.com
annasplace.me.uk
annelawrence.com
anopenwindow.net
ansaraangelheart.com
antcomic.com
anthonymthompson.com
antonyandthejohnsons.com
antoyneod.webs.com
antzonline.com

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 5 of 133

```
anythingbutstraight.blogspot.com
anythingthatmoves.com
aosoc.org
apgf.org
aphrodisiac.ws
aphrodite-travel.co.uk
apostolicrestorationmission.4t.com
apppc.org
arcc.org.nz
archerinn.com
arco-guesthouse.cz
arcoiristours.com
arcusfoundation.org
arealread.org
arguingequality.com
arokan.co.za
art4collector.com
artdivision.co.uk
artmovementspgh.zoomshare.com
asanctuaryonline.com
asc-or.oregonsatf.org
ascc.org.au
ascensionparty.com
asexuality.org
ashleyoneal.net
asiangayfilms.com
askaboutloveandsex.com
askdanandjennifer.com
askdoctorvenus.com
askemilyanything.com
askessex.tripod.com
askheartbeat.com
askkrista.com
asksam2.com
asksexpert.com
astraea.org
astraeafoundation.org
astroqueer.tripod.com
asubglaad.org
asulgbtq.org
at-tantra-tantric-sex.com
atbla.com
atlantapride.org
atlantarainbowtrout.com
atlantisevents.com
atomicqueens.com
atticuscircle.org
attila-richard-lukacs.de
atwdc.org
aumasculin17.com
aunioninwait.com
auntieteck.com
aussiedamo.com
austinprideparade.org
australianschooloftantra.com.au
authentikate.com
autogynephiliac.blogspot.com
automaticpilot.org
avacadell.com
avalangdon.blogspot.com
aver.us
average-penis-size-chart.com
avitale.com
```

aviva-pages.com
awakeningbody.com
awesomedude.com
awomanshealingjourney.com
azpride.org
b-ray.org
baaits.org
babn.org
badevan.com
bagly.org
bahiaboybrasil.com
bali-rainbows.com
balmministries.com
banderasgay.no.sapo.pt
banditsfc.org
bangkokpride.org
bansheenc.com
baptistchurchsf.org
baranephelion.com
barbarafindlay.com
barebacksexinsf.com
barnaclebusters.org
baronandthesodomites.com
basementattickrecords.com
batlaw.org
battalionmc.com
bayareapsychologist.com
bayberryaccommodations.com
baystatewarriors.com
bayswan.org
baywindows.com
bbbmedia.com
bbcm.org
bbv.qc.ca
bcbc.net
bcc-la.org
bdtechnical.com
beanewcreation.com
beantownsoftball.com
bear.net
bearbuddiestoronto.com
bearcelona.org
bearhistory.com
bearlover.nl
bearnation.us
bearradio.net
bearsofthewest.com
bearswear.com
bearwest.co.uk
beau-du-jour.blogspot.com
beaumont-trust.org.uk
beaumontsociety.org.uk
beautifulislam.net
beauty-adored.com
bebroken.com
becauseconference.org
becausepantiesfeelsogood.com
beckijayne.com
beckystorm.net46.net
beckysweb.co.uk
becomingcarl.weebly.com
becomingzoe.com
bedandbreakfastofparis.com

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 7 of 133

befreeinchrist.com
beige.com.au
believerscovenant.org
belvederefireisland.com
bennie.itgo.com
bentonchange.tripod.com
bentvoices.org
berkeleyfreeclinic.org
bernd-leygraf.co.uk
berniekeating.blogspot.com
bestgayblogs.com
bethesdaworkshops.org
bethmarion.com
betterloverseminar.com
betty-and-morwens-treehouse.org
betweentheworlds.org
beyondhomophobia.com
beyondinclusion.org
beyondtantra.org
bflag.org
bgay.com
bgbl.com
bgiok.org.uk
bglad.com
bi-weekly.org.uk
bi.org
bi.org.au
biallmeans.org
bibiz.homestead.com
bicafe.com
bicommunitynews.co.uk
bidstrup.com
bifem.net
bifems.bravejournal.com
biflag.com
bifocus.com
bigapplesoftball.com
biggaynews.com
biggerbuddy.com
bighelga.org
bigmanout.com
bigqueer.com
bilerico.com
bill--porter.com
billandkent.com
billcameron.net
billswebsite.com
bimarried.com
bimboboy.com
bimomsgroup.com
binetaz.org
binetcanada.ca
binetusa.org
bintelnas.org
biobear.net
bionicegg.com
biperspective.org
biplanet.com
birdsandbeestalk.com
birdsandbeesvideo.com
biresource.org
birkenheadresorts.bizland.com
birminghambiwomen.org.uk

birminghamparentssupportgroup.co.uk
bisandiego.org
bisexual.org
bisexualchatnetwork.com
bitheway.co.uk
bitheway.org
bitribune.com
bitterqueen.typepad.com
biunity.org
biwebsites.com
biwot.org
biwriters.org
bizone.org
bjornsmestad.com
bkeery.homestead.com
blackpool-gay.com
blackpool.be
blackribbonsociety.com
bladeshockey.com
blaineanderson.com
blairmag.com
blazinggrace.org
blessingtaskforce.diocal.org
blgp.be
blinkenmissit.com
blisstantra.com
blithe.com
bloomsburyboyz.co.uk
blowsquishdesign.com
bluebabesissy.com
blueballphilly.com
bluemoonlasvegas.com
bluemoonlv.com
blueseaspuertovallarta.com
bluestarweb.on.ca
bluetruth.org
bluffcitysports.net
bluway.com
blyme.blogspot.com
bmofa.org.au
bnbparis.free.fr
bo.gs
boardstiffny.org
bob0961.com
bobhay.net
bobmeyers.com
bobw.ca
body.arc.co.uk
bodyecstatic.com
bodyelectric.org
bodyworkformen.com
bohnsplace.com
bondagecalgary.com
boonepride.org
boqueronbay.com
borderriders.com
borgy.whapak.com
bornwild.com
boston-belles.co.uk
boston-belles.tripod.com
bostonironsidesrfc.org
bostonpridehockey.org
bostonstrikers.com

```
bottomdwellers.org
boudoirfabulous.com
boudoirfabulous.ning.com
boundinink.com
bournemouthmardigras.com
boxingbearfitness.com
boxturtlebulletin.com
boymeetsboy.comicgenesis.com
boymeetsboy.keenspace.com
boymeetsboy.keenspot.com
boyscape.com
bpv.org.uk
bqueer.com
bradlands.com
braided-web.net
brandonshea.com
brassboys.co.uk
breadandwatertheatre.org
breastformshop.com
brenthartinger.com
brentpayton.com
brettwaters.com
brevardpoly.com
brian-mcnaught.com
briannaaustin.com
bridge-markland.de
bridges-across.org
brigantinehotel.com
brigitt.ch
bringdown.com
brion.co.uk
bristolfamiliesandfriends.org.uk
bristolpanthers.co.uk
britanniaman.co.uk
britneysplace.net
brockpride.com
brocktherock.com
broder13.com
brodireland.com
brownsteinmd.com
brubyrich.com
bruceweber.com
bryanxy.com
btalbot.blogspot.com
buddiesinbadtimes.com
buddiesinbadtimestheatre.com
buddybuddy.com
buffalobears.org
buffalobetties.com
bufftuff.blogspot.com
buggery.org
bulgayria.com
bunnies.org
bunnysoft.ca
butch-femme.co.uk
butch-femme.com
butch-femme.net
butch-ftm.com
butchdykeboy.com
butterflyworkshops.com
buzzboy.com
bwgraphics.tripod.com
bycdoldenburg.com
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 10 of 133

bylliremixed.8k.com
byronbaytantra.com
cactuscities.com
caferoyale-pattaya.com
caffeinatedgerbil.com
californiacs.com
calltodutytour.org
calpernia.com
camp-palm-springs.com
campblood.org
campitup.org
camplavenderhill.org
camprealgirls.com
campsisterspirit.com
camptentrees.org
camptrc.org
campusclimateindex.org
campuspride.net
campweho.com
candy-land.net
cannibalsim.blogspot.com
capecodgaypride.org
capetownpride.co.za
capitalpride.org
capitalroundup.org
capitolhilltravel.com
cardiffmardigras.co.uk
carlsguesthouse.com
carnalnation.com
carolrobson.co.uk
carolyngage.com
carpecranium.com
carpediemguesthouse.com
carriefairfield.com
casa-martin.com
casacondesa.com
casafeschools.org
casitaslaquita.com
castrosuites.com
cathedralofhope.com
catherine-tvlady.com
catholiclesbians.org
cattitude.net
causeawareness.org
cavaliersmc.com
caw.org
cawthrasquare.com
cbst.org
cclonline.org
cebiaz.com
cececochrane.com
celebrating10.com
celebrationoffaith.org
celibrate.org
celtictantra.com
centaurmc.org
center4civilrights.org
centerforsexualhealth.com
centeryes.org
cfsleague.org
cgiha.org
chadzboyz.com
chainsaw.com

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 11 of 133

chakracaz.pwp.blueyonder.co.uk
chameleons.cc
changeling.cwc.net
changingattitude.org
changingseattlesstreets.coms.ph
changingtidescottages.com
changinguk.freeuk.com
chanton.com
chaostime.com
chaparraltree.com
chapelofsergeandbacchus.org
chapshotel.co.uk
charlesanders.com
charlieanders.com
charlieglickman.com
charlotteontheweb.net
charlottepride.com
chatter.nu
checking-in.com
cheerla.org
cheersf.org
chelseaboys.com
chelseanyc.com
cherryfund.org
cherryweekend.com
chespoly.org
chestonhouse.com
chet-plasticsurgery.com
chez-elles.co.uk
chicago2006.org
chicagogayhockey.org
chicagogender.com
chicagokings.com
chicagomsa.com
chicagomsa.org
chicagopridecalendar.org
chicagoriptide.com
chilagbac.org
childtrafficking.com
chiltern.org
chinoblanco.com
chiron-rising.com
chloe-thomkins.com
choiresicha.com
choosingthebest.org
chrabilene.com
christchapel-la.org
christchapel.com
christianandvince.com
christiangay.com
christiangays.com
christiangrantham.com
christianlesbians.com
christielee.net
christinapadilla.com
christophermerrill.com
christopherneave.com
christopherofthecross.com
christopherryan.com
christophersweb.com
christyanne.hipplanet.com
chromajournal.co.uk
chromeparty.com

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 12 of 133

chronline.org
chronopolisnewyork.com
chrunemyr.bravepages.com
churchstreetfreedompress.com
cinqetsept.com
cinthus.com
circuitgirl.com
circuitnoize.com
cit-sakti.com
citiview.tripod.com
citizenchris.typepad.com
citycrownmotel.com.au
citycruisers.com
civilmarriagecivilright.com
cjla.org
claimingtheblessing.org
claresummerskill.co.uk
classicchassiscarclub.org
classicdykes.com
claudia74.tripod.com
claudiobindella.it
clearsong.com
clevelandpride.org
clga.ca
clghistory.org
clgs.org
clgsa.net
clickclickexpose.com
clitical.com
closetoddity.comicgenesis.com
closetoddity.keenspace.com
cloutsisters.org
clubcrossdressing.com
clubkali.co.uk
clubkamasutra.com
clubmancha.com
clubsilver.org
clubtucanes.com
cms.manbears.co.uk
cmugsa.net
cnypride.com
co-parentsearch.blogspot.com
coachsappho.com
coastalharbor.com
cocksofthealphamales.com
coconutcoveguesthouse.com
coconutgrovekeywest.com
coda-tours.com
coffeehousesoapbox.blogspot.com
colage.org
colageoahu.blogspot.com
coleescola.blogspot.com
colin.baldy.btinternet.co.uk
colonialhouseinn.com
coloradooutspoken.net
coloradooutspoken.org
colosaaintergroup.org
colours.net
coluursoasis.com
columbustheatrefestival.com
comedycamp.co.uk
comeout.org
cometodaddyclub.co.uk

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 13 of 133

comicbalan.com
comingoutfrombehindthebadge.com
comingoutmovie.com
comingoutstories.com
comment-faire-amour.comment-faire.net
commercialcloset.org
commitment-ceremonies.com
communitygospel.org
communitymarketinginc.com
communityone.ca
compassifa.co.uk
compassionsensuality.net
completelyinappropriate.net
computer-quest.net
concorde-travel.com
confusedsex.com
conjugalscience.tripod.com
connecticutpride.com
connecticutpride.org
connexion.org
consciouslover.com
contracept.info
cooperlowenthal.blogspot.com
coorscup.com
copenhagen2009.org
coralreefguesthouse.com
corismagroup.org
coroallegro.org
corryzahn.com
coslaa.org
countingpast2.com
courage.org.uk
courtofkings.com
cp80.org
crankreport.org
crband.com
creativetravel.com
crissywild.com
critest.com
croga.org
crossdresserheaven.com
crossdresserphotoblog.com
crossdressers-forum.com
crossdressers-windsor.co.uk
crossdressers.net
crossdressersdirectory.com
crossdressersguide.com
crossdressing-dreams.com
crossdressing.20fr.com
crossdressingfreedom.com
crossdressingpicturegallery.com
crossdressingrvers.com
crossdresslasvegas.com
crownepointe.com
cruise-travelers.com
cruisinawaytravel.com
cruisingwithpride.com
crumpsall.org.uk
crystal-cdtg.com
csa-addictions.ie
csd-berlin.de
csd-cologne.de
ctgmc.org

```
ctoutreach.org
cubguy.com
cui-triess.org
culturequeens.com
cumberlandcreative.com
curvemag.com
cute-leather.com
cutefoxsa.com
cwu.org.uk
cybersexualaddiction.com
cyclades-orbit.com
d-and-x.net
da-sitours.com
daakma.tripod.com
dabeagle.com
daddyandpapa.com
dailydoseofqueer.com
dailygaycartoon.freeservers.com
daisyandwilma.com
daleznet.com
dallaspurpleparty.com
dallaspurpleparty.org
damron.com
danacory.com
danbernitt.com
dancaster.com
danial.pixelsndots.com
danielftl.com
danistroom.com
dannynyc.com
dannyross.co.uk
danobis-vienna-apartment.at
dantedifranco.com
daraghmoller.com
datalounge.com
dattikapella.com
davepallone.com
davepd.co.uk
david.cornwell.home.att.net
davidblissphotography.com
davidflower.com
davidkellystudio.com
davidmckenzie.ca
davidrmckenzie.com
davidtours.com
davidtravel.com
davidyarian.com
davinatg.tripod.com
davis61.freeserve.co.uk
dax5107.com
dayagainsthomophobia.org
dayofsilence.org
dayseven.net
daywithoutagay.org
dazereader.com
dcbiwomen.org
dcdd.org
dckings.com
dcnationals.org
dcstrokes.org
deadlee.com
deadrobot.com
deafcmra.org
```

```
deafqueer.org
deardeb.com
debradavis.org
debrakaplancounseling.com
deedeecrossmore.com
deepdickollective.com
deeperwellconference2010.com
deeselecta.co.uk
delamohospital.com
delaneyalysa.com
delfinahotel.de
delicatelydeviant.net
dellagracevolcano.com
demonioardente.us.to
dennishensley.com
denversexaddict.com
denvertwospirit.com
derekharley.tripod.com
derekhenkle.com
desertadventures.org
desertleatherpride.com
desertparadise.com
desertspeak.blogspot.com
desertstream.org
desicrossdressers.com
designingwebs.tripod.com
desiremag.com
detroitcadillacsquares.com
devilbunny.org
devinedressing.moonfruit.com
deweywriter.com
diablo-dancers.com
diamondlighttantra.com
dianetorr.com
dieseldome.com
diesellife.com
differentspokes.com
differentstrokescalgary.org
digitalffs.com
digitalqueeries.905host.net
dignityboston.org
dignityhouston.freeyellow.com
dignitypacific.org
dignitysd.org
dignityusa.org
dinahshoreweekend.com
diningoutforlife.com
dirty-david.com
disciples2.org
discoveringpride.com
discoversweet.com
discoveryvallarta.com
disgrace.dircon.co.uk
diverscite.org
diversionary.org
divine-feminine.com
divingforlife.org
dizzynet.com
djjayskee.com
dlist.com
dmereles.de
doctissimo.fr
doctoramaria.com
```

doctorz.wordpress.com
dogwomble.worfie.net
dojpride.org
dollarstorecaviar.com
dollsoup.co.uk
dolphin-travel.co.nz
dominantgoddesses.com
domyweb.net
donnasspace.com
dont.stanford.edu
doorq.com
dordos.info
doriandevereaux.20megsfree.com
doug.offramp.org
douglasdunes.com
douglasmack.com
downelink.com
downrightpersonal.wordpress.com
downtown.de
downtownbedandbreakfast.com
downtownsoccertoronto.org
dr-valerie.com
drag-on-line.com
dragbingo.com
draglink.com
dragmeout.com.au
dragqueenmissdotcom.co.uk
dragqueenregistry.com
dragtastic.com
drakes.nl
dramaide.co.za
drbecky.com
drdrew.com
dredking.com
dress-me-up.co.uk
dress-x.blogspot.com
dressuptonight.com
drjanellcarroll.com
drjennsden.com
drpattibritton.com
drrachael.com
drruth.com
drschrang.com
dssf.org
dsst.org
dublinpride.org
dudleysaunders.com
dunesguesthouse.com
duneswood.org
duo1.com
dupontbglad.com
durgatantraschool.co.za
dustylombardo.com
dykeactionmachine.com
dykediva.com
dykemarchnola.com
dykesvision.com
dyketv.org
dylanglockler.com
dylanricci.com
dylanrosser.com
dynamodykes.org.uk
dystopium.com

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 17 of 133

```
dyxploitation.nu
e-mancipate.net
e-sextherapy.com
e-therapist.us
e-vaginal.com
earthboundinteractive.com
eastbaypride.org
eastbayvoice.org
eastcoastbears.com
easyboyfriend.com
ebonypride.org
ec.gayalliance.org
echelonmagazine.com
echomag.com
ecstaticliving.com
ecwr.org
edee.org
edfundfpa.org
edgeout.org
edifyingspectacle.org
edmontonsa.org
edu.humsex.org
edunhouse.com
egratification.com
egret.mybravenet.com
ehmanpenn.com
eindie.com
ejacu.com
ejhs.org
ekapa.blogspot.com
elconventorico.com
electra-blue.com
elevatedconsulting.com
elifsavas.com
elight.org
elliejane.pwp.blueyonder.co.uk
elmirasol.com
elvirakurt.com
elysiumresort.net
embodiedsexuality.com
emeraldcitysoftball.org
emersonhousecork.com
emiliobg.com
emilsdiary.com
eminism.org
empirestatecoalition.org
emptyclosets.com
enagoski.wordpress.com
enchantedbluewave.com
encyclopedia-of-sex.com
endhomophobia.org
enfemmefinder.com
englishbay.org
enlightencom.com
enterpleasure.tripod.com
entirelyblue.tripod.com
entry-denied.com
equal.org
equalityfederation.org
equalityforum.com
equalitygiving.org
equalitymatters.org
equatorresort.com
```

```
equityfoundation.org
erato-net.de
erectionphotos.com
ericaclark.tripod.com
ericshanower.com
eriegaynews.com
eriktrips.com
eros-art.com
eroticguild.com
escapeworldwide.co.uk
esextherapy.com
espritconf.com
espu-ca.org
esteticathailandia.com
etransgender.com
eugenepride.org
eunuch.org
eunuchinfo.com
eurekastreetpictures.com
eurogames.info
europeanguesthouse.com
evergreeninternational.org
evinhunter.com
evol-esum.blogspot.com
ewebmob.com
exhibitionistpost.com
explosivenstuff.comicgenesis.com
explosivenstuff.keenspace.com
expressgaynews.com
expresstoday.co.nz
extendedmassiveorgasm.bigstep.com
ezekielk.tblog.com
ezerotic.com
ezzythedj.homestead.com
f2malberta.topcities.com
f2mtransition.weebly.com
fabulousbabe.com
face2face.org
facialfeminization.eu
faerywolf.com
fagart.com
fagboy.fcpages.com
faggotyassfaggot.com
faggregator.com
faghagsrushome.com
fagnits.com
fairybutch.com
fairyfish.btinternet.co.uk
fairytalesfilmfest.com
falcon-productions.com
falcons-soccer.org
fallenboys.com
fallengoddess.com
fallharvest.org
familiesagainstporn.tripod.com
familieslikemine.com
familieslikeours.org
family2000.org.uk
familyequality.org
familyonwards.com
familypride.org
familypride.uwo.ca
familysynergy.org
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 19 of 133

familyties.20m.com
famousgaypeople.blogspot.com
fannygrrl.blogspot.com
fantasiafair.org
fantasycity.org
fantasyfree.com
fanumursorum.com
favorimk.de
fcc-boulder.org
feast.org.au
feastoffools.net
federaltriangles.org
federationlgbt.org
fedglobe.org
feistyboy.com
felicenewman.com
female-aphrodisiac-info.com
female-masks-forum.com
femaleejaculations.com
femalelife.co.uk
femalelife.ie
femaleorgasmsecrets.com
femaleseductionguide.com
femaletantrayoga.ru
femdirectory.com
femesque.com
femimage.com
femina-kitten.com
feministissues.com
feminizationsurgery.com
femme-amour-seduction-homme.fr
femmefever.com
femmegetaway.com
femmenoir.net
femulate.blogspot.com
feticista.altervista.org
fetishalliance.net
fflag.org.uk
fglb.org
fhoutfront.com
fiercefamily.com
fight-the-mpaa.com
fightbackinc.org
fightoutloud.org
fin-bears.org
financialavengers.com
fincafenix.com
findagayprofessional.com
findingthedoorbell.com
findingtheg-spot.com
findthelostboys.com
fionafloydtv.com
fipines.com
fire-serpent.com
fireinthelake.com
firesofdarkness.com
first-reality.co.uk
flagstaffpride.org
flaming-martini.net
flamingoawards.com
fleurdekey.com
flgc.quaker.org
flippingthepig.com

```
floridablade.com
floridasextherapyinstitute.org
flsawmill.com
fly2neverland.com
flyingzone.tripod.com
footprintstravel.com
fordglobe.org
forgottenvirtue.com
forplu.com
forrestdesigns.co.uk
fortheboys.tv
fotobuffstudios.com
fourcities.com
fourfreedoms.org
fourgables.com
foursteps.com
fp.pstafford.plus.com
fpcouncil.com
fraggotgaming.com
frameline.org
franciscanpeacemakers.com
frankandmike.com
frankiesguesthouse.com
frankmarino.com
free-to-be.net
freebiegraphics.com
freedomclub.co.uk
freedomfrompornaddiction.com
freedomfundsc.com
freedominchrist-sf.org
freedompartynyc.com
freedomtomarry.org
freeinchrist.truepath.com
freespeech.org
freshfruitproductions.com
frfwchicago.org
friends.ag
friendsfirst.org
friendsyouknow.com
frommywindow.net
frontiersnewsmagazine.com
frontierspublishing.com
frontiersweb.com
frontrunners.org
frootiecraig.greyfell.net
frpeneaud.free.fr
fruit.on.net
fsd-alert.org
fsd-news.org
ftmalliance.org
ftmaustralia.org
ftmguide.org
ftmi.org
ftminfo.net
ftmtransition.com
ftree.contra.org
funforlovers.com
funnydykes.com
funnyfemme.com
funnylikethat.com
funnysexnews.com
funtone.com
furonfilm.org
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 21 of 133

```
fusion.org.ohio-state.edu
futurebabylon.com
futureshockconsultants.com
fuzzygruf.com
fvv.org
fwmc.org
fyne.co.uk
g-angels.narod.ru
g-ratedguys.com
gaibu-rainbow.com.ar
gailhand.com
gainesvillepride.org
gala.co.za
galah.org
galandsmc.org
galaweb.org
galaxe.org
galebc.org
galechesterwhittington2.blogspot.com
galgas.com
galha.freeserve.co.uk
galha.org
gallae.com
gallery.hoktong.net
galta.com.au
galva108.org
gamers.experimentations.org
gamofites.org
garytrinklein.com
gatesofhope.org
gay-agent.com
gay-antwerp.com
gay-apartments-amsterdam.com
gay-art-history.org
gay-astrology.com
gay-bible.0catch.com
gay-brother-tom.com
gay-cards.com
gay-chat.com
gay-civil-unions.com
gay-dream-world.de
gay-guides.com
gay-homes.com
gay-lesbian.bb.prodigy.net
gay-palm-springs.info
gay-relationships.com
gay-rights.colemantoons.com
gay-villager.com
gay-web-links.com
gay.com
gay.mixx.com
gay.police.uk
gay.tv
gayaccommodationumbria.com
gayadnetwork.com
gayagenda.com
gayalcoholics.com
gayamerica.com
gayandgrayinthewest.org
gayandlesbianfund.org
gayandlesbianfundfordallas.org
gayandlesbianfundfortulsa.org
gayandright.blogspot.com
```

Page 20

```
gayapolis.com
gayappeal.net
gayarab.org
gayatmessiah.org
gayaustraliaguide.bigstep.com
gayauthors.org
gayballsoffire.com
gaybands.org
gaybannerexchange.co.uk
gaybarmaps.com
gaybarz.net
gaybasketball.com
gaybed.de
gaybeds.co.uk
gaybiconnections.com
gaybikers.co.uk
gaybilesbian.blogspot.com
gaybizmiami.com
gayblackfemale.com
gayboysupport.nl
gaybruins.com
gaybuddylondon.com
gaybusiness.com.au
gaybygod.org
gaycampers.com
gaycartoonsite.jottit.com
gaychapeloflasvegas.com
gaychild.com
gaychris.tripod.com
gaychristian.net
gaychristians.org
gaychristianswtx.multiply.com
gaycities.com
gaycitynews.com
gaycityusa.com
gayco.com
gayco.net
gaycomicslist.free.fr
gaycrawler.com
gaycrete.co.uk
gaycruisevacations.com
gaycurl.ca
gaydads.info
gaydarnation.com
gaydarradio.com
gaydata.com
gaydatingcoach.com
gayday.com
gayday.info
gaydayevents.com
gaydays.com
gaydaze.com
gaydemographics.org
gaydestination.com
gaydive.org.au
gayducks.org
gayeditorialcartoons.com
gayyellowpages.com
gayemail.net
gayestateplan.com
gayety.net
gayeventseurope.com
gayexecutive.com
```

Page 21

```
gayfaith.org
gayfamilyoptions.org
gayfinance.info
gayfinances.com
gayforum.com
gayfriendlyamerica.com
gayfriendlygetaways.com.au
gayfriendlyitaly.com
gayfriendlytherapists.com
gayfriendschat.com
gayftlauderdale.com
gayfund.org
gayfuntours.com
gaygadget.com
gaygam.tripod.com
gaygamer.net
gaygames.com
gaygames.org
gaygameschicago.org
gaygardener.com
gaygaybrad.com
gaygospels.com
gaygothamchorus.org
gayguide.eu
gayguide.net
gayguidetoronto.com
gayguidevallarta.com
gayguyjay.com
gayguynyc.com
gayhalloween.com
gayhappenings.com
gayhawaii.com
gayhealthblog.com
gayhealthchannel.com
gayheroes.com
gayhike.org
gayhiphop.com
gayhistory.com
gayhockey.com
gayhockey.org
gayhockeyohio.com
gayholidays.co.nz
gayhomes.net
gayhometrade.com
gayhotelres.com
gayhouston.net
gayhusbands.com
gayibiza.net
gayice.is
gayiceland.com
gayindex.co.uk
gayinfospain.com
gayinleder.de
gayinprague.net
gayinsider.com
gayinsitges.com
gayinspain.com
gayjewishportland.com
gayjews.net
gayjob.biz
gayjubilee.org
gaykentuckiana.com
gaykeywestfl.com
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 24 of 133

```
gaykingdom.org
gaylawnet.com
gayleague.com
gaylesbianretiring.org
gaylesbiantimes.com
gaylesteens.about.com
gaylibrary.com
gaylife.about.com
gaylinkcontent.com
gaylinknews.com
gaylinktravel.com
gaylinkuk.com
gaylistdaily.com
gaylocal.net
gaylocation.com
gayly.com
gaymafiawatch.wordpress.com
gaymalta.com
gaymardigras.blogspot.com
gaymardigras.net
gaymarketexpress.com
gaymediaexpress.com
gaymediagroup.com
gaymenscounselling.com
gaymer.org
gaymexpv.com
gaymiddleeast.com
gaymilitary.ucsb.edu
gaymilitarysignal.com
gaymindedyouth.com
gaymoney.com
gaymoney.uk.com
gaymonitor.co.uk
gaymormon.com
gaymorocco.tripod.com
gaymoving.com
gaymoz.org
gaymuslims.org
gaynewsdaily.net
gaynewswatch.com
gayniagara.com
gayogunquit.com
gayok.org
gayontherange.com
gayorlandohistory.com
gayoutdoorclub.org
gayoutdoors.com
gayoutdoors.org
gayoz.com
gayparentmag.com
gaypatagonia.com
gaypatriot.net
gaypei.com
gaypetclub.com
gaypimp.com
gayplaces2stay.com
gaypoetry.com
gaypride.com
gayprideneworleans.com
gaypridewinnipeg.com
gayprofilegraphics.com
gaypuertovallarta.info
gaypuntagorda.net
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 25 of 133

gayquestions.com
gayradiowaves.com
gayrealestatedirectory.com
gayrealtynet.com
gayrelate.com
gayrepublicans.org
gayres.com
gayrex.com
gayrice.com
gayrights.ticklegroups.com
gayroomie.com
gays.com
gaysa.org.za
gaysail.com
gaysailing.org.uk
gaysailingcruise.com
gaysandthegospel.org
gayscape.com
gayscout.mobi
gaysexcomics.com
gayshamans-sf.org
gayshawn.com
gaysinfaithtogether.org
gaysitgesrental.com
gayskiers.org
gaysmokeout.net
gaysoccer.com
gaysoftball.com
gaysontravel.com
gaysontrays.com
gayspain.homestead.com
gayspeak.com
gayspermbank.com
gayspiritvisions.org
gayspoll.com
gaysport.info
gaysport.ozboxing.org
gaysports.com
gaystayhawaii.com
gaystock.com
gaystudentcenter.studentcenter.org
gaysubmit.com
gaytaxprotest.blogspot.com
gayteenadvice.tripod.com
gayteenforum.net
gayteenforum.org
gayteenforums.org
gayteenmeeting.tripod.com
gayteens.org
gaytelegraph.com
gaytimes.co.uk
gaytoday.badpuppy.com
gaytours.ru
gaytoursandvacations.com
gaytravel.co.uk
gaytravel.com
gaytravel.net.nz
gaytravelagent.com
gaytravelbrasil.com
gaytravelgreece.com
gaytravelguides.info
gaytraveling.com
gaytravellink.com

gaytravelnews.com
gaytravelone.com
gaytravelrus.com
gaytubs.com
gaytunes.com
gaytuscany.com
gaytv.se
gayuncover.com
gayunion.netfirms.com
gayuniverse.com
gayupdate.tripod.com
gayvan.com
gayvermontinns.com
gayvnawards.com
gayvolleyball.net
gayvote.com
gayvow.com
gaywallet.com
gaywebhosts.com
gayweblists.com
gaywebsitetools.com
gayweddings.com
gaywestways.com
gaywill.com
gaywire.net
gaywired.com
gaywiredmedia.com
gaywisdom.org
gaywitch.net
gaywitch.org
gaywomen.co.uk
gaywork.com
gayworld.com
gayworldportal.com
gaywww.com
gayy.co.uk
gayyearbook.com
gayyouth.worldoftrance.net
gayyouthuk.co.uk
gayzoo.com
gba.org.uk
gbc-online.org.uk
gbfmedia.com
gbun.freeserve.co.uk
gcam.org
gccc.nl
gccc.tk
gccg.org.uk
geison.com
gender-elegance.co.uk
gender.org
genderblur.org
genderresistant.org
genderimmigrant.blogspot.com
gendermosaic.ca
gendermosaic.com
genderoutlaw.wordpress.com
genderpower.com
genderpsychology.org
genders.org
gendersanity.com
gendersong.com
gendertalk.com

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 27 of 133

```
gendertherapist.com
gendertree.com
genderweb.org
genderxchange.co.uk
generalgayety.com
generationq.net
genetic.org
geneticalliance.org
genremagazine.com
gentlemanreg.com
gentlespirit.org
genuinejeff.com
genxbears.org
geodoc.de
geoffandderick.com
geranium-hotel.com
geraniumhotel.com
gerberhart.org
gertrudesteinclub.org
getjaded.com
getout-stayout.co.uk
getsexgyan.com
getthefactsny.org
gfah.org
gfn.com
gfsn.org.uk
gfsnleague.org
gga.org
ggguards.com
ggreg.com
gianbruno.com
gicne.org
gig.org.uk
gillfoundation.org
gimpgirl.com
gina-snowdoll.blogspot.com
gires.org.uk
girl-splash.com
girlconnex.com
girlfags.com
girlfiendcomics.com
girlongirl.blogspot.com
girlports.com
girlsinwonderland.com
givevoice.com
givingwomenorgasms.com
glaad.org
glaadblog.org
glad.org
gladalliance.org
gladd.co.uk
gladd.dircon.co.uk
gladventist.org
gladyskravitz.com
glamazonfollies.com
glamourheads.org
glapn.org
glas.org
glasgay.co.uk
glbt.appstate.edu
glbt.tv
glbt4touchstone.tripod.com
glbta.umn.edu
```

Page 26

glbtadoption.com
glbtandproud.com
glbtcentral.com
glbtcommunity.com
glbteen.frenchwithsubtitles.com
glbtforum.proboards.com
glbthistory.org
glbthistorymonth.com
glbtjews.org
glbtpolitics.com
glbtpress.com
glbtq.com
glbtqonlinehighschool.com
glbtradio.com
glbtss.colostate.edu
glbtss.org
glbtstudentpride.com
glbtworld.googlepages.com
glbva.org
glcckeywest.org
glccpgh.org
glccs.org.au
glcensus.com
glcvb.org
glee.com
glenmitchell.com
glennonline.co.uk
glhsc.org
glifaa.org
glil.org
glitf.org.au
glma.org
glme.org
globalgayz.com
globallaurier.ca
globe-of-verizon.org
gloccamorra.com
gloria.ie
glossaryofkink.com
glossygaytravel.com
glow.cc
glow.uwaterloo.ca
glowgirl.com
glowstickboi.com
glpcareers.com
glq.dukejournals.org
glreview.com
glrf.info
glsactc.com
glsen-sfeb.org
glsen.org
glsenboston.org
glsenchicagoland.org
glsencincinnati.org
glsenco.org
glsendallas.org
glsengreensboro.org
glsenhudsonvalley.org
glsenkc.org
glsenla.org
glsenmiami.org
glsennycr.org
glsenomaha.org

```
glsenpgh.org
glsenphoenix.org
glsenscw.org
glsensd.org
glsenwinstonsalem.org
glsmeforum.org
glta.net
glumagazine.com
glya.com
glyp.com
gmdvp.org
gmfa.org.uk
gmhp.demon.co.uk
gnj.or.jp
goc.org.uk
goc.uk.net
gocscotland.org.uk
god-des.com
god-desandshe.com
godandgays.org
goddesshq.com
goddessmassage.com
goddessmerry.com
goddessraven.com
goddesstantra.com
goddesstemple.com
godisagaywoman.com
godlovesfags.blogspot.com
godlovesfags.com
godlovesgays.com
godmademegay.com
godspeedfilm.com
godsrainbow.org
gogaymiami.com
good-times.net
goodasyou.org
goodmorals.org
goodsexeverytime.com
goproud.org
goqnotes.com
gordon-valentine.com
gosecs.com
gothambowling.com
gothamrfc.org
gothic-tv.com
gothicwannabe.net
governors.com.au
goweho.com
gpac.org
gracenotebooks.com
grampianhouse.com
granadahomestay.com
grandresort.net
graygay.com
greatautos.org
greatoutdoors.org
greatpartypics.com
greattowait.com
greenfaeriegrove.org
greenhopefarm.com
greenwichvillage0.tripod.com
gregandtony.com
gregwalloch.com
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 30 of 133

```
grovehotel.com
grover.blogspot.com
growinggenerations.com
grrlpower.8m.com
grsmontreal.com
grsquares.org
gryvon.com
gsafe.org
gsanetwork.org
gsdba.org
gsdcwdc.org
gss.drsommers.com
gssa.wfu.edu
gtnblog.com
guelphsexualityconference.ca
gueni.com
guesthouse21.de
guesthouses.net
guidancetochangeyourlife.com
guspresents.com
guttmacher.org
guyzhotel.com
gylpac.onestop.net
haasjr.org
hai.org
hairbymorgan.com
hairybearuk.com
hairyceleb.com
halifaxpride.org
haltonpride.org
hamiltonpride.com
hankmagee.com
hanneblank.com
harrisburgpride.org
harveymilk.org
haskinsmaleart.com
haslkc.com
have-better-sex.com
haven.dos.cornell.edu
hawaiigaymarriage.com
healingforthesoul.org
healthybodytalk.com
healthystrokes.com
healthyvisions.org
heart-matters.org
heart-tantra.com
heartachehelper.com
heartcorerecords.net
heartoftexasbears.org
heartstrong.org
heather27essex.tripod.com
heathers.net
hedda.com
heddalettuce.com
heidianne.net
heikeangel.de
heisministries.com
heklina.com
helpagay.org
helpandhope.org
helsinkipride.fi
hephotography.com
her-movies.com
```

heremedia.com
heretv.com
herewestandumc.org
heritageservices.org
hermesweb.com
herndondavis.com
herounit.com
hersbandandwife.com
herwife.com
heterosexualite.blogs.liberation.fr
hetravel.com
hewearspanties.com
hglc.org
highheelspassion.blogspot.com
highlandsinn-nh.com
highmountainranch.com
hindsight-2020.com
hiphypno.com
hippieandbulldyke.com
hips.org
hips1.org
hispadomus.com
historyofsexuality.com
hitched.tonybreed.com
hitchedcomic.com
hivcriminallaw.org
hivnme.com
hmi.org
holestar.com
holiday1.freeserve.co.uk
hollynear.com
hollywoodflashbash.com
holytitclamps.com
homearoundtheworld.com
homelounge.com
homiesexual.com
homo-superior.blogspot.com
homoagogo.com
homolicious.net
homonomo.com
homophobia-mendocino-county.com
homorama.com
homostrology.com
homovizion.com
honestexchange.com
honeywest.com
hookonline.org
hopesplace.net
hopinc.org
horizonsfoundation.org
hortilad.co.uk
hostallazona.com
hostalpuertadelsol.com
hotel-liberty-sitges.com
hotelcasablanca.com
hotelfred.pwp.blueyonder.co.uk
hotellarue.com
hotelnevada.co.uk
hotlantasoccer.com
hotlantasoftball.org
hotscotsfc.com
hotterthanjuly.com
houseochicks.com

houstontherapist.com
howardroffman.com
howardtay.tripod.com
hrc.org
hrcouples.com
hrpolyamory.com
humboldtpride.org
huriyahmag.com
huzbears.com
hyarama.org.uk
hyenafilms.com
hyperioninteractive.com
hypohh.net
hystericalwomen.com
iac-aa.org
iaglma.org
iagsdc.org
iaingilfillan.net
iamsander.com
iamtransgendered.com
iashs.edu
icantmarryyou.com
icaro.us
idahomophobia.org
idahopride.org
iefflag.org
ifc-net.org
ifge.org
ifyouonlyknew.net
igaymer.com
igbo.org
igfsu.org
igla.org
iglen.com
iglfa.org
iglhrc.org
iglta.com
iglyo.com
igra.com
igrab.net
ilga.org
ilgallorosso.com
iloveitgirl.com
imabeliever.ws
image-nation.org
imasturbate.org
imatyfa.org
imfromdriftwood.com
immigrationequality.org
impressiveinstant.com
imru.org
inandout-rome.com
incestissues.com
inclusivechristians.org
incubus.amphisbaena.com
indegayforum.com
indianayouthgroup.org
indianola-tiki.com
indiboi.com
indigointeractive.netfirms.com
individualrights.onestop.net
indybi-versity.com
indyboyz.org

```
indynews.4t.com
indyprideinc.com
infosex.com
ingersollcenter.org
ingridrivera.com
inndulge.com
innergold.com
innertriangle.com
innvestments.org
inqueer.com
insidebear.com
insideout.on.ca
insomnia.livejournal.com
inspirelife.net
instinctmag.com
instonewalldems.org
integrity-ecr.org
integritycanada.org
integritypalmbeach.org
integrityuk.org
integrityusa.org
integrityva.org
intercourse.org.uk
international.friendlyversilia.it
internationalgays.org
internationalgaytravel.com
internationalschooloftantra.com
interpride.org
interweavecontinental.org
inthebubblemovie.com
inthefamily.com
intheglitter.com
inthelifetv.org
intimacy4us.com
intimacyretreats.com
intimateartscenter.com
intimatewisdom.com
intltwospiritgathering.org
intotemptation.net
iphis.com
ipornfree.com
iqinternetservices.com
iquit.medschool.ucsf.edu
irancd.blogspot.com
ireland.localslaa.org
irey.bravepages.com
irishtvheaven.com
isabelstransformations.com
isebrand.beliefnet.com
ishigaki.org.uk
islam-n-interest.com
islamhomosexuality.webs.com
islandgirl.mysite.wanadoo-members.co.uk
islandhouse.com.au
islandhousekeywest.com
isleofyou-hawaii.com
isna.org
iswface.org
itgetsbetter.org
itpeople.org
its-just-sex.net
itsyoursexlife.com
iusw.org
```

```
iwflsports.com
iwgonline.org
jackandsean.com
jackejett.com
jackiebeatrules.com
jackinchat.com
jackinworld.com
jackisplace.net
jackny.com
jackthelass.co.uk
jadedcity.com
jaketm.com
jaketm.org
jamesbailey.id.au
jamesftm.homestead.com
jamierenae.com
jamisongreen.com
janeandjanemag.com
janrien.demon.nl
jarrow272.clockworkmansion.com
jasewells.com
jasonandkurt.com
jasonscott.com
jasonstuart.com
jayboys.com
jaykestransam.blogspot.com
jaymesyoung.com
jaymsblondesecretagent69.com
jazigrl.webs.com
jazmine-renee.com
jazminesworld.com
jcampbellart.com
jcbrooklyn2000.tripod.com
jclgo.org
jctbears.com
jebanddash.info
jeeptick.com
jeffandmoe.net
jeffandwill.com
jefferyself.blogspot.com
jeffglover.com
jeffntom.com
jeffreyaltergott.com
jeffreysanker.com
jeffrose.ca
jenellerose.com
jenibehrens.com
jennibrown.net
jennthedark.com
jeremygloff.com
jessica-who.com
jessicadaniels.com
jessicasideways.com
jessicaspace.atspace.com
jessiwinchester.com
jessworks.org
jestertunes.com
jettafox.xbuild.com
jeweledlotus.com
jewelswingfield.com
jezwolf.livejournal.com
jfisherlogomotives.com
jglsongs.com
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 35 of 133

```
jillposener.com
jimsdoghouse.com
jito.com
jjblue619.tripod.com
jmbtransformations.weebly.com
jmuharmony.org
joannasdiary.co.uk
joannestle.com
jobelaw.com
jodyrosehelfand.com
joe-perez.com
joemygod.blogspot.com
joephillips.com
joeylee.com
johanvanbreukelen.nl
johnandmike.loganlink.com
johnandsteven.com
johnnydangerous.net
jointheimpact.com
jonathanfranciscass.com
joneyharper.tripod.com
jonnyclark.com
jonroyce.com
jonsimsctr.org
journey-out.com
journeysbysea.com
joy.org.au
jqyouth.org
jtoby.homestead.com
juanitamore.com
jubileetx.org
juegodelaslagrimas.com.ar
juhamusic.com
julestarrant.com
juliaserano.com
julies-music.com
junglehouston.com
just-jessica.com
justbi.com
justcircuit.com
justclaire.homestead.com
justevelyn.com
justinspace.com
justinwhitney.com
justmin.com
kaileanet.com
kairin.com
kama-sutra.bz
kama-sutra.cn
kamaleela.co.uk
kamashastra.com
kamasutra-sex.org
kamasutrafree.com
kamenypapers.org
kampwomen.com
kanpoly.org
kappabeta.org
karenripley.com
karenserenity.com
karolcross.com
karunastudios.com
karynsplace.webs.com
katastropherap.com
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 36 of 133

```
katebornstein.com
kateclinton.com
katiesdiary.info
kavodrecovery.com
kcwave.org
keeplaughing.com
keithanded.tripod.com
kellicd.tripod.com
kelloggglma.com
kellyvision.net
kelvisdelrio.com
kenandaxel.de
kennycampbell.com
kenya-travel.com
kerib.wordpress.com
kevinallred.com
kevinhannan.com
keywestaids.org
keywestcafe.net
kickporn.com
kicksexaddiction.com
kilgraneyhouse.com
kindmen.nl
kindredspiritlakeside.homestead.com
kingsmeadgh.co.uk
kinkyasiam.blogspot.com
kinkyscloset.com
kinseyconfidential.org
kinseyinstitute.org
kinseysicks.com
kipives.com
klyth.com
kneesandtoes.org
kpscapes.tripod.com
krakow4gay.com
krc.8m.com
kreativeworld.com
ksa-nyc.org
kthornhill.com
kundalini-tantra.com
kungfukittens.com
kuqna.org
kurtbrownsstudio.com
kxsrfc.com
kylesbnb.blogspot.com
labelmeproductions.com
labrysatl.com
lacedogg.tripod.com
lacoalitionmontreal.com
ladiesnight.bravehost.com
ladyslipper.org
lafinca-ibiza.com
lafrontrunners.com
lagayvolleyball.com
lagendercenter.com
lagna.org.uk
lagunabeachgayguide.com
lainkennedy.com
laketahoewinterfest.com
lambda10.org
lambdabasketball.com
lambdabusiness.com
lambdalegal.org
```

```
lambdaletters.org
lambdalinks.org
lambdanz.webs.com
lambdatrampers.webs.com
lambdaunited.com
lambdaunited.webs.com
lampkinmusic.com
lanzarotegayguide.com
laposada.com
lapride.org
laps.org
larcin.stupendous.net
larkinstreetyouth.org
lasaguas.com
lasexducation.ca
laspalmas-hotel.com
lasvegaspride.org
latgalmakeovers.com
latrinabidet.com
lauras-playground.com
lavalleypride.org
lavenderandgreen.com
lavendergreens.org
lavendergreens.us
lavenderlaw.org
lavendermagazine.com
lazycrossdresser.tv
lbgrunions.com
lccdetroit.org
lccp.org
lcfd.org
lconline.org
lcparizona.org
lcr-mi.org
lcrchicago.com
lcrfl.org
lcrga.com
lcrjacksonville.com
lcrny.org
lcrorlando.com
lcrsac.com
lcrsd.org
lcrtampabay.com
ldsfamilyfellowship.org
ldsreconciliation.org
ldsresources.info
league-att.org
league-ncr.com
learningtantra.com
leatherrub.nl
leatherwolf.com
leavesofgrass.org
lechasseur.com
leeandrew.com
leemcg.com
lefemmefinishingschool.com
leftfooters.org.uk
legato-choirs.com
legit.ca
lehouseboy.com
leonalo.com
leonardmatlovich.com
lesbian-business.com
```

lesbian-holiday.com
lesbian-support.com
lesbian.com
lesbian.org
lesbianalliance.com
lesbianarts.org
lesbianation.com
lesbianavengers.org
lesbianchatonline.com
lesbianchatroom.co.uk
lesbiangardens.net
lesbiangayadoption.com
lesbiangeek.forumcircle.com
lesbianhealthinfo.org
lesbianherstoryarchives.org
lesbianinformationservice.org
lesbianmusicians.com
lesbianneurotica.wordpress.com
lesbiannews.com
lesbianofcolor.com
lesbians-against-violence.com
lesbiansclick.com
lesbiansinarkansas.com
lesbianteachers.tripod.com
lesbiantravel.net
lesbianuk.co.uk
lesbianworlds.com
lesbischemensen.net
lesdeuxmarie.de
lesfemmescafe.com
leslielohman.org
lesourtets.co.uk
lessterling.com
lethimstay.com
letsgetreal.org
leviathanink.com
leygraf.dircon.co.uk
lezbeout.com
lezbndyke.tripod.com
lezgal.com
lezgetreal.com
lgbac.org
lgbcenter.ucdavis.edu
lgbt.nypl.org
lgbt.syr.edu
lgbt.ucla.edu
lgbt.unc.edu
lgbt.wikia.com
lgbta.org.vt.edu
lgbta.placesphotographed.com
lgbtagingproject.org
lgbtcampus.org
lgbtcareerlink.com
lgbtcenters.org
lgbtfunders.org
lgbtgiving.com
lgbthealth.healthcommunities.com
lgbthealth.net
lgbtheritage.org
lgbthistorynw.org
lgbtout.com
lgbtq.unc.edu
lgbtq.utoronto.ca

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 39 of 133

```
lgbtquitsmoking.com
lgbtran.org
lgbtrc.cornell.edu
lgbtrc.uci.edu
lgbtro.ucsd.edu
lgbttobacco.org
lgcm.org.uk
lgcma.com
lgcw.org
lgf.org.uk
lgfoundation.org.uk
lghei.org
lgirtf.org
lgnhg.org
lgso.org.uk
lgvma.org
liamcampbell.co.uk
libertarias.ebloggy.com
libertycity.org
libertyeducationforum.org
libertyhotelsitges.com
libertysuites.com
lifebeat.org
lifestyleeducation.net
lifestylesnews.com
lifestylevoice.com
lifesupportproductions.co.uk
lifeworksrecovery.com
lightedcandlesociety.org
lighthousecourt.com
lilithweb.com
limotour.com
lincolnshirepride.com
lindsaydiary.com
lindseydiary.com
lingerieluv.com
linkgay.org
linkpink.com
liprideparade.com
liquidnation.co.uk
lisajain.com
lisaxiu.com
lisbongaytours.com
littlegrrr.bravepages.com
littlelostghost.blogspot.com
littleone186.tripod.com
littleyellowdifferent.com
livethedream.org
livinglove.com
livingpositive.com
livingwaterwa.com
llego.org
llgm.org
lmaw.org
lnews.blogspot.com
lobo-solo.com
lodestarquarterly.com
logcabin.org
logcabinca.org
logcabinoc.org
logcabinwa.com
logo-tv.com
logoonline.com
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 40 of 133

lokibear.osos.net
london-accom.blogspot.com
londongay.co.uk
lonestarverve.blogspot.com
longbeachpride.com
longbeachprideparade.com
longyangclub.org
loopyturtle.tripod.com
lorainehutchins.com
lorencameron.com
los-angeles-gay.com
lotl.com
lotonpark.com.au
lotstravel.com
loveaddicts.org
loveforcouples.com
lovegirls.co.uk
lovelifeplus.com.au
loversfromhell.com
loveseesnoborders.org
lovethatworks.org
lovewithoutlimits.com
lovingheartcentre.net
lovingouroutkids.org
lsfn.freeservers.com
lstillwagon.com
lucy-q.de
lundyfoundation.org
lupercalia-edmonton.com
luvshortdudes.com
lvgmc.org
lynnfrancesanderson.com
lynnsplace.ca
lypstik.com
lyric.org
machineage.info
machogay.net
mad-cap.com
madam-raison-detre.co.uk
madbadorsad.org
madeiradesouza.com
madisonareapolyamorysociety.org
madisongayhockey.org
madisontravel.co.uk
madkats.com
mahamaya.in
mairimac.demon.co.uk
maison-desjardins.ca
maison-noble.eu
maizemagazine.com
makingscenes.ca
malayaguesthouse.com
male101.com
malechastityblog.com
malehunkgayart.wordpress.com
malejole.net
maleperfection.net
malesculptures.com
malestrom.iwarp.com
maletransformation.net
maletrasformation.net
mammothgayski.com
manaround.com

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 41 of 133

manbear1.tripod.com
manchesterconcord.org.uk
mand8.com
mangrovevillas.com
manifestlove.org
manifestonews.org
manpg.co.uk
mantantra.com
manxx1.tripod.com
maramcwilliams.com
marcellomaia.freeyellow.com
margaritasanchez.com
marina-delrey.de
markallencam.com
markislam.com
markislam.tripod.com
marklyn.net
markweigle.com
marlene-taylor.com
marriagedebate.com
marriageequality.org
marriageequalitynow.com
marriageequalityny.org
marriagefairness.org
marriedbisexualguy.110mb.com
marriedlesbians.net
marriedtoasexaddict.com
marshalltaylor.ca
martin.singer.net
martinforeman.com
martinswinger.com
marygauthier.com
marynorth.com
marytipton.com
masexualite.ca
maskbeauty.com
mass.gov
masstpc.org
masturbationresources.com
matbattle.com
matineegroup.com
matthewhaldemantime.com
matthewshepard.org
matthewsplace.com
mattwinslow.com
mattyee.com
mauriceheerdink.com
mautnerproject.org
maxandlily.com
maxima.priape.com
maybebabyseattle.org
mbpratt.org
mcsnfamilies.org
mdlcr.novawebhost.com
mdolive.com
mdsl.org
mediapolis.com
medusa.color.nu
meetgaycouples.com
meetleann.com
melbourneargonauts.com
melissaferrick.com
melonnee.com

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 42 of 133

melswebs.com
melwhite.org
memorialweekendpensacola.com
memphisbluesbash.com
menstherapyla.net
mermaid.co.nz
mermaids.freeuk.com
metrobears.org
metroline-online.com
metrostarnews.com
metroweekly.com
mexgay.com
mglc.org.au
mhamic.org
mhlp.org
miamigaytravel.com
miamimavericks.org
michaelconley.com
michaelhooper.nl
michaeljohnsonphd.com
michelebalan.com
micheline.ca
michiganpride.org
michipoly.com
micknstang.net
micphotos.homestead.com
midmocelebration.org
midnightsprince.homestead.com
midsumma.org.au
mikaylaschultz.com
mikeandjohnny.com
mikeandmark.com
mikemiller.com
militaryequality.org
milkandtwosugars.com
milkclub.org
milkmemorial.org
millhouse.netfirms.com
millionformarriage.com
millivres.co.uk
milwaukeegamma.com
milwaukeetransgendered.com
min.wayne.net.nz
ministerdeb.com
misscoco.com
missgayamerica.com
missgaynj.com
missvicky.net
missviki.at
mistymedia.co.uk
mistymtn.org
mistysparties.com.au
mizthangsworld.com
mlgc.la-archdiocese.org
mlp.org
modernamericanfemaleobservation.blogspot.com
mogenic.com
molosski.com
montrealblitz.ca
montrealboutiquesuite.com
mopodshow.com
moraloutrage.net
mormonboy.com

```
morphoist.com
morrigan.net
motorcitybears.com
motorcycletourers.org.au
mountainlaurelcreek.com
mouthorgan.com
movies-too-gay.com
moviesforlesbians.com
mrgisby.com
mrlaleather.com
msecrown.tripod.com
mt-carmel.org
multiculturalromance.com
multiculturalsex.com
multiorgasmic.com
music.allison.net
mutualmastur.com
mvuc.org
mwsexual.com
mxl.ca
my-penis.org
mybiglesbianwedding.com
mychangingroom.com
mygayspace.com
mygaystories.com
mygayweb.com
mygayworld.com
mykonos-accommodation.com
mymalesexuality.com
mynameissven.com
mypinkpal.com
myremixweb.com
mysexlifeonline.com
mysexproblems.com
mysexualcompatibility.com
mysocalledgaylife.com
mysterysteps.com
mysticalliance.com
mysticalliance.net
mytimeout.com
myvag.net
myworld.stevenrosendesign.com
n-a-t.dk
nacdlgm.org
nadadores.org
nagaaasoftball.org
nagaaawomen.org
naglrep.com
nakedfacts.co.uk
nakedsexpolitics.blogspot.com
nalgap.org
namelesslove.com
namland.com
nancywichmann.com
napervillefreedomgroup.com
nashvillepride.org
nashvillesextherapy.com
natalie-bk.com
nationalcoalition.org
nationalgaynews.com
nationalsexstudy.indiana.edu
nativeout.com
natural-aphrodisiacs.com
```

Page 42

```
naughtyaustin.com
nayka.com
ncan.org
ncironman.com
nclrights.org
ncpride.org
ncsac.org
ncsfreedom.org
nebilove.net
negayboaters.multiply.com
neilsobsessions.com
neitherday.com
nemein.blogspot.com
neoclyps.com
nessaglen.com
netslum-gaychat.com
nevernet.net
newagetom.tripod.com
newcenturysingers.com
newcenturysingers.org
newfamilysocial.co.uk
newgaytravelguide.com
newlightsoftware.com
newlinetheatre.com
newnownext.com
newsouthsoftball.com
newspiritchurch.org
newwavesingers.org
newwineechurch.org
newyorkpathways.com
newyorkramblers.org
newzealandhouse.com
nextmagazine.net
nglcc.org
ngltf.org
ngpa.org
nhfcdallas.org
nhimkar.com
nhstonewalldems.org
nic-kles.blogspot.com
nickgilham.com
nickihastie.demon.co.uk
nickleonard.net
nickys-world.co.uk
nicolasg.com
nifty.org
nighttours.com
nightwoodtheatre.net
nikaaskini.com
nikkichaunte.tripod.com
niuprism.com
njglsen.org
njstonewalldemocrats.org
nlcch.org
nlgja.org
nlgla.org
no-porn.com
noappp.org
nobrothelmackay.port5.com
noddybay.com
noeldechristian.com
noglstp.org
noh8campaign.com
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 45 of 133

noizemag.com
nolan-pingpank.com
nolose.org
nomadicempath.deviantart.com
nomilk.blogspot.com
nomoregoodbyes.com
nonsequiter.com
normandiemanchester.com
northamptonpride.org
northernconcord.org.uk
northernmichiganpride.org
northernwave.org
nosexsupport.com
notsoamazon.com
nowvoyager.com
nsrc.sfsu.edu
nswp.org
ntac.org
nu-woman.com
nubiancafe.com
nucliawaste.com
numberonebandb.co.uk
numbers-in-1080.com
nurturingevenings.com
nuttycats.co.uk
nuttycats.com
nwbears.com
nwgapdx.com
nyacyouth.org
nyblade.com
nycdivas.com
nycgayhockey.org
nycpride.org
nycsgroup.com
nyctophilia.net
nyramblers.com
nysharksfootball.com
nzb.iwarp.com
oaklawnsoccerclub.org
oasiscalifornia.org
oasisjournals.com
oasismag.com
oasisniagara.com
oavancouver.org
obscenitycrimes.org
oceanictantra.com
odei.ie
oduout.org
odysseyadventures.com
odyusa.com
ogunquitbeachinn.com
ogunquitrentals.com
ohiosplash.org
oia.co.za
okcpride.com
okgnn.net
oku.gaypl.pl
oloc.org
omelissokomos.blogspot.com
onearchives.org
oneinstitute.org
onemightyweekend.com
oneworldonefamily.com

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 46 of 133

```
onlinecounselingalternatives.com
ontopmag.com
openeyepictures.com
openhearttantra.com
openhouse-sf.org
openingthebox.org
openmynds.com
opinionatedlesbian.com
optionssocials.com
opuscommgroup.com
orangecountysextherapy-addictions.com
oregonthunder.com
orgelbear.com
orioninsight.com
orionrc.co.uk
orroc.com
orthodykes.org
orthodykesny.org
ortonterrace.com
oscars-treehouse.com
otherway.dircon.co.uk
ourfamily.org
ourfreerein.com
ourgaylives.com
ourlittlequad.com
ourscenetv.com
ourtownvillages.com
ourtruecolors.org
out.ca
out.com
out2africa.com
outadvisor.com
outandabout.com
outandaboutnashville.com
outandaboutravel.com
outandequal.org
outboard.org
outboating.clubexpress.com
outburstfestival.org
outcomeonline.org.uk
outcruising.com
outcyclopedia.0catch.com
outdesigns.com
outerspaced.co.uk
outestateplanning.com
outeverywhere.com
outexpeditions.com
outfar.org
outfest.org
outforkicks.ca
outforpeople.org
outgay.com
outgreetings.com
outimpact.com
outinalaska.com
outinamerica.com
outinthesilence.com
outintheusa.com
outlawsvolleyball.com
outlet.co.uk
outletradio.com
outlineschicago.com
outlookpress.com
```

Page 45

```
outloudradio.org
outminds.com
outmusic.com
outnotes.com
outnowconsulting.com
outofthecloset.tv
outoftheclosetstudios.com
outonadate.com
outonfilm.com
outonfilm.org
outontheslopes.com
outpath.com
outpress.co.uk
outprofessionals.org
outproud.org
outright.org
outrightradio.org
outrightusa.org
outsmartmagazine.com
outspokin.org
outsports.com
outstraight.net
outtakes.net
outtakesdallas.org
outtoswim.org
outtraveler.com
outtv.ca
outventures.org
outvoice.net
outwestadventures.com
outwoods.org
outyouth.org
outzone.org
overyourhead.co.uk
oyaron.org
oycnw.org
ozpoz.org
ozrocky.com
ozsacredsexuality.com
oztantra.com
p-house.com
pacificprofessionalassociates.com
pacpro.bigstep.com
pageoneq.com
palipaths.tripod.com
palmplazaresort.com
palmspringsbears.com
palmspringsgay.com
pals.jherusalem.com
pamshouseblend.com
pamstenzel.com
pantheon.comicgenesis.com
pantheon.keenspace.com
pantiesetc.com
pantykin.com
papillondesalpes.com
paradox.talker.com
parentsenquiryscotland.org
parentsofjewishgaysandlesbians.co.uk
paris-myapartment.com
parisbedandbreakfast.blogspot.com
parismarais.com
parkerguesthouse.com
```

Page 46

parklodgesydney.com
parn.kawartha.com
partyfinder.com
partylist.com
pasadenapride.org
pasion-tropical.com
passagesmusic.com
passionseekers.com
passportmagazine.com
passportmagazine.net
paswingersclub.com
patriciarozema.com
patroc.com
pattayagayfestival.com
pattersonboi.tripod.com
paulfreeman.com.au
pavoreal.com
paws.dircon.co.uk
pdxgmc.org
peacockinthepark.com
pearlsrainbow.com
pearz-poly-personals.com
peersproject.org
pensiveapollo.tblog.com
penson.supanet.com
per-egil.com
perils-of-pleasure.com
personal-relationship.com
personalizedtravel.net
personproject.org
perverted-justice.com
peterfiles.com
peterpants.net
petertatchell.net
pfc.org.uk
pflag-austin.org
pflag-eastbay.org
pflag-nb.org
pflag-palatine.org
pflag-phoenix.org
pflag.ca
pflag.communitypoint.org
pflag.org
pflag.org.au
pflag.us
pflagaa.org
pflagaustralia.org.au
pflagboulder.org
pflagcanada.ca
pflagcd.tripod.com
pflagcolumbiasc.org
pflagdayton.org
pflagdc.org
pflagdenton.org
pflagdetroit.org
pflagdownriver.org
pflagftc.org
pflaghilo.org
pflaghouston.org
pflagjtown.org
pflagkc.org
pflagla.org
pflaglubbock.org

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 49 of 133

```
pflagoahu.blogspot.com
pflagpensacola.org
pflagphila.org
pflagphoenix.org
pflagsanjose.org
pflagshreveport.org
pflagsouthoc.org
pflagtucson.org
pflagtulsa.org
pgteenpregnancy.org
phat-family.org
phatfamily.org
philadelphia-fins.org
philipjkearnsmusic.com
philiprowe.com
phillypride.org
phlamer.blogspot.com
phoenixgaybars.com
phoenixpride.org
phoenixrisingftm.net
phuket-plasticsurgery.com
phxsunfish.org
pickupthemic.com
pillars2.com
pineapplepoint.com
pinesparty.com
pink-power.org
pink-triangle.org
pinkbananamedia.com
pinkbooks.com
pinkchilli-internet.com.au
pinkchilli.co.uk
pinkclassifieds.co.uk
pinkfinance.com
pinkkryptonite.com
pinklemonz.com
pinklinks.co.uk
pinkphotos.biz
pinkpistols.com
pinkroute.co.za
pinksite.co.uk
pinkspirit.nl
pinksydney.com.au
pinktherapy.com
plagal.org
plaintalk.org
planetdwellers.com.au
planetout.com
planetoutinc.com
planetoutpartners.com
planetprostate.com
planetsex.blogspot.com
plasticsurgery.co.nz
plattsburghyouthpridealliance.com
playachiquitalodge.com
playbutch.com
playergallery.com
playingsafely.co.uk
plchoir.org
pleasure4u.org
pleasurebydesign.com
plexed.net
poetrybackwater.com
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 50 of 133

```
polarimagazine.com
polyamory.com
polyamory.org
polyamorysociety.org
polyandproud.com
polybi.com
polyboston.org
polycentralfl.com
polychromatic.com
polydan.dk
polygender.co.uk
polymatchmaker.com
polynne.rulesthe.net
polyorlando.org
polysoutheast.org
polytampa.com
pondviewchalet.com
popcultureshack.com
porn-free.org
pornaddiction.hypermart.net
pornaddictioninfo.com
pornographyhistory.com
portcityrainbowpride.com
portlandgaysoftball.com
portlandsaa.org
posimages.com
positive.org
post448.org
pottershousefellowship.com
powellfilmco.btinternet.co.uk
power-up.net
powerupfilms.org
praguegayaccommodation.cz
praguegaycity.com
praguesaints.cz
praisethelorne.com
prcboatclub.multiply.com
premaritalsex.info
presbyterianparents.org
pressonpublications.com
prestonbook.com
pride-buffalo.org
pride-holidays.com
pride-institute.com
pride.com
pride.gay.ee
pride.lusu.ca
pridealliance.eku.edu
pridealliance.umd.edu
prideandprejudice.com.au
prideatwork.org
prideaward.com
pridebook.com
pridebrisbane.org.au
pridebuffalo.org
pridecharlotte.com
pridechurch.faithweb.com
pridecollective.com
prideedmonton.org
pridefest.com
pridefest.net
pridefestamerica.com
pridefestkeywest.com
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 51 of 133

```
pridefilmfest.com
pridefloat.org
pridefoundation.org
pridehouston.org
prideinadoption.com
prideinbrightonandhove.com
prideisland.com
pridelife.co.uk
pridelinks.com
pridelondon.org
pridenation.com
pridenet.com
pridenw.org
prideoftelon.com
pridepage.net
pridepages.org
prideplanners.org
prideri.com
prideroommates.com
pridescapesgallery.com
pridesenior.org
pridesource.com
pridestats.com
pridestl.org
pridetoronto.com
pridetravelagency.com
prideubc.com
pridevisiontv.com
pridewestern.ca
primetimerstoronto.ca
primetimersww.org
princess.lunamorena.net
printsoftides.com
priscillapride.com
prismcomics.org
proactivebliss.net
progayjobs.com
project10.org
projectspectrum.org
propagandamagazine.net
prostitutesanonymous.org
prostitution.procon.org
protextfilms.com
proudparenting.com
provenmen.org
providencesoftball.org
ps-pflag.com
pscolumns.com
psiguy.com
psionic.nu
pspflag.org
pspride.org
pstafford.com
ptod-ps.org
ptown.org
puffta.co.uk
pugetsoundsaa.org
purehope.net
pureintimacy.org
purelifeministries.org
puremorality.org
purescore.com
purewarrior.org
```

Page 50

```
puritytest.org
puritytester.com
purpledrag.com
purpleroofs.com
q-notes.com
q2fff.com
qa.pdx.edu
qbeds.com
qcastct.com
qcinema.com
qcomedy.com
qgeeks.org
qlgf.org.uk
qpglobal.com
qpodder.com
qrd.org
qrtube.com
qscc.org
qtelevision.com
qtmagazine.com
qtonline.com
qtrainbowboi.tripod.com
qtvnews.tv
quackcity.com
quacquac.org
quailsnestguesthouse.com
quatrefoillibrary.org
queenbitchoftheuniverse.com
queencitysoftball.com
queenmother.tv
queenofheartsps.com
queensspeech.com
queenyasmin.de
queer-arts.org
queer.berkeley.edu
queer.brown.edu
queer.ressick.net
queeramerica.com
queerattitude.com
queerbychoice.com
queercents.com
queercontrol.com
queerculturalcenter.org
queerday.com
queerdyke.com
queerequality.ca
queerfilter.com
queerhorror.com
queerhuntradio.com
queerjihad.org
queerjustice.org
queerlinks.com
queerlounge.org
queermatters.org
queermcgill.ca
queerme.com
queermusicheritage.com
queermusicheritage.us
queermusings.net
queernation.co.nz
queernet.org
queerparents.org
queerradio.org
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 53 of 133

```
queerschlag.de
queerscreencultures.org
queerseek.com
queersighted.com
queerspace.com
queerspirit.net
queersunited.blogspot.com
queertampa.com
queertheory.com
queertv.btinternet.co.uk
queerty.com
queeruk.net
queeruption.org
queerut.org
queervisions.com
queerwriters.ning.com
queery.com
queeryouth.org.uk
questyouthgroup.livejournal.com
questyouthgroup.org
quickque.com
quir.net
qvmagazine.com
qworld.org
qwow.net
qxmagazine.com
qzap.org
rachaelsage.com
rachelmiller.info
rachelpastel.com
radiowithatwist.com
rainbow-scuba.com
rainbow-wind.blogspot.com
rainbow.on.ca
rainbowbaptists.org
rainbowboatingclub.org
rainbowcard.com
rainbowcelebrations.org
rainbowchristians.com
rainbowcoin.com
rainbowcyclists.org
rainbowdancer.com
rainbowdivers.org
rainbowdomesticviolence.itgo.com
rainbowedge.com
rainbowflava.com
rainbowfund.org
rainbowgardenclub.com
rainbowhearts.gq.nu
rainbowhighvacations.com
rainbowhoops.com
rainbowhope.org
rainbowlaw.com
rainbownetwork.com
rainbowraiders.com
rainbowrampage.com
rainbowroommates.com
rainbowrumpus.org
rainbowrv.com
rainbowservicesportugal.com
rainbowskate.com
rainbowskate.net
rainbowstay.com
```

Case 2:11-cv-04212-NKL Document 7-7 Filed 08/15/11 Page 54 of 133

```
rainbowstay.freeserve.co.uk
rainbowtourism.com
rainbowtravel.cz
rainbowtraveler.com
rainbowvacations.com
rainbowvisionprop.com
rainbowweddingnetwork.com
rainbowyouth.ca
raincitysoccer.org
rajibalan.jimdo.com
rakesandbladesfl.com
ralik.net
randyslife.typepad.com
randywickerreporting.blogspot.com
rapturevancouver.com
raqsuel.8m.com
rara.org
rawpsy.com
raylarson.ca
rbebout.com
rcgfb.org
rcslonline.com
realcds.com
realitycheckla.org
realityresources.com
recoverynation.com
redcherrylips.com
redlacesexblog.com
redstroke.com
redtantra.com
reelaffirmations.org
reelers.org
reelgay.com
reelingfilmfestival.org
reelqueer.com
refinersfirelb.org
regententertainment.com
reginalynn.com
relationalhealing.com
ren.org
renogaypride.com
rentapriest.com
repsretreat.com
republicanunity.com
researchforsexwork.org
resolutionevents.com
resourcesforbears.com
respect-holidays.co.uk
revisef65.org
rfamilyvacations.com
richardosterweil.com
richmondvilla.co.uk
rick-austin.com
rickwagnertx.com
ricky69rc.freewebspace.com
rickyd.co.uk
rickymonet.com
rictornorton.co.uk
riedijkproductions.com
riftgirl.com
rigc.org
riogayguide.com
riopridetour.com
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 55 of 133

```
ritesofspring.org
rivendellmarketing.com
rivercitygems.org
rmbb.org
rmnetwork.org
roanokepride.com
robandcharlie.com
robertstaunton.com
roberttriptow.com
robindey.com
robinrenee.com
robynochs.com
robynpaul.com
rodneycroome.id.au
rodneyland.com
romanticgayweddings.com
romeosholiday.com
ronsuresha.com
root-1.co.il
rose.demon.co.uk
rosecitysoftball.org
roses.repartee.tv
rowfant.demon.co.uk
roxanneross.com
royalpalms.com
royclements.co.uk
royy.com
rpascottsdale.com
rpya.org
rsaministries.org
rsvp.net
rsvpamerica.org
rsvpvacations.com
rubbaboyz.net
runelynx.com
russianguides.net
ryanreyes.com
ryanscottkennedy.com
ryanscout1.tripod.com
rymellanstories.com
rys.friendly-wounds.com
sa.org
saascotland.org.uk
sabrina-melb-tv.com
sabrinamatthews.com
sacredcelebrations.com
sacredjournal.atspace.com
sacredlove.com
sacredloveinc.com
sacredloving.net
sacredsexcolorado.com
sacredsexsecrets.com
sacredsexualhealing.com
sacredsexyes.com
sacredtantra.com
sacredunion.org
sacsanon.com
saddlesorebiker.wordpress.com
safe2pee.org
safe4all.org
safeschools-wa.org
safeschoolscoalition.org
safezonefoundation.tripod.com
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 56 of 133

```
safraproject.org
sagala.net
saganorth.com
sagasd.com
sagatucson.org
sageprojectinc.org
sagesf.org
sageusa.org
sahodari.com
saintatlarge.com
saintbear.org
saintdisco.com
saintsebastianguesthouse.com
saintvictor.org
salifeline.org
salli.org
sallys-hideaway.com
samadhiresearch.com
samadhitantra.com
samanthainheels.livejournal.com
samanthaperrin.ca
samoamax.com
san-francisco-gay.com
sandiegopozabilities.com
sandimari.com
sandyosullivan.com
sanfranciscohuskybear.com
sanjosepride.com
sanon.org
santacruzpride.org
saopaulo.gaypridebrazil.org
sappho.com
sapphohotel.com
sapphorok.org
sarasotapride.com
sarasotapride.org
sarbat.net
sarilocker.com
sarr.org
sash.net
sasha-zone.com
saskatoonpride.ca
sasocal.org
sastanton.com
saturdave.com
saucywench.com
sayq.dr8.net
sbearbergman.com
sbwn.net
sca-recovery.org
scachicago.org
scarleteen.com
scbears.com
scbearsbournemouth.co.uk
sccatl.org
scenetales.com
scglpm.org
scgsanetwork.com
schoolofawakening.com
schools-out.org.uk
schreeandbaby.com
sclogcabin.org
scog.asn.au
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 57 of 133

```
scotsgay.co.uk
scottcapurro.com
scottfree.net
scotts-place.com
scotttreleaven.com
scoutingforall.org
scouts-honor.com
scpride.org
screamingqueens.com
screamingweenie.com
scwu.org
sdakinship.org
sddemoclub.org
sdgaybowling.org
sdhoops.net
sdkingsclub.com
sdnyc.org
sdpride.org
seagrape.com
seaisleresort.com
seamountainranch.com
seattlegaysoftball.com
seattlemenschorus.org
seattlepride.org
seattleroundup.com
sec.campuslife.utoronto.ca
sec.sa.utoronto.ca
secretpenis.com
secstalk.org
seducemebook.com
seducenow.com
seismographpoetry.com
sensoryperceptions.org
sensualadventures.com
sensualforyou.com
sensualwisdom.com
sensuousvirtuosa.com
sequoiablessed.info
seriouslysexuality.com
setfreeporn.com
sevenstraightnights.org
sex-advice-sex-therapy.com
sex-drive-guide.com
sex-healthy.blogspot.com
sex-is-sacred.org
sex-therapist.org.uk
sexaa.org
sexabout.net
sexaddict.com
sexaddiction.ca
sexaddictionhelp.com
sexaddictionlosangeles.com
sexaddictrecovery.com
sexagain101.com
sexamansguide.com
sexandmycitywilmingtonnorthcarolina.net
sexbizlaw.com
sexchangeasia.com
sexcoaching.com
sexeditorials.com
sexedlibrary.org
sexedstore.com
sexesteem.com
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 58 of 133

```
sexetc.org
sexfitness.lifevistas.com
sexforenlightenment.com
sexgage.com
sexgenderbody.com
sexhealth.org
sexhelp.com
sexinfo101.com
sexintegrate.com
sexliesandreligion.com
sexmagic.co.uk
sexologist.org
sexology.co.za
sexology.org
sexologyprofessor.com
sexperienceuk.channel4.com
sexpertcounselor.org
sexploitation.blog-city.com
sexpositionindex.com
sexpressions.ca
sexquizsite.com
sexreassignment.com
sexscape.org
sexscience.org
sexscrolls.net
sexsmart.com
sexsmartfilms.com
sextherapist-online.com
sextherapiststlouis.com
sextherapyinphiladelphia.com
sextherapysarasota.com
sextreatment.com
sextutorials.com
sexual-addict.com
sexual-information.com
sexualaddictionsinternetclinic.com
sexualcontrol.com
sexualdependency.com
sexualecstasy.org
sexualforums.com
sexualhealthcounselling.com
sexualintelligence.wordpress.com
sexuality-encyclopedia.com
sexuality-sexology.com
sexuality.about.com
sexuality.org
sexuality.wholesomebalance.com
sexualityandu.ca
sexualitycoach.com
sexualitydata.com
sexuall.org
sexualmorality.proboards91.com
sexualprejudice.org
sexualreawakening.com
sexualrecovery.com
sexualwholeness.com
sexuarium.eu
sexwork.com
sexworker.org.au
sexworkersanonymouswso.com
sexworkersproject.org
sexyforum.org
seyd.com
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 59 of 133

```
sfc.org.uk
sfdefenders.org
sfdrag.com
sffog.org
sfglaa.com
sfgrrlz.com
sfgsl.org
sfhiking.com
sfpride.org
sfquakes.com
sfspikes.com
sftsunami.org
sfwmc.org
sgn.org
sgvpride.com
sgvpride.org
shaarzahav.org
shaav.com
shadowofhiswingsministry.com
shallnotberecognized.org
shanerichardftm.com
shanncarr.com
shariwilliams.kctop10.com
sharonohara.com
shaunandmel.esmartweb.com
shebangentertainment.com
shecards.net
sheflicks.tv
shelleylubben.com
shellymars.com
shemag.com
shepherdinitiative.org
sherryvine.com
shesay-hesay.com
shewired.com
shineholidays.co.uk
shinesa.org.au
shirleyqliquor.com
shoe.org
shorelinesquares.com
shounensugar.sphosting.com
showboy-themovie.com
showboymovie.com
showerofstoles.com
showmeclassic.com
shrinerspark.de
shybi.com
sianna.com
sieccan.org
siecus.org
sierrawoodbb.com
siglff.org
sigmamubeta.org
signorile.com
silk-angels.com
silkstrand.com
silverfox.741.com
sin.org.au
sinistar7.com
sinisterporpoise.blogspot.com
siren.ca
sirensnyc.com
siriusoutq.com
```

```
sissifuss.com
sissyboy.lovelifeweb.com
sissydresser.com
sissygirlweekends.bravehost.com
sissykiss.com
sissypesticide.webs.com
sissyshow.com
sistahood.org.uk
sisterbetty.org
sisterfriends-together.org
sistertrip.com
sjgaypride.com
skigaynewzealand.com
skiout.org
skottfreedman.com
skydancing.org.uk
skyridge.org
skyvue.com
slaa-seattle.org
slaacincinnati.org
slaact.org
slaafws.org
slaanei.org
slaauk.com
sldn.org
slmetro.com
slopride.org
smack.co.uk
smaddon.webs.com
smalltownboyny.com
smartsextalk.com
smartwomen.org
smith-hughes.com
smolderingembers.com
smoocherie.com
smyal.org
snowboyz.com
soboa.org
socalgirlgolf.com
socetew.com
sociallgbt.com
sodomylaws.org
sohotogo.co.uk
solotouch.com
songmaster1.com
sophies.co.uk
soromundi.org
sortroom.net
soulforce.org
sourcetantra.com
southernbellesociety.com
southerndecadence.blogspot.com
southerndecadence.net
southerndecadence.org
southerngirlsonly.com
southernvoice.com
southernwebgroup.com
southfloridafun.com
southfloridaslaa.org
sovereignalternative.com
spacecowboydomain.tripod.com
sparkmd.com
sparkssoccer.org
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 61 of 133

spartacvsbali.com
spartanmc.org
speakingforourselves.com
specialthankstoroylondon.com
spellerinproductions.com
spencelaw.com
spenceruk.org
spermbrain.com
spersa.de
spice.comicgenesis.com
spice.keenspace.com
spiritandflesh.net
spiritjourneys.com
spiritualawakenings.faithweb.com
spiritualfruits.com
spiritualnudity.com
spiritualpolyamory.com
spiritualsexuality.com
spiritworkschurch.net
spitshinerecords.com
sportscomplex.org
spreadmagazine.org
springcottage.co.uk
squaresacrosstheborder.org
srs-thailand.com
srsmiami.com
ssblmilwaukee.com
ssnetwk.org
ssolp.org
sss-now.org
ssyglb.org
st-alfeges.co.uk
stageq.com
star-hotel.com.au
starpoet.com
stayclose.org
staywithpride.com
stbernadette.org
steelcitysoftball.org
steelcitysports.org
steeletravel.com
steindemocrats.org
stephanelliot.netfirms.com
stephanie-snowden.org
stephanie.sheandheonline.de
steveandmikey.tripod.com
stevecap.com
stevengomezproductions.com
stickystrands.com
stjames-cathedral.org
stmonica.net
stnypride.com
stockholmsnipers.se
stompede.com
stonefemme.com
stonehouseretreat.com
stonewall-dems.org
stonewall-immigration.org.uk
stonewall-knights.com
stonewall-library.org
stonewallaustin.org
stonewallchorale.org
stonewalldemocrats.org

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 62 of 133

```
stonewalldemocratsnys.org
stonewalldemocratsofdallas.org
stonewalldems.com
stonewalldfl.org
stonewallfc.com
stonewalllv.org
stonewallsociety.com
stopaids.org
stopdrlaura.com
stophate.org
stophomophobiatoday.com
storiesbygymnopedies.com
stormnation.com
storysite.org
stradivarius-london.co.uk
straightacting.com
straightahead.comicgenesis.com
straightahead.keenspace.com
straightforequality.org
straightprideusa.com
straightspouse.org
straightspouseconnection.com
strandrel.com
strangekindofwoman.com
strangelittlegirl.co.uk
strangesisters.com
stuartmiller.com
studentallies.com
studio-h112.com
studiohenri.cz
stuffinmyhead.com
subvert.com
sugarandspiced.com
sugartruckrecordings.com
summerechoes.blogspot.com
sundanceoutdoor.org
suphawut.com
surfandsunsoftball.com
surfandsunsoftball.org
survivorproject.org
susanrivera.bizhosting.com
susans.org
susiebright.blogs.com
suzanneparnell.co.uk
suzicole.com
svsl.org
swdesigns.biz
swervemedia.org
swim-lanes.org
swim4life.org
swimdcac.org
swindon-tg-group.yolasite.com
swingdate101.com
swingdater.com
swingerfaq.com
swingerheaven.com
swingers.net
swingersailing.com
swingersattic.com
swingersbook.com
swingersclublist.com
swingerslifestyle.net
swop-usa.org
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 63 of 133

```
sydneyrangersfc.com.au
sydneywattle.com
syrlinus.com
t-ssta.blogspot.com
takedownwrestling.com
takeittothepeople.com
takeittothepeople.org
talkinghearts.com
talkinsex.com
tallmentogether.com
tamfs.org
tantra-ifc-the-art-of-conscious-love.com
tantra-intimacy-aspergers.com
tantra-sex.com
tantra.biz
tantra.com
tantra.flowguide.com
tantra.kef.li
tantra.org
tantra.uk.com
tantraattahoe.com
tantraaustralia.com
tantracore.wordpress.com
tantradenver.com
tantradeva.com
tantraforawakening.com
tantraforwomen.com
tantragoddessoz.com
tantragoddessoz.com.au
tantraheart.com
tantrainatlanta.com
tantralaboratory.com
tantralink.com
tantramag.com
tantramagazine.com
tantrananda.com
tantranewyork.com
tantranova.com
tantrapm.com
tantraportal.com
tantraquest.com
tantratouch.com
tantraworks.com
tantrayogaireland.com
tantric-goddess.org
tantric.uni.cc
tantricspirit.com
tantrika.net
tantrikainternational.com
tarastgworld.mysite.wanadoo-members.co.uk
tarheelwriter.com
tarntawan.com
tasante.com
tavausa.org
taxday2009.com
taz01.8m.com
tbbproductions.net
tcgayhockey.org
tcne.org
tcpride.com
teambrisbane.com
teamdallasaquatics.com
teamdetroitaquatics.org
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 64 of 133

```
teamnewyork.org
teamsf.ning.com
teamsf.org
teamsydney.org.au
teamtoronto.org
technodyke.com
tedfusby.com
teenlezzie.tripod.com
teenpregnancy.org
teensexuality.org
teensexuality.studentcenter.org
tellingpictures.com
temenos.net
templegreen.co.uk
templeofbliss.com
templepriestess.com
tennesseewilliams.net
tennislondon.com
tenpercentbent.com
tentaciones.ws
terrazzo-ps.com
terriersfc.org
terrygaskinsphotography.com
terrywself.com
texasbikerpigs.com
texascircuitboyz.com
tgaesthetics.com
tgboards.com
tgcabaret.com
tgcomics.com
tgconnect.com
tgcrossroads.org
tgforum.com
tgfund.org
tgguide.com
tgirldenise.com
tgirldiva.com
tgirlheaven.co.uk
tgirljessica.blogspot.com
tgirlworld.net
tgjourneys.org
tgland.co.uk
tglife.com
tgni.com
tgnow.com
tgstories.atspace.com
tgstories.com
tgtoday.com
tgworld.org
thaitours.com
thankheavenfortrannyboys.com
thatp.com
thawksportfolio.tripod.com
the-awen-partnership.com
the.doorway.tripod.com
theactressinme.blogspot.com
theadmiralsinn.com
theamericassc.com
theatretantra.com
thebearmall.com
thebluemoon.co.nz
thebutterflybodrum.com
thecabanasguesthouse.com
```

thecanyonhouse.com
thecarriagehse.com
thecliks.com
thecouplescentermaine.com
thecrystalclub.org
thecuttingedges.com
thedadsgroup.com
thedeauvilleinn.com
thedrrobynshow.com
thedumasbrothel.com
theeaglesnestbandb.com
theemeraldcity.org
thefemininitycoach.com
thefireball.com
theflamingoresort.com
theflyingbats.com
thefoxwood.com
thefredrik.com
thegaycartoonsite.com
thegaygamer.blogspot.com
thegayhotel.com
thegaymafia.net
thegaymalebody.com
thegirlieboards.com
thegirlinside.com
theglbt.com
thegnetwork.com
thegreatsexcoach.com
thegully.com
thegyc.com
thehacienda.com
theharlow.com
theinnercircle.org.za
thejehm.net
theletteronline.com
thelnmag.com
thelokystory.com
themakeoverrooms.co.uk
themaleform.co.uk
themansionsaratoga.com
themirons.com
thenationalcampaign.org
thenetworklared.org
thenewgay.net
theofcourse.com
theoretical.com
thepaintedportraitproject.com
thepinkcross.org
theplayerspage.com
thepointfoundation.org
thepoweronline.org
theqtube.com
therainbowbabies.com
therainbowcenter.com
therainbowtimesmass.com
therhino.org
thesacredprostitute.com
thesexdictionary.com
thesisters.org
thesmokingcocktail.blogspot.com
thesofterme.com
thestonehearthinn.com
thestormproject.com

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 66 of 133

```
thesymposium.co.uk
thetaskforce.org
thetheateroffensive.org
thetherapysisters.com
thetrevorproject.org
theuglyvirgin.com
thevilla.com
thevitalvoice.com
thevoice.ca
thewellhead.org.uk
thewilcothotel.com
theworldoftantra.com
thinkb4youspeak.com
thirdcoastmarketing.com
thisisjon.co.uk
thisismark.co.uk
thismansstruggle.blogspot.com
thisobedience.com
thisshowissogay.com
thisweekintexas.com
thomcollins.com
thomonthenet.com
throb.co.uk
throughtheflame.com
throughtheflame.org
thrustpuppy.com
thundercake.com
thursdaysoftball.com
thydney.com
tickcentral.com
ticklingforum.com
tiggerman.com
tiglff.com
tiinatam.blogspot.com
timberfell.com
times10.org
timessquares.org
timfishworks.com
timildeeps.com
timrfisher.tripod.com
tina.co.za
tinastefano.com
tips-q.com
tjoemurray.com
tklovers.com
tmeltzer.com
tmen.net
tnya.org
tobe.ca
togs.co.za
toledoray.org
tomalhe.com
tomandlarry.com
tomithey.com
tomrobinson.com
tomsidebottom.com
tomwhitmanpresents.com
toonsville.freeservers.com
tootallblondes.com
toqp.com
toroidalsnark.net
torontobinet.org
torontosportsalliance.com
```

Page 65

tortugadelsol.com
tototours.com
touchforlife.com
tour-saint-jacques.com
towleroad.com
towleroad.typepad.com
townhousetours.com
tps.rso.wisc.edu
tracyquan.net
tracyschapes.blogspot.com
tracystark.com
tradingmysorrows.com
tranniefesto.co.uk
tranniehaven.com
trannietrash.co.uk
trannyboi.com
trannyfest.com
trannyinternational.com
trannynet.com
trannytelevision.com
trannyweb.com
trans-academics.org
trans-health.com
trans-lide.info
trans-man.org
trans-mission.org
trans-yorks.org.uk
transadvocate.org
transangeles.com
transbay.org
transbetty.com
transcanadacoyote.blogspot.com
transcare2000.com
transcendingboundaries.org
transchat.sister.org
transdude.com
transfamily.org
transfeminism.org
transferspb.com
transfixedonline.co.uk
transformationalunfolding.com
transformationmother.com
transformationshops.com
transformed.mysite.wanadoo-members.co.uk
transformfeminism.com
transformingcong.org
transgender-chat.com
transgenderamerica.com
transgenderart.com
transgendercare.com
transgenderdiary.blogspot.com
transgenderlaw.org
transgenderlawcenter.org
transgenderlegal.com
transgendermichigan.org
transgendernm.org
transgenderpride.org
transgendersoul.com
transgendertherapyillinois.com
transgenderwarrior.org
transgenderzone.com
transhouston.com
translifesupport.com

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 68 of 133

transohio.org
transparadisedating.com
transpartners.tripod.com
transpassage.wordpress.com
transproud.com
transsexual.org
transsexualconsultingandreferrals.com
transster.com
transunity.com
transvamp.com
transvestite-dressing-service-yorkshire.co.uk
transxpose.com
transyou.com
trashique.com
trashkitten.com
travel.co.za
travelcouples.com
travelgayzette.com
travelook.com
tremblingbeforeg-d.com
trevorboris.com
trgi.info
tri-ess.org
tri.org
triangleclub.org
triangledivers.org
triangleinn.com
triangletelevisionnetwork.com
triangletkd.org
triffik.com
trikone.org
tripnet.com
trisha-lynn.com
troycomics.com
true-expressions.org
true-gender.com
true-spirit.org
truecolorsfund.org
truecolorsmakeup.com
truesf.home.igc.org
truluck.com
trupride.homestead.com
ts-ottawa.ca
tsdating.com
tself.org
tsfaq.info
tsisters.com
tsroadmap.com
tss.org.uk
tssociallounge.com
tstalk.org
tsunamipolo.org
tsvoice.dns2go.com
ttothed.blogspot.com
ttsq.org
ttuqa.com
tucsonobserver.com
tucsonpride.com
tuffstuffministries.com
tuicottage.bravepages.com
turisaven.com
turnersyndrome.ca
turquoisebear.net

```
turtlecove.com
turtlecove.com.au
tuscanbreaks.com
tv-uk.org
tvpolari.com
twcministry.org
twentyclub.net
twentyclub.org
twnonline.org
twoaberdeen.com
twoguysadopting.com
twospirits.org
twpsbi.tripod.com
twshf.org
txtnewsmagazine.com
tylerwatchnews.com
ubcaustin.org
ubgsa.blogspot.com
uclgbtia.org
ugla.odessa.ua
uk-ti.com
ukcrossdresser.blogspot.com
ukia.co.uk
uklambda.com
uklgig.org.uk
ultracrossdresser.com
ultrasparky.org
umaffirm.org
umoc.org
uncaalliance.wordpress.com
uncg.edu
uncouthheathen.com
under21group.com
undercovertranssexual.org
undergroundtransit.com
underseax.com
underthepinkcarpet.tv
unfamiliarfaces.com
unionboston.org
unionoflove.com
unitedgenders.org
unitedwestandbuffalo.org
unmarried.org
upwi.org
urbanjustice.org
urnotalone.com
ursatravel.com
uscglbta.org
usnaout.org
usofacomputers.com
utopia-tours.com
utopiahawaii.com
vaginaverite.com
valogcabin.org
vamtantra.com
vancouverpride.ca
vanessasheridan.com
vanpride.bc.ca
vapartisans.org
varlaonline.com
vee3.blogspot.com
vegasonesource.com
vekquin.com
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 70 of 133

velvetparkmagazine.com
venialsin.com
venture-out.com
venusandherlover.com
venusboyz.com
venusenvy.comicgenesis.com
venusenvy.keenspace.com
venusenvycomic.com
verf.serverworks.org
vermontgaytravel.com
veronicasvoice.org
veryinn.blog124.fc2.com
vgva.net
vicki-wagner.com
victimassistance.info
victoriaoldham.co.uk
victoryfund.org
videoblush.com
viella.freeservers.com
vikkiscaf.com
vikram-art.com
villa-maspalmeras-tenerife.com
villagediveclub.org
villagespartans.co.uk
villagestay.com
villagetv.com
villaleon.com
villaragazzi.com
villarainbow.com
villarainbow.fr
villaralfa.com
villaroca.com
villavenice.com
vinandcharlie.com
violafair.com
virginiaerhardt.com
virtualzen.net
vlscs.ca
vmbear.com
vmfc.co.uk
volcanoparty.com
volunqueer.kairosinsoho.org.uk
volunqueer.org.uk
vongloedengayhistory.free.fr
vortex.dragonmastering.com
voyeurevents.com
voygrquest.com
vsmca.tripod.com
vtcivilunionpac.org
vtfreetomarry.org
vtmarriageaction.org
waf.org
wafff.com
walmsley-white.co.uk
waronpornography.com
warriorsmc.org
washblade.com
washingtonblade.com
washingtongenderalliance.com
washingtongenderalliance.org
washingtonwomenoutdoors.org
watercolourboy.blogspot.com
waynebesen.com

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 71 of 133

```
wayoutdocumentary.com
wayvtoronto.org
wcaa.net
webdotgal.com
weblog.phillytim.net
webpctools.com
wecarefamilies.com
weddings-in-windsor.com
welcomed.com
welcomingcongregations.org
wellingtoncitygaystay.co.nz
wemeanit.net
werefunnythatway.com
wesferguson.com
westendinn.com
westernboys.co.uk
westernstardancers.org
wetdreamforum.com
wetskins.org
wettones.org
what-is-swinging.com
whct.ca
whenboysfly.com
wheresqueerbill.com
wheretheboysare.net
whiteasnow.com
whitecranejournal.com
whitehornwebdesign.com
whiteknot.org
whitelotuseast.com
whiteparty.net
whiteparty.org
whiterockchurch.org
whizmag.com
whore.bravehost.com
whosoever.org
wigayhockey.com
wikiafterdark.com
wilburnweb.com
wildcatintl.com
wildecats.co.uk
wildemarketing.com
wildnetcaro.org
wildnetga.org
wildwomenvacations.com
willgorges.com
willow-cottage.co.uk
willowssf.com
wiltonmanorsinn.com
windamarbeachresort.com
windhorseworkshops.ca
windmills-travel.com
windowcorp.com
windsorpride.com
windycitymediagroup.com
windycitysings.org
wingspanaz.org
winsonshuen.com
winterparty.com
winterparty.org
winterpath.com
wisconsincapitolpride.org
wiseupeducation.co.uk
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 72 of 133

```
wishingwellwomen.com
withpridedesigns.com
wizardsgayslang.com
wockner-news.com
wockner.blogspot.com
womenabout.org
womenfest.net
womeninthelife.com
womenofcolorweekend.com
womenonaroll.com
womensliberation.blogspot.com
womensprofootball.com
womenstravel.co.nz
womentravel.co.nz
womo.com
womynsfestival.com
womynweb.net
wonny.co.uk
wordharvesterschurch.org
worldsbest-sexual-health-site.com
worsethanqueer.com
worthingtonguesthouse.com
wowbar.dircon.co.uk
wowcafe.org
wwlw.multiservers.com
wwpflag.0catch.com
xenial.co.uk
xenogeny.com
xgaypartyboy.blogspot.com
xpressions.org
xtorr.com
xxxchurch.com
xy.com
yabyummy.com
yankee-cruising.org
ygamag.com
ylgc.org.uk
yolandasays.com
yonibone.org
yougiveloveabadname.com
youngconsulting.ca
younggayamerica.com
younggayerie.com
yoursexdocs.com
yoursexhealth.org
yourtantra.com
youthconnectionsracine.org
youthfirsttexas.org
youthpride.org
youthresource.com
yqmagazine.com
yvonnesplace.net
ywwf.org
zachthecomic.com
zami.org
zander.zaadz.com
zanemaxwell.com
zenithecuador.com
zennaro.net
zmetrotales.com
zuberfowler.com
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 73 of 133

urls.txt
```
123freehost.co.uk/sites/delawaretg/
165.230.98.36/acatalog/__lessons_from_the_intersexed_343.html
1secureplace.com/index2.html
365gay.com/newscontent/040303srshealth.htm
365gay.com/uncategorized/eyewitness-to-the-stonewall-riots/
3dcom.com/couples/frame.html
3dcom.com/couples/vkol/
3dcom.com/pw/bgr.html
411-swingers.com/swinger-clubs-directory.htm
5dot3.com/betties/index.php
5x5media.com/eye/inte/tquan.shtml
81x.com/koridadewright/kori
97.74.65.51/readarticle.aspx
a.webring.com/hub
aap.org/policy/020008.html
aap.org/policy/re9958.html
aappolicy.aappublications.org/cgi/content/full/pediatrics%3b106/1/138
aappolicy.aappublications.org/cgi/content/full/pediatrics%3b109/2/339
aardvark.net.au/~dobvic/
aarp.org/makeadifference/advocacy/stonewall_40th_anniversary/
aasect.org/annualcon.asp
aasianst.org/absts/1996abst/japan/j9.htm
abcde.co.uk/brion
abcde.co.uk/brion/
aboutourkids.org/articles/grandrounds9-29-00.html
absolutelypsychic.com/gaypsychicchat/
absurdism.org/cobalt/
abutu.com/choruses_en.htm
aclu.org/getequal/scho/index.html
aclu.org/lesbiangayrights/lesbiangayrights.cfm
aclu.org/lesbiangayrights/lesbiangayrightsmain.cfm
aclu.org/lgbt/youth/index.html
aclu.org/safeschools/safe_schools.html
acts17-11.com/dialogs_masturbation.html
actwin.com/chiltern/
adm.uwaterloo.ca/infoucal/9697/inter/smf.html
adoption.about.com/cs/gaylesbian/
adoptionuk.org/message.asp
adventuring.org/cgi-bin/main.idc
advocate.com/html/news/newssubjects/transgender.asp
advocatesforyouth.org/sexeducation.htm
aegis.com/aidsline/1997/jan/m9714365.html
aegis.com/aidsline/1998/dec/m98c1575.html
aegis.com/aidsline/1998/dec/m98c1852.html
aegis.com/aidsline/1998/dec/m98c1853.html
aegis.com/aidsline/1998/dec/m98c1962.html
aetherlumina.com/gnp/
affection.org/sexualite/
afn.org/~afn09744/childhood
agaveclinic.com/en/ffs.php
age.ne.jp/x/mumyouan/i/ae-8a.html
ageconcern.org.uk/ageconcern/news_422.htm
agenceglobal.com/article.asp
ai.eecs.umich.edu/people/conway/ts/srslink.html
ai.eecs.umich.edu/people/conway/ts/tschildcustody.html
ai.eecs.umich.edu/people/conway/tssuccesses/transmen.html
ai.mit.edu/people/ellens/gender/pap/node18.html
aidsinfonyc.org/q-zone/youth.html
aimoo.com/forum/freeboard.cfm
aiyiyi.com/transbook/html/excerpts.html
ajw.freeshell.org/sanduskygaypride
akatehakis.blogs.com/chs/
ala.org/ala/mgrps/rts/glbtrt/index.cfm
```
Page 1

```
alaska.net/~califa66/myhomepg.html
alaska.net/~identity/pflag.html
alaska.net/~kathryn/kathryn.htm
alessandragraziottin.com/index.php
algi.qc.ca/asso/mecs.html
allan.hise.org/godco/index.html
allexperts.com/browse.asp
allfaith.com/grace/
allheadlinenews.com/news/gay%20and%20lesbian
almostkate.com/v3
alpha.dickinson.edu/storg/qa/
altsex.org/transgender/
altsex.org/transgender/healthlaw.html
altsex.org/transgender/nangeroni.html
alumni.indiana.edu/glbtaa/
alumni.princeton.edu/~ffr-gala/
alumni.rice.edu/gala/
alumni.usc.edu/lambda/
alumni.usc.edu/lambda/pages/scholarships.html
alzheimers.org.uk/gaycarers
amabears.homestead.com/alfonso.html
amaranthwomyn.com/hbpage-2.html
amazingdreamspublishing.com/hlbiblio.html
american.edu/lavenderlanguages/
amnestyusa.org/outfront/
amrgleam.com/homepage.htm
ams.ubc.ca/student_life/resource_groups/pride/
andromeda.rutgers.edu/~lcrew/shepfuneral.html
androphile.org/preview/culture/japan/japan.html
androphile.org/preview/library/articles/index.htm
androphile.org/preview/library/biographies/sophocles
androphile.org/preview/library/biographies/winckelmann/gayhistory/index.htm
androphile.org/preview/library/history/harmodius
androphile.org/preview/library/mythology/arabian/abunuwas
androphile.org/preview/library/mythology/arabian/abunuwas/abunuwasbio.html
androphile.org/preview/library/mythology/greek/
angelfire.com/ab3/amsbestpics
angelfire.com/ab3/amsbestpics/
angelfire.com/ab3/pflagmobile
angelfire.com/ab3/pflagmobile/
angelfire.com/ak/paul56
angelfire.com/ak/paul56/
angelfire.com/al4/solopleasure/
angelfire.com/alt/franleolaurila/index.html
angelfire.com/alt2/aditya/
angelfire.com/anime2/sapphicafe/
angelfire.com/art2/jasonfanningart/
angelfire.com/az/alexspage/
angelfire.com/az/christiangaynet/
angelfire.com/az/lesclub/
angelfire.com/az/lionmark/gaymain.html
angelfire.com/bc3/bivictoria
angelfire.com/bc3/bivictoria/
angelfire.com/bc3/rossfun
angelfire.com/bc3/rossfun/
angelfire.com/biz/lotushotel/
angelfire.com/biz3/glsen/
angelfire.com/biz3/showgirls/
angelfire.com/ca/spiritcathlesbos
angelfire.com/ca/spiritcathlesbos/
angelfire.com/ca/tonyatv
angelfire.com/ca/tonyatv/
angelfire.com/ca2/bornhermaphrodite
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 75 of 133

```
angelfire.com/ca2/mysistershouse/
angelfire.com/ca2/queermuslims/
angelfire.com/ca3/micjoyjo
angelfire.com/ca3/micjoyjo/
angelfire.com/ca6/regattasport/
angelfire.com/co/gayfamilyvalues/
angelfire.com/co/lesmom/
angelfire.com/co/pattychall1/index.html
angelfire.com/co/phrophecy
angelfire.com/co/phrophecy/
angelfire.com/creep/amastre/
angelfire.com/creep/amastre/index.html
angelfire.com/creep/fiction/
angelfire.com/ct3/griffincates
angelfire.com/ct3/griffincates/
angelfire.com/ego/angie2000
angelfire.com/ego/angie2000/
angelfire.com/electronic/quicksurvey/
angelfire.com/emo/fchopin1/
angelfire.com/emo/joshisahottie/josh'shouse.html
angelfire.com/empire/petesplace/index.html
angelfire.com/extreme/hateisntaright/thehate.html
angelfire.com/film/intersexed/intersexed.html
angelfire.com/fl/jalal/
angelfire.com/fl3/celebration2000
angelfire.com/fl3/celebration2000/
angelfire.com/fl3/celebration2000/memory.html
angelfire.com/fl3/dompart
angelfire.com/fl3/uraniamanuscripts
angelfire.com/fl3/uraniamanuscripts/
angelfire.com/fl3/uraniamanuscripts/sept11.html
angelfire.com/fl5/glb_florida/index.html
angelfire.com/fm/t
angelfire.com/fm/t/
angelfire.com/freak/girlundertherainbow/index.html
angelfire.com/ga/beverlyann1
angelfire.com/ga/beverlyann1/
angelfire.com/ga/pridepals/page5.html
angelfire.com/ga2/religious/celibacy.html
angelfire.com/goth/tiamhaidh/
angelfire.com/grrl/angrydyke/
angelfire.com/grrl/one_sexy_mama/workshops.html
angelfire.com/home/leah/index.html
angelfire.com/home/qaf/comics.html
angelfire.com/ia/mollysplace
angelfire.com/ia/mollysplace/
angelfire.com/il/lunnybin/index.html
angelfire.com/in/rhondap/
angelfire.com/in/unitedsexualities/
angelfire.com/in3/dirtofagirl
angelfire.com/in3/dirtofagirl/
angelfire.com/indie/daman/
angelfire.com/indie/ggggrrlll/index.html
angelfire.com/journal/lonerspath/
angelfire.com/journal/lonerspath/writings.html
angelfire.com/journal/saadaya
angelfire.com/journal/saadaya/
angelfire.com/magic/matrixslash
angelfire.com/magic/matrixslash/
angelfire.com/mb2/rrcpride/
angelfire.com/md/beaubelle/
angelfire.com/md/helferstay1/
angelfire.com/md/zonecritters/contents.html
```

```
angelfire.com/md2/counsellor/
angelfire.com/music4/eujay/index.html
angelfire.com/my/macho
angelfire.com/my/macho/
angelfire.com/nb/brantfordpride/
angelfire.com/nc/scarlettd
angelfire.com/nc/scarlettd/
angelfire.com/nc/yakkow
angelfire.com/nc/yakkow/
angelfire.com/nc3/entertain_u
angelfire.com/nc3/entertain_u/
angelfire.com/nd/lv/
angelfire.com/nh/dantaylor/index.html
angelfire.com/nh/dantaylor/tdiary/diary.html
angelfire.com/nh/fullcolor/index.html
angelfire.com/nj2/charcolon/index.html
angelfire.com/nj3/kirachase
angelfire.com/nj3/kirachase/
angelfire.com/ny/briankate/
angelfire.com/ny/christiangaychat/emailgroup.html
angelfire.com/ny2/aternyde2/faghags.html
angelfire.com/ny3/childofthe70s/
angelfire.com/ny3/tyger/index.html
angelfire.com/oh4/pactyoungstown/
angelfire.com/oh4/thenewblack/index.html
angelfire.com/on/transtudies
angelfire.com/on/transtudies/
angelfire.com/or2/adoreyourself
angelfire.com/or2/douglasrapp
angelfire.com/or2/douglasrapp/
angelfire.com/or2/earlandfrank
angelfire.com/or2/howiebag
angelfire.com/or2/howiebag/
angelfire.com/planet/deonne/
angelfire.com/pq2/research/index.html
angelfire.com/pq2/susan
angelfire.com/punk4/timothy
angelfire.com/punk4/timothy/
angelfire.com/rant/whycyberlesbianssuck/
angelfire.com/realm/spiritboy/
angelfire.com/realm/transgirls
angelfire.com/realm/transgirls/
angelfire.com/ri/tucker/gender/tenftmreasons.html
angelfire.com/sd/demynge/
angelfire.com/stars4/theyellowbrickstudio/
angelfire.com/super2/ljhs_gsa/
angelfire.com/tn/stonecreekcabins/index.html
angelfire.com/tn2/cottonpickinsquares/
angelfire.com/tn2/tennbi/index.html
angelfire.com/tv2/j_allison/
angelfire.com/tv2/tamaranet
angelfire.com/tv2/thecity/
angelfire.com/tx/mysecretlover/index.html
angelfire.com/tx2/bittybobbles/index.html
angelfire.com/tx3/flycowboy
angelfire.com/tx3/flycowboy/
angelfire.com/va2/queerisgood/index.html
angelfire.com/vt/bothsidesnow/
angelfire.com/vt/lezaleapin/
angelfire.com/wa3/sso
angelfire.com/wa3/sso/
angelfire.com/zine/rogayrecipes/
angelfire.com/zine2/emo_boi/doodle.html
```

Page 4

```
angelfire.com/zine2/poly/index.html
angellpro.com.au/palmer.htm
anglicancommunion.org/ecumenical/commissions/lambeth/index.cfm
anidifrancoskypoem.tripod.com/anidifrancoskypoem/
annelawrence.com/philadelphia.html
annelawrence.com/portlandsurvey.html
annelawrence.com/tsfeminism.html
annelawrence.com/twr/
annelawrence.com/twr/orchiectomyindex.html
annelawrence.com/twr/tsfeminism.html
annelawrence.com/youngindex.html
antibullying.net/homophobicbullying.htm
antibullying.net/homophobicinfo3.htm
antipas.org/news/news_2000/world_2000/gay_comics.html
antonellagambotto.com/pornography.htm
antonellagambotto.com/pornographyeffects.htm
aolhealth.com/condition-center/womens-sexual-health
aolsvc.digitalcity.com/neworleans/southerndecadence/main.adp
apa.org/ed/hlgb/
apa.org/ed/hlgb/homepage.html
apa.org/pi/lgbc/hlgbsp/
apa.org/pi/parent.html
aphroditewomenshealth.com/news/female_sexuality_index.shtml
apinkfroggy.org/html/english/englishindex.htm
apiwellness.org/v20/youth/scholarship.html
apsexology.com/second.htm
aq.org/~js/
arcade.uiowa.edu/proj/ge
arcane-archive.org/faqs/altmagicktantrafaq.php
archive.frontpagemag.com/readarticle.aspx
archive.org/details/ssfwhitent1
archive.sensesofcinema.com/contents/00/8/queer.html
armleg.com/forum/index.php
armory.com/tests/purity.html
arthurstreet.com/celibacy1993.html
articles.moneycentral.msn.com/taxes/preparationtips/gianttaxheadachesforgaycouples.a
spx
artincontext.org/artist/t/pavel_tchelitchev/
arts.ualberta.ca/~torquere
artsurfer.net/links/netarta.htm
asaging.org/at/at-202/village.html
asaging.org/lgain.html
asaging.org/lgain/
asaging.org/networks/lgain/outword-063.html
ase.tufts.edu/ttlgbc
aserve.com/holly/culturefaq.html
aserve.com/holly/supportfaq.html
asia.geocities.com/tfpmanila/
askheartbeat.com/home.html
askmen.com/dating/dzimmer/
askmen.com/sex/drzimmer/index.html
aslef.org.uk/workplace/equality/sex_equality/sexual_equality.html
astraeasweb.net/politics/nytgen.html
asu.edu/clubs/lgbtq/
asu.edu/studentprgms/orgs/progression/
atheists.org/family/temp/scholarship/body_index.html
atheists.org/youth_and_family/scholarship
atlringz.tripod.com/blessedbetoallwhoenterhere/
atmavicharaashram.com/tantra/
atomic.itsamac.com/~astn320/
au.geocities.com/naomi_in_perth/
au.geocities.com/oncleveland/
au.geocities.com/pflagsouth/
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 78 of 133

```
auburn.edu/~aglassn
auden.webster.edu/~bainbmil/
auntieteck.com/binding/bindex.htm
austinchronicle.com/issues/dispatch/2000-02-18/xtra_feature.html
autbar.com/every_minute_counts.htm
author.emedicine.com/ped/topic1492.htm
avert.org/aofconsent.htm
avert.org/educate.htm
avert.org/homosexu.htm
avert.org/lessons.htm
avert.org/ygmt6.htm
bad.eserver.org/issues/1995/23/johnson.html
bahai-library.org/letters/gays.html
bailiwick.lib.uiowa.edu/ge/
bailiwick.lib.uiowa.edu/realism&lilacs
bama.ua.edu/~glbta/
bama.ua.edu/~qsa/ejscholarship.htm
bama.ua.edu/~qsa/scholarship.html
bama.ua.edu/~qsa/scholarship.shtml
baps.org.uk/documents/intersex%20statement.htm
baresark.freeserve.co.uk/index.html
bauercom.net/pornography_whats_the_big_deal.htm
bayarea.citysearch.com/feature/31760/
bayarea.net/~stef/poly/labriola/bisexual.html
bayswan.org/penet.html
baywindows.com/news/341517.html
bcholmes.org/poly/tpsg.html
bcifv.org/backiss/nf_lesbianbattering.html
bcifv.org/backiss2/nf_lesbian.html
beachpatong.com/connect/guesthouse/
bearcave.net/~baddog/
bearmfg.com/history/history.html
beartrapper.tripod.com/index.html
bee.net/cardigan/paarc/
bellsouthpwp.net/t/h/thibland
best48.com/e96thumbs.html
bettydodson.com/bisexual.htm
beyond-the-pale.co.uk/album.htm
bgsu.edu/colleges/edhd/fcs/shop/
bi-montreal.tripod.com/bilog/
bi.org.au/7icb/
bi.org/biworld/
bi.org/~bcn/
bi.org/~bcn/issue34/intersex1.html
bi.org/~bi.irish/
bi.org/~binet-seattle/
bi.org/~binetbc/2001/
bi.org/~goc/
bi.org/~joe
bi.org/~joe/
bi.org/~jon/soc.bi/faq
bi.org/~lbiwomen/
bi.org/~ndavis/
bi.org/~turner
bi101.org/essays/biessays/what%20happened%20to%20bi%20activism.htm
bi101.org/what%20happened%20to%20bi%20activism.htm
biallmeans.org/because.html
bibble.org/gay/stories/comingout.html
bicommunitynews.co.uk/79/fritz.html
bicon.bi.org/bicon2000/
bicon.bi.org/past.html
bidstrup.com/cool.htm
bidstrup.com/marriage.htm
```

Page 6

```
bidstrup.com/parents.htm
bidstrup.com/phobia.htm
bigclosetr.us/topshelf/
bigeye.com/sexeducation/index.html
bigmanout.com/bmo.htm
bigmanout.com/movies.htm
bigmanout.com/new_letters.htm
bigrubys.com/english/kw/
bigrubys.com/english/lo/
bigrubys.com/english/lp/
bimen.org/events.htm
biresource.org/archives/guide2002.html
biresource.org/biversity/bicamp.html
biresource.org/bookstore/
biresource.org/bookstore/bi_film.html
biresource.org/bookstore/biographies.html
biresource.org/bothteams/
biresource.org/groups.shtml
bisexual.org/acb/default.asp
bisexual.org/fritz.asp
bisexual.org/g/binetalberta/
bisexual.org/g/chicagoland/
bisexual.org/mcb/default.asp
bisexual.org/nacb/
bitheway.org/bi/history.htm
biversity.org/bicamp.html
biversity.org/biversity_boston/bicamp.html
bizone.org/bap/
bizone.org/con2002/index.html
bizone.org/con2004
bizone.org/main.asp
bizone.org/retreat2000
bizorg.co.uk/gube/
black-rose.com/bipolbook.html
black-rose.com/liz.html
blackandblueball.ca/ball.html
blackiris.com/sfleathermc/sflclubs/
blackstripe.com/blacklist/
bmbdesigns.com/poetry/poetry.html
bmcms.org/gsa/
bmj.com/cgi/content/full/323/7324/1264
body.aol.com/condition-center/womens-sexual-health
bol.ucla.edu/~kmayeda
bondage.elitecities.com/petra/
bonusround.com/gayyouth/
book-of-thoth.com/archives-article-7699-page1.html
boonepride.org/pride.html
boontarika.com/hotel/
bosf.org/woof/home
boston.polyamory.org/polycol/
bostonphoenix.com/archive/1in10/97/05/gray_gays.html
bostonphoenix.com/archive/1in10/99/03/pbs.html
bostonphoenix.com/boston/news_features/top/features/documents/02404906.htm
bostonphoenix.com/listings/1in10/resources/lesbian_avengers.html
bravotv.com/boy_meets_boy/
bravotv.com/queer_eye_for_the_straight_guy/
breadrosesfund.org/grants/lax.html
brendamake.com/genderrain/
bridgew.edu/counselingcenter/tremblay.cfm
bridgew.edu/glbta/scholarship.cfm
bridgew.edu/glbta/tremblay.cfm
brightlightsfilm.com/16/annie.html
brightlightsfilm.com/gayandlesbian.html
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 80 of 133

```
brightlightsfilm.com/tranny.html
brown.edu/students/lgbta/
brownsteinmd.com/andy.html
brownsteinmd.com/frankie.html
brownsteinmd.com/reid.html
buddybuddy.com/church03.html
buddybuddy.com/church3.html
buddybuddy.com/partners.html
buddybuddy.com/pc.html
buddybuddy.com/toc.html
buffalobetties.com/storiespub/
burrows.com/poolbio.html
butch-femme.com/community/hottub.htm
butch-femme.com/mailman/listinfo/ftm-soffa_butch-femme.com
butchdykeboy.com/menace/
butchdykeboy.com/zines/wtsct/ppframe.htm
buttery.org/markpoly/
byz.org/~bi/
byz.org/~sev
byz.org/~sev/sexuality/bi.html
byz.org/~sev/sexuality/poly.html
c.webring.com/hub
ca.geocities.com/entrelca
ca.geocities.com/entrelca/
ca.groups.yahoo.com/group/bc_singles_lesbian_salon/
ca.groups.yahoo.com/group/tgsupport
ca.groups.yahoo.com/group/tgsupport/
cafepress.com/ftmgear
cafeshops.com/ftmgear
caffineaddict0.tripod.com/tristanstransmission/index.html
cairns.net.au/~onthebeach/
calvin.usc.edu/~trimmer/ala_hp.html
calvin.usc.edu/~trimmer/famous_names.html
calvin.usc.edu/~trimmer/religion.html
cameron.edu/pride/
canadiantheatre.com/dict.pl
canwestshows.com/sexshow/
carbon.cudenver.edu/public/library//libq/lezbrian/
carleton.ca/glb/
carsonbaxter.com/index.htm
casagordita.com/queer.htm
caselaw.findlaw.com/cgi-bin/getcase.pl
caselaw.lp.findlaw.com/cgi-bin/getcase.pl
caselaw.lp.findlaw.com/scripts/getcase.pl
cases.justia.com/us-court-of-appeals/f3/225/1084/499789/
cat-and-dragon.com/stef/
cat-and-dragon.com/stef/poly/labriola/bisexual.html
cat.org.au/ultra/family.html
cat.org.au/ultra/tsf.html
cat.org.au/ultra/ultra5.html
cat.org.au/ultra/ultra6.html
causeawareness.org/interview2005.html
cavespirit.net/childhood.html
caw.ca/en/services-departments-pride.htm
caw.ca/whatwedo/pride/
cbc.ca/disclosure/archives/0111_russianroulette/russianroulette.html
cbc.ca/national/science/testosterone.html
cbc.ca/passionateeye/ocom/
cc.columbia.edu/cu/libraries/events/sw25/
cc.ku.edu/~qanda/
cdc.gov/hiv/stats/hasrlink.htm
cdc.gov/hiv/topics/surveillance/resources/reports/
cdc.gov/hiv/topics/surveillance/resources/reports/
cdc.gov/nchstp/hiv_aids/conferences/hiv99/abstracts/464.pdf
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 81 of 133

```
cdc.gov/nchstp/hiv_aids/conferences/hiv99/abstracts/567.pdf
ce.berkeley.edu/~zennaro/
ce9.uscourts.gov/web/newopinions.nsf/4bc2cbe0ce5be94e88256927007a37b9/942e6471f039ce
3888256927007a7330
ce9.uscourts.gov/web/newopinions.nsf/4bc2cbe0ce5be94e88256927007a37b9/bbde9214ab1c85
5488256945005f260a
ced.berkeley.edu/prizes_awards/arcaward/
cedr.lbl.gov/icd9.html
centurionmultimedia.com/tbeautiful/index.htm
cerebro.cs.xu.edu/~smbelcas/
cgi.newcity.com/newcity/index.php3
cglbrd.com/entries/1095.html
chanton.com/penpals.html
chaparraltree.com/raq/
chebucto.ns.ca/health/teenhealth/sexualhealth/home.htm
chez.com/collectifcommeca/
chidwick.ca/familylife
childofmana.tripod.com/ccs-sexuality.htm
chimeric.demon.co.uk/diversity/
chiroweb.com/archives/10/17/19.html
chris-d.net/polari/
chrismaltby.homestead.com/home.html
christielee.net/main1.htm
chronicle.uchicago.edu/051117/eros.shtml
chronos-tachyon.net/mirror/io.com/
ci.sf.ca.us/sfhumanrights/lg_info.htm
ci.sf.ca.us/sfhumanrights/tg_guide.htm
cicatelli.org/bpapp/
cin.org/mateo/m920828a.html
cincinnatichildrens.org/programs_services/75/
cincinnatichildrens.org/svc/alpha/p/psi/default.htm
circuitboy.org/timmy/
city-net.com/~lewis/crewheads/
city-net.com/~lewis/glrn/
cityguide.aol.com/neworleans/southerndecadence/main.adp
classbrain.com/artread/publish/article_34.shtml
classicdykes.com/joan_wurmbrand_md.htm
classicdykes.com/lesbian_.htm
clem.mscd.edu/~diguardi
clubs.ccsu.edu/pride/
clubs.ncsu.edu/lgsu/
cnwl.igs.net/~poirier/
colage.org/kids/kids_w_trnsgndr_prnts.html
colage.org/kids/newsletter.html
colage.org/scholarship.html
colorado.edu/journals/standards/v5n1/marlonintro.html
coloradocollege.edu/students/equal/
colostate.edu/orgs/soglb/
colugino.com/glife/
columbia.edu/cu/cqa/
columbia.edu/cu/gables/
columbia.edu/cu/lbgc/
columbia.edu/cu/lweb/eresources/exhibitions/sw25/
columbia.edu/cu/qoc/
columbia.edu/cu/qsg/
columbia.edu/cu/queergrads/
commerce.motorola.com/consumer/qwhtml/motopride/
commex.org/whatever/spanner/spanner.html
community-1.webtv.net/marbillca1/why/
community.livejournal.com/bisexual/
community.livejournal.com/faghags/
community.livejournal.com/fagsrus/
community.livejournal.com/gaywriters/
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 82 of 133

```
community.middlebury.edu/~moss/rgc.html
community.pflag.org/page.aspx
communityvisions.org/iaglbc/
comnet.org/local/orgs/ozone/
compassionatexpression.com/healing_sanctuary_&_inn.htm
condomhall-condoms.org/education.html
conferencealerts.com/sex.htm
connellodonovan.com/archaeo.html
consciouschoice.com/1995-98/cc101/tantra.html
consciouschoice.com/issues/cc101/tantra.html
constitutionalistnc.tripod.com/hitler-leftist/id12.html
content.gay.com/channels/arts/cho_margaret_book.html
content.gay.com/channels/food/
content.gay.com/channels/home/elderly_000412.html
content.gay.com/channels/home/hero_seniors_991221.html
content.gay.com/people/bipopulardemand/index.html
content.gay.com/people/youth_zone/
costaricapages.com/gayweddings/
counsel.ufl.edu/selfhelp/malesexrole.asp
cpmcnet.columbia.edu/dept/gender/applicat2.html
cpmcnet.columbia.edu/news/review/archives/medrev_v3n2_0002.html
cqc.com/~river-haven
creative.novusinc.ca/r1/
creativetime.org/dwa/2000/index.html
crglrc.org/crpride/
cri.univ-tlse1.fr/tools/test_filtrage/sexual_education/
crissywild.com/tgfiction.html
critpath.org/pflag-talk/
critpath.org/pflag-talk/gid.htm
critpath.org/pflag-talk/gid2.htm
critpath.org/pflag-talk/helpline.htm
critpath.org/pflag-talk/tgkidfaq.html
critpath.org/pflag-talk/transparent.htm
critpath.org/pflag-talk/whatif.html
critpath.org/thac
crossdressers.com/forums/
crossmyt.com/hc/linghebr/austheir.html
cs.cmu.edu/afs/andrew.cmu.edu/usr/out/public/filmlist
cs.cmu.edu/afs/cs.cmu.edu/user/scotts/bulgarians/rainbow-flag.html
cs.cmu.edu/afs/cs.cmu.edu/user/scotts/domestic-partners/mainpage.html
cs.cmu.edu/afs/cs/user/scotts/ftp/bulgarians/lambda.html
csmonitor.com/2003/1120/p14s03-woeu.html
csulb.edu/~asc/journal.html
csun.edu/~hfoao102/press_releases/spring97/shotgun.html
csun.edu/~hfspc002/foucault.home.html
csun.edu/~sr2022/
csun.edu/~sr2022/sex_prog.htm
cult-media.com/issue1/cmrmcle.htm
cuuf.net/rainbowcafe
cyberbuzz.gatech.edu/pride/
cybercase.org/flyer.html
cyberconch.com/aidskw/
cyberculture.net/memberpages/oxygenio/index.html
cybergrapha.com/lostboys/
cyberpsych.org/homophobia/
cyberpsych.org/homophobia/all.htm
cydathria.com/ms_donna/
cydathria.com/ms_donna/asig_main.html
cydathria.com/ms_donna/intergen.html
cyfc.umn.edu/diversity/gay/gayaging.html
cyfc.umn.edu/seniors/resources/gayaging.html
cygnetspolo.com/ww/index.htm
cyh.com/cyh/youthtopics/usr_index0.stm
```

Page 10

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 83 of 133

```
dailynews.yahoo.com/fc/health/sex_and_sexuality/
dakotacom.net/~rholmes/ric
dalally.chaplainoffice.dal.ca/index.html
dana.ucc.nau.edu/~lbga-p/
dandeliondesign.ca/ties/
dannyboy14.suddenlaunch3.com/index.cgi
danwoog.com/bfnf.htm
dartmouth.edu/~gsa/
dasa-slaa-mtl.cbti.net/home.html
datalounge.com/datalounge/issues/index.html
datalounge.net/network/pages/lha//
datalounge.net/network/pages/lha/about/main.htm
datingfun.com/sex/masturbation/
davidbowie.com/users/gayle/
davidclemens.com/gaymilitary/
davidlari.com/swg/
dazzled.com/karyn
db.erau.edu/campus/student/clubs/galba/
dcpride.org/spartanmc/
de.geocities.com/kimbear_de/
deafqueer.org/drago/
deafqueer.org/flash/
deafqueer.org/flash/about/index.html
deerval.com/transgendercounseling.htm
dept.kent.edu/stuorg/pride/
depts.washington.edu/wswstd/
desert.net/safest-sex/
desires.com/1.2/sex/docs/paglia1.html
dglenn.org/words/glenn-bio.html
dgp.toronto.edu/~jade/safe/
dhs.cahwnet.gov/ps/cdic/epic/html/ventura.htm
diamonds2.org/default.aspx
dianarussell.com/porntoc.html
dickinson.edu/storg/spectrum/
dickinson.edu/~pandora
digitainment.com/comingoutmovie/
dignitypacific.org/losangeles/
dignitypacific.org/sandiego/
dir.salon.com/story/ent/feature/2002/07/22/metrosexual/
disabilityhistory.org/dwa/queer/
disabledwomen.net/queer/
dispatch.com/news/newsfea00/aug00/398425.html
divanet.com/gourmet/
dmaclean.homestead.com/comedy.html
doe.mass.edu/cnp/gsa/
doe.mass.edu/hssss/program/ssch.html
doinitright.com/gayfriendly.shtml
dolari.org/cs/
domani.net/richard/gaydads.html
domesticviolence.com/newyork/nycgay.html
donland.net/inqueer/
doriaroberts.com/queerstock/
dph.sf.ca.us/chn/hlthctrs/transgender.htm
drag.lesbiru.com/eng/
drbecky.com/rlt.html
dreamworld.org/oystergsa/
drjamesreardon.com/dysphoria
drjanellcarroll.com/wordpress
drycas.club.cc.cmu.edu/~julie/bisexu-1.html
dsansw.org.au/publications/talktome.html
du.edu/orgs/qsa/
du.edu/~lgba/
duddanandez.com.br/studioingles/aboutus.htm.htm
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 84 of 133

```
duskdarkling.org/master/
e.webring.com/hub
earstation.com/asc/spride01.html
eastwestseminars.org/tantrictaichi.htm
ebar.com/news/article.php
ebonypyramidonline.com/overtherainbowtravel.htm
echonyc.com/~lesbians/
eci-aa.org/index.html
ecok.edu/campus_life/student_orgs/gaystraight/
ecok.edu/campus_life/student_orgs/gaystraight/default.asp
ecok.edu/studentorgs/special_interest/gaystraight/
economist.com/business/displaystory.cfm
ecu.edu/org/bglad
ecu.edu/org/glbtsu/
edifyingspectacle.org/sexuality/blog/
ednet.co.uk/~magnificat/
edst.educ.ubc.ca/aerc/2000/hillr1-final.pdf
education.vsnl.com/hth/
edwardtbabinski.us/sheldon/celibacy.html
edwardtbabinski.us/sheldon/clerical_celibacy.html
eff.org/caf/cafuiuc.html
efn.org/~glynn/x/main.htm
egyptology.com/niankhkhnum_khnumhotep/
eingedi.org/j3122-2.html
ejhs.org/volume3/haroian/body.htm
elca.org/faithfuljourney/
elirgreen.com/erg/
elmhurst.edu/~sage/
emedicinehealth.com/articles/12261-1.asp
emedicinehealth.com/articles/25288-1.asp
emedicinehealth.com/articles/6736-1.asp
emory.edu/lgboffice/
empiresquares.homestead.com/home.html
emsh.calarts.edu/~cristin/
en.mimi.hu/sexuality/index_sexuality.html
en.wikipedia.org/wiki/abu_nuwas
en.wikipedia.org/wiki/category:lgbt_fashion_designers
en.wikipedia.org/wiki/harvey_milk
en.wikipedia.org/wiki/heterosexuality
en.wikipedia.org/wiki/list_of_sex_positions
en.wikipedia.org/wiki/masturbation
en.wikipedia.org/wiki/military_readiness_enhancement_act
en.wikipedia.org/wiki/philadelphia_international_gay_&_lesbian_film_festival
en.wikipedia.org/wiki/pornography
en.wikipedia.org/wiki/portal:lgbt
en.wikipedia.org/wiki/same-sex_unions_in_the_united_states
en.wikipedia.org/wiki/slash_fiction
en.wikipedia.org/wiki/stephan_elliott
en.wikipedia.org/wiki/stonewall_riots
en.wikipedia.org/wiki/when_boys_fly
en.wikipedia.org/wiki/white_night_riots
endhomelessnessnow.org/pornography/corporate.htm
english.upenn.edu/~cjacobso/gender.html
engr.ucdavis.edu/~jsdevlin/glorygod.html
enotalone.com/45-1.html
enotalone.com/494-1.html
enotalone.com/77-1.html
enqueue.com/ria/index.html
enterstageright.com/archive/articles/0604/0604deaththeory.htm
envoytravel.com/rainbow.html
epigee.org/guide/abstain.html
eprints.unimelb.edu.au/view/subjects/edu-yout.html
epud.net/%7ebears/
```

Page 12

```
epud.net/~bears/
equityfoundation.org/scholarship.htm
equityfoundation.org/scholarships.htm
eriegaynews.com/2002picnic.html
eriegaynews.com/pride/
eros-la.com/files/la-talisa1.htm
esatclear.ie/~gay-hiking/
esatclear.ie/~shoegirl
esc.edu/esconline/across_esc/writerscomplex.nsf/0/564e043922d70d98852569c3006d727e
eserver.org/bs/23/johnson.html
eserver.org/bs/editors/1999-11-30.html
eserver.org/gender/
eskimo.com/~bloo/bformfaq/
eskimo.com/~nickz/axios.html
espn.go.com/otl/world/timeline.html
eteamz.active.com/clgsa/index.cfm
ethics.sandiego.edu/applied/sexualorientation/
ethnopsychiatrie.net/actu/homoabstract.htm
etr.org/recapp/
eurowrc.org/06.contributions/1.contrib_en/34.contrib.en.htm
everystudent.com/wires/toxic.html
excoboard.com/exco/index.php
execpc.com/~djdilges/
execpc.com/~dmmunson/
execpc.com/~dmmunson/tsc2k/stephenwhittle.htm
explorefaith.org/accepting.html
f.webring.com/hub
f24.parsimony.net/forum54410/
facebook.com/gayrightsmedia
facebook.com/group.php
facebook.com/jefferycolecasserole
faculty.uml.edu/sgallagher
faklen.dk/en/the_torch/prostitute.shtml
familydiv.org/lovemakesafamily.php
familyhelp.us/hl101a.html
faqs.org/faqs/polyamory/
faqs.org/faqs/polyamory/faq
faqs.org/faqs/polyamory/faq-supplement/
fau.edu/~jdennis/gaytv/gaytvindex.htm
fcweb.furman.edu/~kevin.born/index.htm
felixsalmon.com/000181.php
female101.com/female-masturbation.html
femmfatale.com/femefatale/html/annaintro.html
ferrum.edu/spectrum/
festivetravel.com/fantinfo.htm
ffbciowa.org/scholarship.htm
fflag.org.uk/guide.htm
fflag.org.uk/how.htm
fhcinc.org/education/tpp.html
fiercefamily.com/main/
finaid.org/otheraid/gay.phtml
finance.groups.yahoo.com/group/marketingtolesbians/
firelily.com/diane/
firelily.com/gender
firelily.com/gender/diane/stories.html
firelily.com/gender/gianna/children.html
firelily.com/gender/gianna/dilemma.html
firelily.com/gender/gianna/gillick.interview.html
firelily.com/gender/gianna/parents.html
firelily.com/gender/gianna/why.come.out.html
firelily.com/humor/odd/index.html
flash.net/~bihouse/
flash.net/~nmtpc
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 86 of 133

```
flashbuilder.net/users/discoverkalki/
flex.com/~aitken/pflaghilo/
flf.com/alloverme/
flf.com/lvc/
flickr.com/photos/christy686/
flint.umich.edu/departments/lgbt_center/
focusas.com/sexualbehavior.html
footnotes.jinkies.org.uk/pronouns.html
forced-feminization.net/basketballplayer2.htm
fordham.edu/halsall/pwh/
fordham.edu/halsall/pwh/copticspell.html
fordham.edu/halsall/pwh/gkcouples.html
fordham.edu/halsall/pwh/greekeros.html
fordham.edu/halsall/pwh/seel.html
forge-forward.org/tan/index.htm
fortunecity.com/boozers/kahuna/476/
fortunecity.com/campus/essay/1131/index.html
fortunecity.com/tinpan/sidekick/29/
fortunecity.com/village/birdcage/279/
fortunecity.com/village/maupin/133/index.htm
fortunecity.com/village/montgomery/112
fortunecity.com/village/simmons/425/
forum.onecenter.com/sawdust/
forum.onecenter.com/swingforum/
forums.delphiforums.com/gaycomics/
forums.delphiforums.com/incomfort
forums.delphiforums.com/m/main.asp
forums.delphiforums.com/steph515
forums.delphiforums.com/wolves/start/
forums.futura-sciences.com/contraception-grossesse-sexualite/
foundsf.org/index.php
fp.premier1.net/hdrider/
fr.wikipedia.org/wiki/sécuri-sexe
frameline.org/festival
frameline.org/festival/22nd/awards.html
frankenhooker.com/queercore/
frankfurt.gay-web.de/csd/
freedomusa.org/index.html
freehosting.hostrave.com/p/emma/
freenet.tlh.fl.us/~panhandl/
freeopendiary.com/entrylist.asp
freespace.virgin.net/sex.magic/index.htm
freewebs.com/anniebaer/
freewebs.com/arias-palace/index.htm
freewebs.com/artistsonline/picturepg.html
freewebs.com/brigirl333/
freewebs.com/buffalobashers/
freewebs.com/crossdressstudio/
freewebs.com/danieldomoracki/
freewebs.com/dannabel/
freewebs.com/dwc-website/
freewebs.com/emilywaaron/
freewebs.com/feralberal
freewebs.com/ganymedes/
freewebs.com/gay-dads-canada/
freewebs.com/gloscats/
freewebs.com/hugdyke
freewebs.com/jaaaman/index.htm
freewebs.com/jayciesplace/
freewebs.com/jessicadanyelle/
freewebs.com/judys_place/
freewebs.com/julie598/
freewebs.com/jupiter1024/
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 87 of 133

```
freewebs.com/manchesteroutright/
freewebs.com/neya/index.htm
freewebs.com/nicknac3000/
freewebs.com/ourstoriesproductions/index.htm
freewebs.com/peachesrealm
freewebs.com/peachesrealm/
freewebs.com/sexcoach/
freewebs.com/shadowheartz87/
freewebs.com/specimen/
freewebs.com/tgirlsworld-wigs-cosmetics-dressingservice/
freewebs.com/toyboxx/index.htm
freewebs.com/toykathoey/
freewebs.com/transcend711/
freewebs.com/twinriversoutright/
freewebs.com/uncheckeddiscrimination/
freewebs.com/voiceofsexworker
freewebs.com/ying_suay/
freewebtown.com/conniejowolf
freewebz.com/feelin2str8/
freewebz.com/specimen/
freewebz.com/underyrnose/
friendship-games.com/badminton/badmen/
frontiernet.net/~billijo/avengers.htm
frontiernet.net/~billijo/transart.htm
frontpagemag.com/articles/printable.asp
frostbytei.com/jc/3page28.html
fsd-alert.org/index.html
fsw.ucalgary.ca/ramsay/gay-lesbian-bisexual/3g-of-color-minority-gay.htm
fsw.ucalgary.ca/ramsay/gay-lesbian-bisexual/5k-male-prostitution.htm
fsw.ucalgary.ca/ramsay/gay-lesbian-bisexual/6a-religion-gay-lesbian.htm
fsw.ucalgary.ca/ramsay/gay-lesbian-bisexual/6k-elderly-gay-lesbian.htm
fsw.ucalgary.ca/ramsay/homosexuality-suicide/construction/gay-youth-suicide-san-dieg
o.htm
ftlvacationhouse.com/gay/index.htm
ftmcommunity.com/itransition
ftmi.org/hist/bios/green.html
ftmi.org/hist/bran/
ftmi.org/wrtngs/ftm-words.gary.html
ftmichael.tashari.org/transgender.html
fuck-you.org/pt2k/
fullcoverage.yahoo.com/fc/us/same_sex_marriage/
fullcoverage.yahoo.com/full_coverage/world/gay_and_lesbian_news/
galha.freeserve.co.uk/glh/
gamegrene.com/rants/dice_queen.shtml
garhunt.com/hunter188/
gay-art-history.org/gay-history/gay-literature/famous-homosexuals/winckelmann-gay/wi
nckelmann-gay.html
gay-hike.com/home.htm
gay-provence.org/en/
gay-provence.org/gay_en.php
gay.com/chat/
gay.com/travel/calendar/listing.html
gay.hfxns.org/eastcoastbears
gay.md/eng/
gay.org.il/asiron/
gay.org.il/joh/eng/home_eng.htm
gay.ru/english/travel/
gay905.com/hamiltonpride/
gayaccommodationumbria.com/en/index-en.htm
gayaccommodationumbria.com/index-en.htm
gayalliance.org/index.php
gayamerica.com/awards/
gaybazaar.com/find_a_paper.html
```

```
gaybazaar.com/gaybaltovb/
gaybham.com/pride/
gaybluewater.com/pride.htm
gaybusiness.com.au/sglba/
gaycanada.com/glhs/
gaycanada.com/okanagan-pride/
gaycanada.com/pride-regina/
gaycenter.org/program_folders/families/program_view
gaycenter.org/program_folders/yes
gaycityusa.com/pride.htm
gaygames.com/en/games/gg5/results/martial_arts.htm
gayguide.net/middle_east/israel/
gayhealth.com/templates/1000038062892059326170000002/society/comingout
gayhealth.com/templates/1115627468102381119970/society/comingout
gayidaho.com/diversity/index.htm
gaykeywestfl.com/featureevent.cfm
gaylesissues.about.com/culture/gaylesissues/library/content/blwarren02.htm
gaylife.about.com/od/fashion/a/gayfashion.htm
gaylife.about.com/od/gayteens/
gaylife.about.com/od/headlinesnewsstories/a/glbthomeless.htm
gayottawa.com/datesquares/
gayottawa.com/hockey/
gayottawa.com/ottawa-pride/
gayottawa.com/timeout/
gayparentmag.com/index.html
gaypatong.com/gaypatong/phuketgayfestival/
gaypridebrazil.org/sao-paulo/
gayrights.change.org/blog/view/gay_fine_by_me_gay_marriage_too
gaysongz.narod.ru/engindex.html
gaysouthafrica.org.za/browser99.asp
gayspirituality.typepad.com/blog/
gaystay.net/dembinszky/
gaystay.net/friends/
gaystay.net/kmsaga/
gaystay.net/kristofsquare/
gaystay.net/oldtown/
gaystay.net/praguecenter/
gaystay.net/toucan/
gaytoday.badpuppy.com/garchive/entertain/022800en.htm
gaytravel.net.nz/nz/earthspirit.html
gaytravel.net.nz/nz/lakelandhomestay.html
gaytravel.net.nz/nz/rosshomestay.html
gaytravel.net.nz/nz/violetembrace.html
gaywest.905host.net/files/newsletter.php
gaywomyn.org/festival/
gbgm-umc.org/unionboston/
gbwebworks.com/pflag/
gender.org.uk/conf/
gender.org/gain/index.php
gender.org/remember/
gender.org/remember/day
gender.org/remember/people/brandon.html
gender.org/remember/people/marshajohnson.html
gendernet.org/hrcwatch/subvert.htm
genderstudies.uchicago.edu/gr
genderstudies.uchicago.edu/grad/fellowships.shtml
genderweb.org/family/gfam3.html
genderweb.org/family/myson.html
genderweb.org/family/tsfam.html
genderweb.org/general/20things.html
genderweb.org/medical/docs/gmed21.html
genderweb.org/medical/psych/devel.html
genderweb.org/medical/srs/schran.html
```

Page 16

genderweb.org/~cirntri/
genderweb.org/~jenstar/
gendys.info/andreas/
gendys.info/tracys
geocities.co.jp/berkeley/3508/start.html
geocities.com/_harvey/
geocities.com/abodyoflove
geocities.com/abodyoflove/
geocities.com/abogalle
geocities.com/abogalle/
geocities.com/adonipolis
geocities.com/adonipolis/
geocities.com/aispeople/
geocities.com/alanandsteve/
geocities.com/alanandsteve/advice.html
geocities.com/alexiskca/
geocities.com/alienbarbiebaby/
geocities.com/allison_mcneal/
geocities.com/altabear
geocities.com/altabear/
geocities.com/alteredboi
geocities.com/alteredboi/
geocities.com/alwayslisa_99
geocities.com/alwayslisa_99/
geocities.com/amandabower.geo/
geocities.com/amiejain/
geocities.com/amyable717/index.htm
geocities.com/andynick_98/
geocities.com/angel_wynton/
geocities.com/angelsclub2000/club.html
geocities.com/anjelicadevoe/
geocities.com/annestmichaels/
geocities.com/artgirrl777/index.html
geocities.com/askandrew_glbt/
geocities.com/aspecialorder/mainpage.html
geocities.com/athena60_98
geocities.com/athens/ithaca/2204/
geocities.com/athens/olympus/3588/yotaveda.html
geocities.com/atruelifestory/
geocities.com/auntiesjenny/
geocities.com/badmen128/
geocities.com/barbieboy001/
geocities.com/battalionmc/
geocities.com/bazzoonist/
geocities.com/bcbearsmc/
geocities.com/bdjtexas1/
geocities.com/beargasm/
geocities.com/bearlover25
geocities.com/bearlover25/
geocities.com/bethanytwoman/
geocities.com/bethieandsam/index.htm
geocities.com/beyondjenny/justiceforall.html
geocities.com/binetdallas/
geocities.com/bipolar_faeries
geocities.com/bipolar_faeries/
geocities.com/bjcjapan/
geocities.com/bjwhitley/
geocities.com/blackburngsa
geocities.com/bonniekayeswgh
geocities.com/bonniekayeswgh/
geocities.com/boybluetoo/rufey.html
geocities.com/boyslifeca/
geocities.com/brandon93/

Page 17

```
geocities.com/brendatvatlanta
geocities.com/brendatvatlanta/
geocities.com/brock1gb/
geocities.com/browneyedboynj/
geocities.com/bryce716/main.html
geocities.com/bullchui
geocities.com/bullchui/
geocities.com/burwoodinn/
geocities.com/butchdaddy56/index.html
geocities.com/c_andy_holmes/
geocities.com/cafe_trans_arabi/
geocities.com/campverdict/filmindex.html
geocities.com/canehdiandale/index
geocities.com/capitolhill/2269/
geocities.com/capitolhill/lobby/5224/
geocities.com/carlos_lasvegas/
geocities.com/casper7902/devonssite.html
geocities.com/cderandhi/
geocities.com/cdswarna/
geocities.com/celtictrans/
geocities.com/charmcitybois/
geocities.com/chris_southampton/index.htm
geocities.com/christy686
geocities.com/christy686/
geocities.com/chyzar827/trans.htm
geocities.com/ciaranfey/
geocities.com/cigarsmoke_uk/
geocities.com/citadelgala/
geocities.com/closedloopuk
geocities.com/closedloopuk/
geocities.com/closet_cases/
geocities.com/colagenh/
geocities.com/colosseum/stadium/3235/
geocities.com/conniejowolf
geocities.com/conniejowolf/
geocities.com/cordeliahunt
geocities.com/cordeliahunt/
geocities.com/cpuguy1/
geocities.com/dallasuapace/aa.html
geocities.com/danial96/articles/beinghomo/index.html
geocities.com/darkwolf812345/
geocities.com/davidmaus/glds.html
geocities.com/davina_sweet2003/
geocities.com/dayofsilence2002/
geocities.com/debbiesge2002/
geocities.com/desrea_lynn
geocities.com/desrea_lynn/
geocities.com/destanyschid/
geocities.com/destinyhousenj/
geocities.com/devilish_secret
geocities.com/dijeratti/index.html
geocities.com/dkboycaleb/main.html
geocities.com/donnakelli2001/
geocities.com/donnakmc/
geocities.com/doxer4life/
geocities.com/drakfairy/
geocities.com/dvdahlgren
geocities.com/dvdahlgren/
geocities.com/dwanzine/
geocities.com/e-ticket.geo/
geocities.com/eandrogena/
geocities.com/ecarteperu/
geocities.com/eclectronica_fm/
```

Page 18

```
geocities.com/edwardcrosbywells/
geocities.com/eleni_1979
geocities.com/eleni_1979/
geocities.com/ender32881
geocities.com/ender32881/
geocities.com/ericw_970/index.html
geocities.com/erikizme
geocities.com/erikizme/
geocities.com/erin18baltimore/index.html
geocities.com/etotparen/
geocities.com/faerydust2k/
geocities.com/faerygoddess5/
geocities.com/faithhopegrace/
geocities.com/fakeovers
geocities.com/fakeovers/
geocities.com/fang_club/lumberjack_song.html
geocities.com/fashionavenue/1258/
geocities.com/fashionavenue/1492/
geocities.com/fashionavenue/4881/
geocities.com/fasterthanlife_2000/family.html
geocities.com/fdjk3/index.html
geocities.com/ffiles2002/
geocities.com/friends_of_tim/
geocities.com/ftm_ck
geocities.com/ftm_ck/
geocities.com/ftmdad/home.html
geocities.com/ftmnola
geocities.com/ftmnola/
geocities.com/fukgender/
geocities.com/galva108
geocities.com/gay_medics
geocities.com/gay_medics/
geocities.com/gay_naturism/
geocities.com/gay_ukraine_international/
geocities.com/gayboiftm18/home.html
geocities.com/gaydolph/
geocities.com/gayguideua/
geocities.com/gaylibrary2000/
geocities.com/gaypagans/
geocities.com/gayparenting/
geocities.com/gayswimmingnl/
geocities.com/gaytomongolia
geocities.com/gaytomongolia/
geocities.com/gender_metaphor
geocities.com/gender_metaphor/
geocities.com/gender_mosaic
geocities.com/gender_mosaic/
geocities.com/genxcelt/films.html
geocities.com/gggwi/
geocities.com/ggiftt_2002
geocities.com/gina-ts/
geocities.com/gireg85
geocities.com/girlfiend_comics/
geocities.com/glmarriage/
geocities.com/goaldiggerhockey/
geocities.com/grungeboy9380/home.html
geocities.com/gueroperro/gaychronicles
geocities.com/gypsyfw/gypsy.html
geocities.com/happydom99/
geocities.com/harperjeantobin/thesis/index.html
geocities.com/heartland/7783/healthy_love.htm
geocities.com/heartland/hollow/5814/
geocities.com/heartland/plains/8486/chat2.html
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 92 of 133

geocities.com/holliwoodn413/
geocities.com/homni_ca/comics.html
geocities.com/hotsprings/spa/2466/webring.html
geocities.com/hotsprings/villa/7446/
geocities.com/hotsprings/villa/7887/feds/
geocities.com/humberlgbt/
geocities.com/humjinsparast
geocities.com/humjinsparast
geocities.com/hunterdowyne73/aboinamedhunter.html
geocities.com/iam1ru69/harley.html
geocities.com/iamcostas
geocities.com/iamcostas/
geocities.com/iglgu
geocities.com/iglgu/
geocities.com/iloveballoons2001/
geocities.com/imacolyte/goddesssophia.html
geocities.com/imok42day/index.html
geocities.com/integritycanada/
geocities.com/integritytoronto/
geocities.com/interweaveneohio
geocities.com/interweaveneohio/
geocities.com/intimate_advice/
geocities.com/j_b_trio/index.html
geocities.com/jade_stone_/
geocities.com/jagbboi
geocities.com/jamie_309/
geocities.com/jchazell/
geocities.com/jee_lab/
geocities.com/jeffandchrisky/ourcivilunion.html
geocities.com/jenna20601/
geocities.com/jennifer_2000_89129
geocities.com/jennifer_2000_89129/
geocities.com/jeremygloff/
geocities.com/jessica_2931
geocities.com/jessica_2931/
geocities.com/jilliandevine
geocities.com/jilliandevine/
geocities.com/joshdraper/
geocities.com/josieworld/
geocities.com/joyofpenis/
geocities.com/judygarbeaux/index.html
geocities.com/julieannem/
geocities.com/kaedetheslytherin/comic.html
geocities.com/kamasutrasource
geocities.com/kamasutrasource/
geocities.com/karamellokaktus/
geocities.com/karyn_ts/
geocities.com/kellie021ma/
geocities.com/kellylyles/
geocities.com/khyrs/
geocities.com/kim_ga_peach
geocities.com/kim_ga_peach/
geocities.com/kingdomidkm/
geocities.com/kl_gsa
geocities.com/kl_gsa/
geocities.com/kubbradio/
geocities.com/kurtisdbarnett/
geocities.com/l_hutcherson
geocities.com/l_hutcherson/
geocities.com/lambdanz/
geocities.com/lambdaweekly
geocities.com/lambdaweekly/
geocities.com/larablake/

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 93 of 133

```
geocities.com/lasvegastug
geocities.com/lasvegastug/
geocities.com/lauren.mitchell/
geocities.com/lauren_tv11030/index.html
geocities.com/leapingleaper/index.html
geocities.com/leather_girl001/
geocities.com/leezard_48867/
geocities.com/leoinbama/
geocities.com/lgbtaging/index.html
geocities.com/lgnhg/
geocities.com/liftindawg/
geocities.com/lisa-wi
geocities.com/lisa-wi/
geocities.com/lisa_with_an_s
geocities.com/lisa_with_an_s/
geocities.com/little_miss_nikki/index.html
geocities.com/lordalchemy11
geocities.com/lordalchemy11/
geocities.com/louienmike/
geocities.com/loverbear_ca/
geocities.com/luvladyamanda/
geocities.com/madhuri_joshi_cute
geocities.com/madhuri_joshi_cute/
geocities.com/madtown_michelle
geocities.com/madtown_michelle/
geocities.com/magickboi2000/
geocities.com/magyclau
geocities.com/magyclau/
geocities.com/mandyarianna/
geocities.com/marcia2001au/
geocities.com/mariatv77/
geocities.com/mattncompany
geocities.com/menta_loft/
geocities.com/mentaljourney1/
geocities.com/meowsjr7/
geocities.com/mersadies_lane/
geocities.com/michellemxtv/index.html
geocities.com/mikailtariq/homo.htm
geocities.com/mindy129/
geocities.com/minifig69/bailey.html
geocities.com/mizz_miriam/
geocities.com/mmptv
geocities.com/monamor5
geocities.com/monamor5/
geocities.com/moongoddessluna/
geocities.com/mpuag/
geocities.com/mtlambda/
geocities.com/namrata_roy/
geocities.com/ncuteshy/blue_page.html
geocities.com/nemesie/
geocities.com/neutral-corner/
geocities.com/newgeen/
geocities.com/newlinetheatre/
geocities.com/nhcolagers/
geocities.com/niccoberetta
geocities.com/niccoberetta/
geocities.com/ninorth/smurfsnads.html
geocities.com/ninure
geocities.com/ninure/
geocities.com/njcivilunion/
geocities.com/njstoned/3main.html
geocities.com/notbychoice_2003/finalnightmare.html
geocities.com/nshs_gsa/
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 94 of 133

```
geocities.com/o_kao/
geocities.com/okolic/
geocities.com/oktobeuk/
geocities.com/olofper/index_eng.html
geocities.com/omoyouth/
geocities.com/ooocetineooo/
geocities.com/outrigger_bear
geocities.com/outrigger_bear/
geocities.com/parents_sex_watch/index.html
geocities.com/paris/cinema/7636/
geocities.com/patcol2000
geocities.com/patcol2000/
geocities.com/peakareagenderexpressions/index.htm
geocities.com/pentagon/1151/enter.html
geocities.com/pentagon/9241/
geocities.com/petrajanec
geocities.com/petrajanec/
geocities.com/petralc.geo/
geocities.com/pflagftl/
geocities.com/pflagtexascouncil
geocities.com/pflagtexascouncil/
geocities.com/pharsea/index.html
geocities.com/phildel_uk
geocities.com/phildel_uk/
geocities.com/picketthillfarm/
geocities.com/piercedmilo/milosrulesforsex.html
geocities.com/pmoc_2000/
geocities.com/poetess67713/chorizo.html
geocities.com/prettymaryanne
geocities.com/pri_29_2000/indianbeauty.html
geocities.com/pridealive/
geocities.com/prideec/
geocities.com/proudanglicans/
geocities.com/psyche1566/index.html
geocities.com/purpleprincessts/
geocities.com/purrme_1
geocities.com/purrme_1/
geocities.com/pwacoalition/ourtime/point.html
geocities.com/queer_hour
geocities.com/queer_hour/
geocities.com/queerindia/
geocities.com/rachellesbian/
geocities.com/rainbowchristian1225/index.html
geocities.com/rainbowwitch/
geocities.com/rainforest/andes/3501
geocities.com/rainforest/andes/3501/
geocities.com/rainforest/vines/3951/
geocities.com/rajibalan
geocities.com/rajibalan/
geocities.com/ralphy_boy2000/
geocities.com/ravenrose2003/
geocities.com/rayandron/
geocities.com/rdoder/index.html
geocities.com/regalgrrl/
geocities.com/renee2bsure/
geocities.com/richmondpoly/
geocities.com/rideauinn/
geocities.com/rikeecd/
geocities.com/rileyuppers/home.html
geocities.com/rmccara/homepage.html
geocities.com/robeys23
geocities.com/robeys23/
geocities.com/robinsnet/
```

Page 22

```
geocities.com/roboima/
geocities.com/rockymountaineers/
geocities.com/rookchuck/index.html
geocities.com/rosefirerising/blest/
geocities.com/roslyn209
geocities.com/roslyn209/
geocities.com/royalpalmsgrove/
geocities.com/ruby_tuesday_0/
geocities.com/rufuss23/
geocities.com/saainsfl/
geocities.com/sabrina_fem/
geocities.com/sacglsen/
geocities.com/samantha_per/
geocities.com/sandy-8006
geocities.com/sandy-8006/
geocities.com/sangfroid1/sangfroid.html
geocities.com/sanon_md_dc_va
geocities.com/sanon_md_dc_va/
geocities.com/saphyberry
geocities.com/saphyberry/
geocities.com/sappho_connection
geocities.com/sappho_connection/
geocities.com/sat45342/
geocities.com/sbwn/
geocities.com/seanmiller32/post.html
geocities.com/see3kings/
geocities.com/sfdan.geo/index.html
geocities.com/sfdan.geo/mermaidcity/
geocities.com/sherrylanina/sjc.html
geocities.com/shreve_pflag/
geocities.com/shutskforce/
geocities.com/sigma_delta_gamma/
geocities.com/slaa_nw_phx_intergroup
geocities.com/slaa_nw_phx_intergroup/
geocities.com/softnickboy/
geocities.com/soho/suite/9048/
geocities.com/southbeach/gulf/6889/
geocities.com/southbeach/marina/8079/index.html
geocities.com/squirrlgrrl.geo/
geocities.com/sseabbird/
geocities.com/staelredmonasterymanila
geocities.com/staelredmonasterymanila/
geocities.com/starryeyedguy
geocities.com/starryeyedguy/
geocities.com/stephanie_cd7/
geocities.com/stopphelps
geocities.com/stopphelps/
geocities.com/sunsetstrip/mezzanine/7626/women.html
geocities.com/superduperlean/
geocities.com/supersushislide/
geocities.com/surreybiguide
geocities.com/surreybiguide/
geocities.com/svenfahrbach/oldind.html
geocities.com/swingersid
geocities.com/sylkie_/
geocities.com/tagartists/
geocities.com/tampagayvball/
geocities.com/tantraifc/couples_massage.html
geocities.com/tantraifc/ifc_events_directory.html
geocities.com/tantraifc/tantric_sensual_rejuvenation_massage.htm
geocities.com/tantriclovemaking/index.html
geocities.com/teambrisbane/
geocities.com/teamseattlehockey/
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 96 of 133

```
geocities.com/tfc_cute_blk_tongue_twista/
geocities.com/tg_index/index.html
geocities.com/tgjosilyn/
geocities.com/thankheavenfortrannyboys/
geocities.com/the_norrie/
geocities.com/the_ravensloft/
geocities.com/thelostboysdrag
geocities.com/thelostboysdrag/
geocities.com/thevirginclub
geocities.com/thevirginclub/
geocities.com/thiskiss2002/
geocities.com/tiina57
geocities.com/tiina57/
geocities.com/tmcconthenet
geocities.com/tmcconthenet/
geocities.com/toadlyossum/
geocities.com/torturess_tea/
geocities.com/transboi80/
geocities.com/transboys/
geocities.com/trgaf/
geocities.com/triess_cdso/
geocities.com/trueskyblue222
geocities.com/trueskyblue222/
geocities.com/tsottawa
geocities.com/tsottawa/
geocities.com/tsquared01/
geocities.com/unclefreakie/
geocities.com/ungaro_1990/
geocities.com/uranian_society
geocities.com/uranian_society/
geocities.com/urgent_identity_crisis
geocities.com/urgent_identity_crisis/
geocities.com/vasyr/
geocities.com/victoria_cd1/welcome.htm
geocities.com/vinogradnik/
geocities.com/warugakime
geocities.com/warugakime/
geocities.com/wellesley/1520/journey.html
geocities.com/wellesley/5953/cpage.html
geocities.com/wellesley/8347/goddess.html
geocities.com/wellesley/garden/1073/
geocities.com/westhollywood/1606/
geocities.com/westhollywood/1769/
geocities.com/westhollywood/1911/
geocities.com/westhollywood/2222/
geocities.com/westhollywood/2631/
geocities.com/westhollywood/2674/
geocities.com/westhollywood/2956/
geocities.com/westhollywood/2957/
geocities.com/westhollywood/2995/
geocities.com/westhollywood/3859/
geocities.com/westhollywood/4073/
geocities.com/westhollywood/4114/
geocities.com/westhollywood/4225/
geocities.com/westhollywood/4250/
geocities.com/westhollywood/4298
geocities.com/westhollywood/4298/
geocities.com/westhollywood/4298/genderworld.html
geocities.com/westhollywood/4342/index.htm
geocities.com/westhollywood/4606/
geocities.com/westhollywood/4941/
geocities.com/westhollywood/5885
geocities.com/westhollywood/5885/
```

```
geocities.com/westhollywood/6076
geocities.com/westhollywood/6076/
geocities.com/westhollywood/6301/index.html
geocities.com/westhollywood/7010/
geocities.com/westhollywood/7078/iaglma.html
geocities.com/westhollywood/7322/
geocities.com/westhollywood/7505/wng.html
geocities.com/westhollywood/8371/index.html
geocities.com/westhollywood/8646
geocities.com/westhollywood/8646/
geocities.com/westhollywood/8748/index_e.html
geocities.com/westhollywood/8938/
geocities.com/westhollywood/8938/kartoon.htm
geocities.com/westhollywood/9600/
geocities.com/westhollywood/cafe/9577
geocities.com/westhollywood/cafe/9577/
geocities.com/westhollywood/castro/4998/klinefel.htm
geocities.com/westhollywood/chelsea/1500/
geocities.com/westhollywood/chelsea/3324/
geocities.com/westhollywood/chelsea/4319/index.html
geocities.com/westhollywood/chelsea/8694/shadowing_jubilee.html
geocities.com/westhollywood/chelsea/8899/
geocities.com/westhollywood/chelsea/9081/
geocities.com/westhollywood/chelsea/9732/
geocities.com/westhollywood/heights/1813/
geocities.com/westhollywood/heights/2011
geocities.com/westhollywood/heights/2011/
geocities.com/westhollywood/heights/2011/ftml.html
geocities.com/westhollywood/heights/2011/gender.html
geocities.com/westhollywood/heights/2011/srs.html
geocities.com/westhollywood/heights/2011/wolfism.html
geocities.com/westhollywood/heights/2720/
geocities.com/westhollywood/heights/2928/
geocities.com/westhollywood/heights/4168/
geocities.com/westhollywood/heights/4484/
geocities.com/westhollywood/heights/4514/
geocities.com/westhollywood/heights/4640/index.html
geocities.com/westhollywood/heights/6218/
geocities.com/westhollywood/heights/6373/
geocities.com/westhollywood/heights/6404/
geocities.com/westhollywood/heights/6502/index.html
geocities.com/westhollywood/heights/7396/
geocities.com/westhollywood/heights/7574/index.html
geocities.com/westhollywood/heights/8183/
geocities.com/westhollywood/heights/8960/
geocities.com/westhollywood/heights/9183/
geocities.com/westhollywood/parade/5812/
geocities.com/westhollywood/parade/6507/
geocities.com/westhollywood/parade/9548/glbmain.html
geocities.com/westhollywood/park/1131/
geocities.com/westhollywood/park/2907/
geocities.com/westhollywood/park/4947/
geocities.com/westhollywood/park/7523/welcome.html
geocities.com/westhollywood/park/8094/
geocities.com/westhollywood/park/9573/
geocities.com/westhollywood/stonewall/1192/index.html
geocities.com/westhollywood/stonewall/2178/shepard1.html
geocities.com/westhollywood/stonewall/2878/index.html
geocities.com/westhollywood/stonewall/3044/
geocities.com/westhollywood/stonewall/3400/index.html
geocities.com/westhollywood/stonewall/4219/
geocities.com/westhollywood/stonewall/4638/poly_top.html
geocities.com/westhollywood/stonewall/5831/
```

Page 25

```
                                    urls.txt
geocities.com/westhollywood/stonewall/7500/bi_notes.txt
geocities.com/westhollywood/stonewall/8505/contents.html
geocities.com/westhollywood/village/1095/
geocities.com/westhollywood/village/1244/
geocities.com/westhollywood/village/2860/
geocities.com/westhollywood/village/5046/hrt.htm
geocities.com/westhollywood/village/5148/front.html
geocities.com/westhollywood/village/5312/
geocities.com/westhollywood/village/5855/
geocities.com/westhollywood/village/6517
geocities.com/westhollywood/village/6517/
geocities.com/westhollywood/village/6904/
geocities.com/westhollywood/village/7698/
geocities.com/westhollywood/village/8470/
geocities.com/westhollywood/village/9443/
geocities.com/wettones/
geocities.com/wickham_kendra/index.html
geocities.com/worldodavid/
geocities.com/wtgb2001
geocities.com/wtgb2001/
geocities.com/wvsaga
geocities.com/wvsaga/
geocities.com/xdress_channel
geocities.com/xdress_channel/
geocities.com/xpressn1814/xpressn.html
geocities.com/y2kboy_one/
geocities.com/yosemite/8698/marinhikebike.html
geocities.com/yosemite/rapids/1569/wind.html
geocities.com/yosemite/trails/4539/
geocities.com/~eingedi/masturbation.html
geocities.com/~lgbrpcv/
geocities.com/~sdhoops2000
geocities.com/~sdhoops2000/
geocities.com/~spotteddog/
ghr.nlm.nih.gov/condition=androgeninsensitivitysyndrome
glad.org/current/pr-detail/brockton-court-rules-in-favor-of-transgender-student/
glad.org/news_room/press29-10-12-00.shtml
glandscape.com/celibate.html
glapn.org/sodomylaws/
glas.org/ahbab/
glas.org/lazeeza.html
glbpubs.com/bitoc.html
glbt.com/pages/org/advocate.html
glbthealth.org/documents/transaccessstudy.pdf
glbtq.com/arts/fashion.html
glccswfl.org/pflag/
glcsmn.org/pridefest.htm
glinn.com/news/
glma.org/conferences/annual/2006/
glma.org/pub/jglma/
globalwebsol.com/xxy/
gloria-brame.com/domidea/rumpoule.htm
gloryholecity.com/news/daily/index.htm
gloucestershire.police.uk/associations/2.html
gloucestershire.police.uk/forceassociations/gloucestershire%20gay%20police%20associa
tion/item5076.html
glow.cc/discuss/af/
glow.cc/discuss/bridges/sdabridges.htm
glsen.org/binary-data/glsen_articles/pdf_file/48.pdf
glsen.org/cgi-bin/iowa/all/library/record/2340.html
glsen.org/cgi-bin/iowa/all/library/record/31.html
glsen.org/templates/events/article.html
glyphic.com/foggycity/
                              Page 26
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 99 of 133

```
glyphic.com/iglobe/index.html
glyphic.com/sc/
gmhc.org/index.html
gmhp.demon.co.uk/coming-out/
gmu.edu/org/pride/
gn.apc.org/inquirer/intersex.html
goaffirmations.org/site/pageserver
goaffirmations.org/youth.asp
gocalifornia.about.com/cs/gaylesbian/index.htm
goddessherself.com/index.htm
goddesstemple.com/events.htm
gomexico.about.com/travel/gomexico/cs/gaylesbiantravel/
goodforher.com/events
goodinbed.com/discuss/
goodinbed.com/sex_on_the_brain/
goodvibes.com/cgi-bin/sgdynamo.exe
gospelcom.net/iv/slj/sp95/sp95_why_wait_for_sex.html
gpac.org/ncg/2003.html
gravity.nu/xy/
greatenergy.net/queerlodgings.html
greenbelt.com/news/97/12/12.htm
grinnell.edu/groups/stoneco/
grinnell.edu/offices/studentaffairs/src/
groups.aol.com/unitedgsayouth
groups.colgate.edu/rainbowalliance/
groups.ku.edu/~qanda/
groups.msn.com/crossdressersforchrist/
groups.msn.com/forthemen/
groups.msn.com/gaybasketballlosangeleslongbeachorangecounty
groups.msn.com/gaychristianoutreach/
groups.msn.com/gaychristiansofwesttexas
groups.msn.com/gettingthroughlifewithasmallpenis
groups.msn.com/gracefortodaygaylesbiantransgchristians/
groups.msn.com/jesusmcc
groups.msn.com/potomacrainbowclub
groups.msn.com/potomacrainbowcruisers
groups.msn.com/rainbowtantra
groups.msn.com/sholungdojo
groups.msn.com/sosofchristiancrossdressers/
groups.msn.com/sosoplanetandfriends
groups.msn.com/southwesternoregonoutdoorgroup
groups.msn.com/transohioconnection/
groups.msn.com/vancouvertransgenderalliance
groups.myspace.com/queerpunx
groups.northwestern.edu/rainbow/
groups.queernet.org/cgi-bin/mj_wwwusr
groups.queernet.org/cgi-bin/mj_wwwusr/domain=groups.queernet.org
groups.yahoo.com/community/transcentralcoast/
groups.yahoo.com/group/--gayhistory
groups.yahoo.com/group/1020gaychristianteens/
groups.yahoo.com/group/a-safe-place/
groups.yahoo.com/group/aaksis
groups.yahoo.com/group/addisonsdisease/
groups.yahoo.com/group/adrenal_hyperplasia
groups.yahoo.com/group/al-fatiha-news/
groups.yahoo.com/group/alamoboyz/
groups.yahoo.com/group/amazoncafe/
groups.yahoo.com/group/aqueercoven/
groups.yahoo.com/group/arokpolyfortsmith/
groups.yahoo.com/group/artisticdykes/
groups.yahoo.com/group/asmartgaylist
groups.yahoo.com/group/asmartgaylist/
groups.yahoo.com/group/athenasforum/
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 100 of 133

```
groups.yahoo.com/group/baboyz/
groups.yahoo.com/group/bifemaleteens/
groups.yahoo.com/group/bimomschat/
groups.yahoo.com/group/binetaz
groups.yahoo.com/group/binetcanada/
groups.yahoo.com/group/binetusa
groups.yahoo.com/group/bisexual/
groups.yahoo.com/group/boi_fancy
groups.yahoo.com/group/boi_fancy/
groups.yahoo.com/group/borderbandits-ia
groups.yahoo.com/group/bothsidesnow
groups.yahoo.com/group/cahsisters
groups.yahoo.com/group/cahsupport
groups.yahoo.com/group/cahwith3betahsd
groups.yahoo.com/group/canada_lesbian/
groups.yahoo.com/group/canadianlesbianmoms/
groups.yahoo.com/group/canadianqueerwomen/
groups.yahoo.com/group/canineaddisonsdisease/
groups.yahoo.com/group/centralalabamausatg/
groups.yahoo.com/group/chgoareatrans/
groups.yahoo.com/group/circuit-party-news/
groups.yahoo.com/group/closed-loop/
groups.yahoo.com/group/comingout
groups.yahoo.com/group/comingout/
groups.yahoo.com/group/ct_tv-ts-tg-cd/
groups.yahoo.com/group/cushingssyndrome/
groups.yahoo.com/group/domesticviolence_glbt
groups.yahoo.com/group/domesticviolence_glbt/
groups.yahoo.com/group/downe
groups.yahoo.com/group/downe/
groups.yahoo.com/group/dragkinging/
groups.yahoo.com/group/dramaqueens
groups.yahoo.com/group/dramaqueens/
groups.yahoo.com/group/ducati/
groups.yahoo.com/group/eurotransgender
groups.yahoo.com/group/eurotransgender/
groups.yahoo.com/group/everquestbears/
groups.yahoo.com/group/evolve_orlando/
groups.yahoo.com/group/faghags/
groups.yahoo.com/group/faghagsunited/
groups.yahoo.com/group/ftm-uk/
groups.yahoo.com/group/galva108
groups.yahoo.com/group/galva108/
groups.yahoo.com/group/gay-disney/
groups.yahoo.com/group/gay-news/
groups.yahoo.com/group/gay-pagan-bears/
groups.yahoo.com/group/gay-spiritual-living
groups.yahoo.com/group/gay-spiritual-living/
groups.yahoo.com/group/gay-veterans/
groups.yahoo.com/group/gay_stcharles
groups.yahoo.com/group/gay_stcharles/
groups.yahoo.com/group/gaydisabledconnections/
groups.yahoo.com/group/gayfuturefarmersofamerica
groups.yahoo.com/group/gayhomemakers/
groups.yahoo.com/group/gaykrishnas/
groups.yahoo.com/group/gaymers/
groups.yahoo.com/group/gaymotorcycleftl/
groups.yahoo.com/group/gaymystics/
groups.yahoo.com/group/gaytheatre/
groups.yahoo.com/group/gaywiccansuk/
groups.yahoo.com/group/gender/
groups.yahoo.com/group/gendercomplex/
groups.yahoo.com/group/genderexpress/
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 101 of 133

```
groups.yahoo.com/group/glsen_oklahomacity
groups.yahoo.com/group/glsen_oklahomacity/
groups.yahoo.com/group/gsraz/
groups.yahoo.com/group/gsrco/
groups.yahoo.com/group/halloween-new-orleans/
groups.yahoo.com/group/hopenotes
groups.yahoo.com/group/hopenotes/
groups.yahoo.com/group/hs-forum
groups.yahoo.com/group/hs-forum/
groups.yahoo.com/group/hypo_penis
groups.yahoo.com/group/hypospadias
groups.yahoo.com/group/hypospadias3/
groups.yahoo.com/group/in-between-days/
groups.yahoo.com/group/intersex
groups.yahoo.com/group/intersex-androgynous
groups.yahoo.com/group/intersex-forum
groups.yahoo.com/group/intersexed_society
groups.yahoo.com/group/intersexed_society/
groups.yahoo.com/group/intersexsupport/
groups.yahoo.com/group/jjackieleedale
groups.yahoo.com/group/kanpoly/
groups.yahoo.com/group/klinefelterssyndromesgateway/
groups.yahoo.com/group/klinefelterxxy
groups.yahoo.com/group/lambda/
groups.yahoo.com/group/lbf50plus/
groups.yahoo.com/group/lcrnorthcarolina/
groups.yahoo.com/group/lds-l/
groups.yahoo.com/group/lesbeinformed/
groups.yahoo.com/group/lesbian-bi-bbws
groups.yahoo.com/group/lesbian/
groups.yahoo.com/group/lesbian_bisexual_hangout/
groups.yahoo.com/group/lesbian_partner_support/
groups.yahoo.com/group/lesbianma/
groups.yahoo.com/group/lesbianopencloset/
groups.yahoo.com/group/lesbianprimetimers
groups.yahoo.com/group/lesbianprimetimers/
groups.yahoo.com/group/lesbianprofessionals/
groups.yahoo.com/group/lesbiansatsang/
groups.yahoo.com/group/lesbiansttc
groups.yahoo.com/group/lezziegardens/
groups.yahoo.com/group/lgbtatheist/
groups.yahoo.com/group/lgbthindu/
groups.yahoo.com/group/lgbtmuslim/
groups.yahoo.com/group/lgbtnativeamerican/
groups.yahoo.com/group/linux_lesbians/
groups.yahoo.com/group/lo30/
groups.yahoo.com/group/maleescortsupport/
groups.yahoo.com/group/maturebifemales/
groups.yahoo.com/group/memorial-weekend-pensacola/
groups.yahoo.com/group/missassigned
groups.yahoo.com/group/mn-logcabin/
groups.yahoo.com/group/mnboyz/
groups.yahoo.com/group/morethanjustfriends/
groups.yahoo.com/group/mormonlesbians/
groups.yahoo.com/group/mpd_and_gender
groups.yahoo.com/group/mt_tv_tsinmd_dc/
groups.yahoo.com/group/mumswithhypospadiaskids/
groups.yahoo.com/group/newmale
groups.yahoo.com/group/newyorkcitygirlz/
groups.yahoo.com/group/not100f
groups.yahoo.com/group/not100f/
groups.yahoo.com/group/not100m
groups.yahoo.com/group/not100m/
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 102 of 133

```
groups.yahoo.com/group/onemightyweekend/
groups.yahoo.com/group/ontarioqueerwomen/
groups.yahoo.com/group/openseasyachtclub/
groups.yahoo.com/group/pdxgayrugby/
groups.yahoo.com/group/pfc-discuss/
groups.yahoo.com/group/polyamory2/
groups.yahoo.com/group/polychi/
groups.yahoo.com/group/polycu/
groups.yahoo.com/group/polyfamilies
groups.yahoo.com/group/pridelets
groups.yahoo.com/group/psychologyxxy
groups.yahoo.com/group/q-light/
groups.yahoo.com/group/queer-punk
groups.yahoo.com/group/queercore2/
groups.yahoo.com/group/queerpunk
groups.yahoo.com/group/sa_lesbians
groups.yahoo.com/group/sa_lesbians/
groups.yahoo.com/group/sacredsexuality/
groups.yahoo.com/group/sanantoniolcr/
groups.yahoo.com/group/science-penpals
groups.yahoo.com/group/science-penpals/
groups.yahoo.com/group/sexchromosomeanomalies
groups.yahoo.com/group/sheffieldbi-weekly
groups.yahoo.com/group/sheffieldbi-weekly/
groups.yahoo.com/group/shemale_transexual/
groups.yahoo.com/group/soboa
groups.yahoo.com/group/soboa/
groups.yahoo.com/group/southern-decadence-new-orleans/
groups.yahoo.com/group/supportforlesbianscomingout/
groups.yahoo.com/group/technodykes/
groups.yahoo.com/group/teenswithturners/
groups.yahoo.com/group/tg-rpg/
groups.yahoo.com/group/tg_and_admirers/
groups.yahoo.com/group/tg_fiction/
groups.yahoo.com/group/tg_writers/
groups.yahoo.com/group/tgfiction/
groups.yahoo.com/group/the_anglican_lgbt_community/
groups.yahoo.com/group/theorderofthepurplefeather
groups.yahoo.com/group/tnukdigest/
groups.yahoo.com/group/transhue/
groups.yahoo.com/group/transissues/
groups.yahoo.com/group/transsexual-uk/
groups.yahoo.com/group/transshare
groups.yahoo.com/group/tspeeps
groups.yahoo.com/group/turnerssyndrome-1
groups.yahoo.com/group/twag/
groups.yahoo.com/group/uktrans/
groups.yahoo.com/group/vangno/
groups.yahoo.com/group/vegetarianlesbians/
groups.yahoo.com/group/wivesofbigayhusbands
groups.yahoo.com/group/woman2spirit/
groups.yahoo.com/group/womynsway/
groups.yahoo.com/group/wrrldgrrls/
groups.yahoo.com/group/xxynoy
groups.yahoo.com/group/xxywives
groups.yahoo.com/list/blissnewsletter/info.html
groups.yahoo.com/list/indian_transgendered/info.html
groups.yahoo.com/list/tgsf/info.html
groups.yahoo.com/list/transgender/
groups.yahoo.com/settings/getting_hitched
groups.yahoo.com/subscribe.cgi/qadeshtu-1
groups.yahoo.com/subscribe.cgi/xxy-hb2
groups.yahoo.com/subscribe/kanpoly
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 103 of 133

```
groups.yahoo.com/subscribe/sisofbro
grove.ufl.edu/~ggsa/gaymarriage.html
gseweb.harvard.edu/~hepg/sum96.html
guardian.co.uk/archive/article/0,4273,4142165,00.html
guardian.co.uk/politics/2001/jun/17/conservatives.uk
guardian.co.uk/uk/2001/feb/26/books.booksnews
guardian.co.uk/weekend/story/0,3605,1079016,00.html
guardian.co.uk/world/2003/nov/08/gender.weekend7
guardian.co.uk/world/gay-rights
guardian.co.uk/world/prop-8
gunung.com/arod/
guything.bravehost.com/neilpages/abcmenuman/transition.html
hai.org/home.html
haidukpress.com/index.php/bookhome/3-lovers-legends-the-gay-greek-myths
haidukpress.com/loverslegends/
harrisinteractive.com/news/allnewsbydate.asp
hbs.edu/mba/studentlife/clubs/lgbtsa.html
healthymind.com/recovery
healthymind.com/s-index.html
healthyplace.com/communities/gender/gayisok/
healthyplace.com/communities/gender/gayisok/gay_bulletin_board.asp
healthyplace.com/communities/gender/intersexuals/
healthyplace.com/communities/gender/intersexuals/article_intersex_change_brown.htm
healthyplace.com/communities/gender/intersexuals/article_john_joan.htm
healthyplace.com/communities/gender/intersexuals/article_letter_children.htm
healthyplace.com/gender/inside-intersexuality/guide-to-medical-intersexuality-vocabu
lary/
healthystrokes.com/young.html
heartcorps.com/journeys/audio/transition-tapes.htm
heartcorps.com/journeys/everything.htm
heartcorps.com/journeys/voice.htm
heartcorps.com/melanie/diary/diary.htm
heartcorps.com/subversive/sub014/hormones.htm
hearttoheartindia.com/sexeducation.htm
helpself.com/purity.htm
helsinkipride.fi/in_english.htm
hermes.net.au/george/
hhzvplons.nl/paginas/engels.htm
hicom.net/~oedipus/milk.html
hightechchat.reocities.com/westhollywood/2674/
hindustanlink.com/sex/index-sex.htm
hiptop.com/hiplog/read/4/2780
hirshe.homestead.com/hirshe1.html
hispamap.net/sexualidad.htm
hivaidssearch.com/bi-poz/
hivaidssearch.com/les-poz/
hivaidssearch.com/trans-poz/
hive4media.com/news/html/breaking_article.cfm
hivinsite.ucsf.edu/insite
hmprisonservice.gov.uk/assistance/dynpage.asp
hollywood4seniors.com/gay_and_lesbian_center.htm
holocaust-trc.org/homosx.htm
home.att.net/%7eialgj/
home.att.net/~aroidian/index.htm
home.att.net/~bill.todd
home.att.net/~gaygroupcruises/
home.att.net/~ialgj/
home.att.net/~mickwat/frangers/index.htm
home.casema.nl/jrdm/
home.cc.umanitoba.ca/~wyatt/celebs-list.html
home.cc.umanitoba.ca/~wyatt/tv-characters.html
home.comcast.net/%7ednichols3/sex.htm
home.comcast.net/%7emiranda_vey/
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 104 of 133

```
home.comcast.net/~dnichols3/sex.htm
home.comcast.net/~hairyblue/
home.comcast.net/~robertandmichael/
home.earthlink.net/%7elgtg/newwayministries/
home.earthlink.net/~alexandersart/
home.earthlink.net/~aorangi/
home.earthlink.net/~blueeyesrick/
home.earthlink.net/~cfmdesigns/comics/cartoons/
home.earthlink.net/~cfmdesigns/comics/queer/
home.earthlink.net/~derdriu/
home.earthlink.net/~eagleibm/
home.earthlink.net/~ekerilaz/
home.earthlink.net/~ekerilaz/archaeo.html
home.earthlink.net/~glsactc/
home.earthlink.net/~glsenbalto/
home.earthlink.net/~hbrougher/smoking.html
home.earthlink.net/~hugdyke
home.earthlink.net/~jarredmt/
home.earthlink.net/~kxaani/index.shtml
home.earthlink.net/~lafor002/
home.earthlink.net/~lctabor/
home.earthlink.net/~lgtg/newwayministries/
home.earthlink.net/~northcoastsoftball/index.html
home.earthlink.net/~sfuller8/betterlivingthroughchemistry/
home.earthlink.net/~strgyn/
home.earthlink.net/~was1971/
home.flash.net/~domega/
home.globalcrossing.net/~variable/gayrobot.html
home.golden.net/%7emelynh/tgs/index.html
home.golden.net/~kcr
home.golden.net/~kcr/ts
home.hot.rr.com/k3w3l/
home.insight.rr.com/mhiser/
home.intranet.org/~hope/unscouts.html
home.mindspring.com/~bcglm1/
home.nc.rr.com/victoriacd/index.htm
home.netcom.com/~docx2/tf.html
home.no.net/sschuman/start1.htm
home.online.nl/inspiritus/
home.pacbell.net/suzberg
home.planet.nl/~ihta/
home.planet.nl/~twkroes/indeng.htm
home.snafu.de/mitch/ghome.shtml
home.sprynet.com/~ttribe/news.htm
home.swbell.net/dennisf/gamma/gamma.htm
home.swipnet.se/~w-27215/
home.tampabay.rr.com/charlier/
home.tiscali.be/tantra/tantraen.htm
home.vicnet.net.au/~aissg/
home.vicnet.net.au/~dvirc/lesbian%20dv.htm
home.wanadoo.nl/inspiritus/
home.wanadoo.nl/ipce/library_two/frie/friedrich.pdf
home.worldonline.dk/lafemme/
home1.gte.net/chupland/
home1.stofanet.dk/kia/
home3.highway.ne.jp/~pesfis/
home6.inet.tele.dk/justin/explore.htm
homemediamagazine.com/news/queer-folk-rages-dvd-4127
homeniscience.com/le_traversin/
homepage.fcgnetworks.net/swanson/
homepage.mac.com/ctgrant/solga/prizes/payne/payneprizecall.html
homepage.ntlworld.com/boldlyblue/default.htm
homepage.ntlworld.com/pharseas.world/index.html
```

```
homepages.msn.com/capitoldr/gaynewsed/
homepages.together.net/~lavender/
homestead.com/amabears/alfonso.html
homestead.com/chrismaltby/home.html
homestead.com/dmaclean/comedy.html
homestead.com/gaybahai/
homestead.com/larrytftw/tonyandlarry.html
homestead.com/midnightsprince/
homestead.com/steves_world/steveshomepage.html
hometown.aol.co.uk/men2femme/home.html
hometown.aol.com/_ht_a/ukbikeskin/home.html
hometown.aol.com/anrkekid
hometown.aol.com/aswlx/myhomepage/profile.html
hometown.aol.com/bahiaboybrasil
hometown.aol.com/bearfuzz58/myhomepage/index.html
hometown.aol.com/bmonttrust/
hometown.aol.com/bourbonpub
hometown.aol.com/chiefie69/index.html
hometown.aol.com/christinet09/index.html
hometown.aol.com/ctbz56/
hometown.aol.com/futurgurl/girls1.html
hometown.aol.com/genemcdole/family.html
hometown.aol.com/graceeaca/chapter2.html
hometown.aol.com/hirschwood/myhomepage/gaylesbian.html
hometown.aol.com/hookedontaz/myhomepage/profile.html
hometown.aol.com/jadegardentantra/myhomepage/profile.html
hometown.aol.com/jenny19999
hometown.aol.com/jocelynsummers11/
hometown.aol.com/jonnycat411/myhomepage/
hometown.aol.com/kypolyamory1st
hometown.aol.com/ladyliil/
hometown.aol.com/lanybiguy/
hometown.aol.com/laurenrw1/myhomepage/pact.html
hometown.aol.com/leesajo
hometown.aol.com/lezhikemi/myhomepageindex.html
hometown.aol.com/lisaarspain
hometown.aol.com/lvsayles/
hometown.aol.com/m4mphotognyc/
hometown.aol.com/mikepesha/
hometown.aol.com/pflag4muskogee/
hometown.aol.com/plbearclub/index.htm
hometown.aol.com/poonfairy1/
hometown.aol.com/pride954
hometown.aol.com/rainbowind/
hometown.aol.com/rainbwdyke/
hometown.aol.com/redheadwolflady/
hometown.aol.com/rekhamendoza/msrekhaspage.html
hometown.aol.com/rzayas96a/myhomepage/
hometown.aol.com/sisterspace2000/default.htm
hometown.aol.com/ssamuel10011/
hometown.aol.com/sxyboylegs/myhomepage/photo.html
hometown.aol.com/tammylangecd/myhomepage/chatprofile.html
hometown.aol.com/tantrakitten
hometown.aol.com/tantric4m/index.html
hometown.aol.com/tralala5505/index.html
hometown.aol.com/transsexualcured/index.html
hometown.aol.com/truedat74/myhomepage/profile.html
hometown.aol.com/twohotnshreve/myhomepage/profile.html
hometown.aol.com/venusofsav/myhomepage/profile.html
hometown.aol.com/worldofhisown/pride.html
hometown.aol.com/yrbabuena/myhomepage/profile.html
homeusers.prestel.co.uk/cello/polari.htm
hopkinschildrens.org/intersex/
```

Page 33

hopkinsmedicine.org/pediatricendocrinology/
hopkinsmedicine.org/pediatricendocrinology/intersex/index.html
horizonsfoundation.org/grants/index.php
horizonsfoundation.org/page/organizations/scholarships
hostalpizarro.eu/en/
hotjoann.com/rss/
hotpix.freeserve.co.uk/ts01/tsgf2001.htm
hotspots.com/sex
housepaintandwebs.com/neilpages/abcmenuman/transition.html
hrc.org/buyersguide2009/
hrc.org/buyersguide2010/
hrc.org/familynet/
hrc.org/issues/3338.htm
hrc.org/issues/coming_out.asp
hrc.org/issues/workplace.asp
hrc.org/ncop/
hrc.org/worknet/
hrw.org/reports/2001/uslgbt/toc.htm
hrw.org/reports/2003/usa0103/
hsls.pitt.edu/guides/internet/orientation
hsph.harvard.edu/organizations/healthnet/gender/info.html
humanities.uchicago.edu/orgs/cgs/lgsp/lancaster_grants.htm
humboldt.edu/~mpw1/feminism/
hurricane.net/%7ewizard/19a.html
hurricane.net/~wizard/19a.html
iag.net/~flcamper/grtout.htm
iagsdc.org/bloominsquares/
iagsdc.org/capitalcitysquares/
iagsdc.org/chesapeakesquares/
iagsdc.org/chi-townsquares/
iagsdc.org/chitownsquares/
iagsdc.org/desertvalleysqs/
iagsdc.org/finestcity/
iagsdc.org/gca/
iagsdc.org/goldenstate/
iagsdc.org/hotlanta/
iagsdc.org/indsquares/
iagsdc.org/midnightsquares/
iagsdc.org/neonsquares/
iagsdc.org/raleighwood/
iagsdc.org/trianglesquares/
iagsdc.org/wildebunch/
ibiblio.org/gaylaw/
ibiblio.org/gaylaw/issue5/index.html
icarus.net/icpride/
icliverpool.icnetwork.co.uk/0300whatson/outandabout/
iconoclastpress.com/nakedtruthpage.html
icq.planetout.com/people/seniors/
idiom.com/~cxarli/
idiom.com/~cxarli/english/resources.html
ifge.org/books/gender_dysphoria.htm
ifge.org/conference/
ifge.org/convention/
igc.apc.org/rain/
imagopartners.com/gay-lesbian.html
imasturbate.org/modules.php
immunize.org/catg.d/p4115.htm
imnotaboy.blogspot.com/feeds/posts/default
indegayforum.com/news/show/26672.html
indegayforum.org/articles/carpenter5.html
indegayforum.org/articles/vanasco3.html
indiana.edu/~glbt/
indiana.edu/~glbtaa/

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 107 of 133

```
indiana.edu/~kinsey/
indiana.edu/~kinsey/services/events.html
indiana.edu/~out/
indiana.edu/~overseas/lesbigay/
indiaworldradio.com/sexandspiritual.htm
indigo.ie/~prospero/ciara.htm
indyprideinc.com/pride.html
infinitethinkings.com/survey/default.asp
infopt.demon.co.uk/bibhist.htm
infopt.demon.co.uk/eighteen.htm
infopt.demon.co.uk/gayhist.htm
infopt.demon.co.uk/pastor07.htm
informaworld.com/smpp/title~content=t904385606~db=all
infotrue.com/pagethr.html
infoxchange.net.au/wise/health/les2.htm
infoxchange.net.au/wise/health/les3.htm
infra-iridian.com/forum/
inlamagazine.com/911/features/911_bi.html
innermind.co.uk/transgender.html
innerself.com/artindex/sexuality.htm
innerself.com/sex_talk/index.shtml
innerself.com/sex_talk/normalizing_sacred_sexuality.htm
innerself.com/sex_talk/sexual_surrogate.htm
innerself.com/sex_talk/tantric_sex.htm
intelihealth.com/ih/ihtih/wsihw000/333/22002.html
intelleng.com/library.html
intelleng.com/zen.html
intellis.net/lairbear/
interglobal.ie/romanhouse/
interlog.com/~firebox/
interlog.com/~mcgillbb/
interlog.com/~sarah/themenace/pages/menace1.htm
internettrash.com/users/liselotte/
internettrash.com/users/mslickalot
interpol.int/public/children/sexualabuse/nationallaws/
intervarsity.org/slj/sp95/sp95_why_wait_for_sex.html
intheteam.com/hackneywfc
intranet.org/edmontonpoly.html
intraxis.com/virgo/
io.com/~larrybob/musicexp2.html
io.com/~wwwomen/queer/amigay.html
io.com/~wwwomen/queer/etiquette/intro.html
ippfnet.ippf.org/pub/ippf_news/
islamic.org.uk/homosex.html
islandnet.com/~backhill/
isna.org/articles/dregerart.html
isna.org/colombia/index.html
isna.org/faq.html
isna.org/hwa/spring95/spring95.html
isna.org/hwa/summer95/summer95.html
isna.org/hwa/winter94-95/winter94-95.html
isna.org/hypospadias.html
isna.org/legal/index.html
isna.org/newsletter/
isna.org/pr/pr3-5-98.html
isna.org/pr/pr4-29-99.html
isna.org/pr/pr8-20-99.html
isomedia.com/homes/jene/flag.html
isu.edu/andersoncenter/aogvii.shtml
isu.edu/departments/isubglad/
itsuptome.org/index/default.asp
itvs.org/external/qofe/index.html
itvs.org/goldenthreads/
```

Page 35

```
itvs.org/ourhouse
iub.edu/~glbt/
iupui.edu/~glbtorg/
ivillage.com/community/0,,pq2c,00.html
ivillage.com/relationships/experts/sexcoach
j-martin.com/personal/
j.webring.com/hub
jack-of-all-trades.ca/scenes/
jackinworld.com/library/articles/strfant.html
jadephoenix.org/lvtgw/index.htm
jam-assoc.com/pflag/
jamesftm.homestead.com/index.html
janushead.org/7-1/griffiths.pdf
jasewells.com/gayicons/
jax-inter.net/~help/
jenellerose.com/htmlpostings/conservative_men.htm
jesus.org.uk/vault/pub_undivided.shtml
jfarkasdi.org/jewsandalternativelifestylesessay.htm
jgford.homestead.com/index.html
jhu.edu/~dsaga/
jhu.edu/~jhumag/0900web/babes.html
jimtour.misto.cz/gay/
jiscmail.ac.uk/lists/trans-academic.html
jkalb.org/book/view/6
jlc.net/~rwright/pages/glsenswnh.html
jobelaw.com/2/sexual.htm
joeclark.org/lgbslist.html
joeyrouth.tripod.com/colage/
joh.org.il/index.php
johnmlucas.com/charlottegayswimgroup/
johnrpierce.com/bostonglc.html
jrsm.org/cgi/content/full/94/5/218
jtsears.com/jglie.htm
jwpublishing.com/gayscape/bs.html
k.webring.com/hub
kaelxtxblockphotography.20six.fr/selfmadeboy
kagi.com/vit/russian-women/default.html
kamat.com/kalranga/people/heshe/
kamat.com/kalranga/people/yellamma/yellamma.htm
karenandmelody.com/karmelscholarship.html
karunaarts.com/parentstalkaboutsex.html
karunaarts.com/tantra.html
kate.n.tripod.com/kate.html
kellogg.northwestern.edu/student/club/glma/
kenyon.edu/x40548.xml
kevincassell.com/person/politics/center/paglia.html
kevincassell.com/person/politics/left/sodom.htm
kgracht.nl/marius/
kinseyconfidential.org/blog
kinseyinstitute.org/resources/conf-tab.html
kisa.ca/gender.html
klepperwebdesign.com/newkwd/index2.cfm
knittingcircle.org.uk/football.html
knittingcircle.org.uk/history.html
knittingcircle.org.uk/janeharrison.html
knittingcircle.org.uk/people.html
knittingcircle.org.uk/splitbritches.html
kobi-israel.co.il/index.html
kriyayoga.com/english/on_your_wings/sexuality.htm
kscourts.org/ca10/cases/2002/04/00-1515.htm
ktk.ru/~cm
ku.edu/~qanda/
ladybliss.com/health/index.html
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 109 of 133

```
lagaycenter.org/site/pageserver
laglc.org/section12/index.html
lakeheadu.ca/~lgbwww/
lambda.net/~aglobe/
lambda.net/~maximum/milk.html
lambda.org/stopping.abuse.youth.legal.pdf
lambdalegal.org/cgi-bin/iowa/documents/record
lambdalegal.org/cgi-bin/iowa/youthpsa/index.html
larrytftw.homestead.com/tonyandlarry.html
lataxlawyer.net/samesex.html
launch.groups.yahoo.com/group/u2-pride/
laurenhasten.com/genderpretenders.htm
law.indiana.edu/ilj/v71/no3/shapiro.html
law.uchicago.edu/financial/stonewall.html
law.ucla.edu/williamsinstitute/home.html
law.utoronto.ca/students_content.asp
lazybeans.homestead.com/lazybeans.html
ldolphin.org/mast.shtml
lds-mormon.com/wswwb.shtml
leaderu.com/jhs/lively.html
league-att.org/foundation/fscholarships.html
leaguefoundation.org/scholarships/index.cfm
leelydon.tripod.com/ragesexdev.html
lesbian.org/amy/essays/bf-paper.html
lesbian.org/chicago-avengers/
lesbian.org/chicago-avengers/avengerhandbook.html
lesbian.org/lesbian-lists/
lesbian.org/lesbian-lists/la.html
lesbian.org/lesbian-moms/
lesbian.org/matrices/
lesbian.org/moms/adopt.htm
lesbian.org/moms/index.htm
lesbian.org/sapphic-ink
lesbian.org/sappho-project/index.html
lesbian.org/sfavengers/index.html
lesbianworlds.com/out/
lesbianxpansion.tripod.com/index.html
lesbiatopia.com/2008/07/lesbian-fashion-then-and-now.html
lfchosting.com/sportsfem/us_open.html
lgbt.studentaffairs.duke.edu/resources/scholarship.html
lgbt.studentaffairs.duke.edu/resources/scholarships/carolina%20gay%20&%20lesbian%20s
cholarship.html
lgbt.studentaffairs.duke.edu/resources/scholarships/carolina%20gay%20and%20lesbian%2
0scholarship.html
lgbtcampus.org/faq/index.html
lgbtcampus.org/old_faq/intersexed.html
lgbtcenters.org/directory.asp
lgff.chu.jp/e/
lhj.com/home/sex-and-intimacy.html
lhj.com/lhj/category.jhtml
lib.berkeley.edu/mrc/gaybib.html
lib.berkeley.edu/mrc/riggsbib.html
lib.colostate.edu/research/gnl/
lib.msu.edu/coll/main/spec_col/radicalism/glbt.htm
lib.uchicago.edu/libinfo/sourcesbysubject/gaylesb/
lib.washington.edu/subject/gaylesbianstudies
libchrist.com/bible/celibacy.html
libchrist.com/poly/contents.html
liberator.net/articles/prostitution.html
libertynet.org/cblsl/index.html
liminalityland.com/aediculaantinoi.htm
lindarw.net/english.php
linksmanager.com/tantramagic/
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 110 of 133

```
linksyouth.org/pride.htm
liontchai.com/gay-us
lisalees.com/trans/out/
lists.topica.com/lists/gaysask/
lists.topica.com/lists/growingupsexually
lists.topica.com/lists/lazycd
listserv.brown.edu/archives/bifem-1.html
livejournal.com/community/bisexual/
livejournal.com/community/faghags
livejournal.com/community/gaywriters/
livejournal.com/community/polyamory/
livejournal.com/users/polyamarie/
livejournal.com/users/samanthainheels
logcabin.org/logcabinca
logcabin.org/logcabinca/sacramento_chapter.html
logcabin.org/logcabintexas/dallas_home.html
logoonline.com/video/franchise.jhtml
logotv.com/queersighted/
lomaprieta.sierraclub.org/gls/
lonelygods.com/hom.html
looking-glass.greenend.org.uk/orchi.htm
lot47.com/lie/
louisville.edu/rso/commonground/
loveaddicts.org/laahome.html
loveforcouples.com/livinglove/
lovemakesafamily.org/lovemakesafamily/
lovemore.com/conferences
lovewithoutlimits.com/articles.html
lovewithoutlimits.com/registration.html
luc.edu/orgs/advocate/
luc.edu/orgs/rainbow/
lucarinfo.com/dragonhead/
luckymojo.com/altmagicktantrafaq.html
luckymojo.com/sacredsex.html
luckymojo.com/tkclitorislarger.html
lucys-web.tv/home.htm
lucys-web.tv/index.htm
lumison.co.uk/~magnificat/
lunamorena.net/open/
lunamorena.net/pride/
lyris.iislists.com/read/
m.webring.com/hub
mabenterprises.com/gaychristians/index1.html
madisonave.ca/~mattyboy/index2.html
madstop.org/moonhaus/gender.html
magazines.ivillage.com/redbook/experts/sex
magazines.ivillage.com/redbook/sex/great/articles/0,12840,284442_289138,00.html
magazines.ivillage.com/redbook/sex/turn/articles/0,12840,284443_289187,00.html
mailbase.ac.uk/lists/trans-academic/
mailbase.ac.uk/lists/trans-theory/
mailbase.ac.uk/lists/trans-theory/1998-10/0149.html
main.org/binetaustin/
male101.com/edi/
male101.com/faqs/
male101.com/faqs/pn/pollnow1.html
male101.com/heterosexuality.html
male101.com/male-masturbation.html
male101.com/synonyms.html
mama-shop.com/oralsex/
mama.indstate.edu/users/nizrael/grafenberg.html
managingdesire.org/relationships.html
mangen.com/stonewall/
mango.lioness.net/elise/elise.html
```

Page 38

```
mango.lioness.net/elise/speech.html
mapdot.info/soapbox8.htm
maplecherry.org/indsq.html
marauder.millersville.edu/~muallies/
mariuxdf.freeshell.org/webe/
markbingham.com/fund.html
markbingham.org/fund.html
marlen-tv.narod.ru/english.html
marriage.about.com/cs/straightspouses/
marriagelaw.cua.edu/default.htm
marshall.edu/muls/
maui.net/~niyaso/articles.html
mayoclinic.com/health/sex-education/hq00547
mayoclinic.com/invoke.cfm
mccombs.utexas.edu/students/glgbn/glgbn_resources_employgroup.htm
meadowgateabbey.com/oceansquares/
med.umn.edu/fp/phs/phsindex.htm
med.umn.edu/fp/phs/tgs.htm.
medhelp.org/www/ais
medhelp.org/www/ais/33_surgery.htm
medhelp.org/www/ais/index.htm
media.swin.edu.au/surveyor/survey.asp
medibolics.com/freq2.htm
mednet.gr/archives/1999-5/452.html
megspace.com/lifestyles/andreacdgurl
member.newsguy.com/~phoenix/
members.ams.chello.nl/hvroij/
members.aol.com/_ht_a/dayton1gc/outdayton.html
members.aol.com/_ht_a/rinsone600/advice/
members.aol.com/_ht_a/stormal/myhomepage/
members.aol.com/_ht_a/veganboy69
members.aol.com/abbyanjack/
members.aol.com/afcleveland
members.aol.com/angelcomix/
members.aol.com/bcsm
members.aol.com/bernardgi/
members.aol.com/biforumut/index.htm
members.aol.com/bosco390/
members.aol.com/caffmos/index.html
members.aol.com/calakemen/
members.aol.com/cdinny/index.html
members.aol.com/cebijp/index.html
members.aol.com/chrisco57/881_midtown_court.html
members.aol.com/christinacruz03/enter.htm
members.aol.com/cogayboi/cogayboi/
members.aol.com/cowboyskr/
members.aol.com/d1talent/webpage.html
members.aol.com/dalembert/lgbt_history/nazi_biblio.html
members.aol.com/dcxpod/
members.aol.com/diahanna/diahanna.html
members.aol.com/eye4bears/index.html
members.aol.com/gayjews/
members.aol.com/gendervariant/
members.aol.com/gendervariant/apiring.htm
members.aol.com/gendervariant/faith/muslim/webring.htm
members.aol.com/gendervariant/faith/pagan/webring.htm
members.aol.com/gendervariant/latring.htm
members.aol.com/gendervariant/naring.htm
members.aol.com/gendervariant/prime/
members.aol.com/gendervariant/prime/bi.htm
members.aol.com/gendervariant/prime/gayring.htm
members.aol.com/gendervariant/prime/lesbianring.htm
members.aol.com/gendervariant/sports/soccerring.htm
```

Page 39

```
members.aol.com/grrrlromeo/
members.aol.com/gunnyding/christ.htm
members.aol.com/hisissy/
members.aol.com/horsemom2/
members.aol.com/how2video/welcome.htm
members.aol.com/integritycalgary/
members.aol.com/janetxx1/
members.aol.com/karaflynntg/index2.html
members.aol.com/kcscorpiox/kcsx.html
members.aol.com/kylesbnb/index.html
members.aol.com/legalint/
members.aol.com/legalint/conf.html
members.aol.com/lionprayer
members.aol.com/lolforever/index.html
members.aol.com/lorinorris/
members.aol.com/mac1tobe/macindex.html
members.aol.com/marinersc/connect/biyouth/
members.aol.com/marinersc/connect/faith/christian/index.htm
members.aol.com/marinersc/connect/yrw/index.htm
members.aol.com/matrixwerx/glbthistory/hidden.htm
members.aol.com/matrixwerx/oduglbt/oduglbt.htm
members.aol.com/michelegeiger/
members.aol.com/mslesliepink/lp.htm
members.aol.com/nowsm/smprp.html
members.aol.com/ourhiddenagenda/
members.aol.com/outboat/
members.aol.com/pbarainbow/
members.aol.com/pedrogay/gayghost.html
members.aol.com/pepverlag2/iglyo/iglyo.html
members.aol.com/plbearclub/
members.aol.com/radclyffeh/page2/index.htm
members.aol.com/rbeau/
members.aol.com/rebecaauge/index.html
members.aol.com/ricegala/
members.aol.com/rinsone400/award/
members.aol.com/scslpgh/index.html
members.aol.com/sebringsil/sex.htm
members.aol.com/shaktima/sprsex.html
members.aol.com/spikeakaspike/
members.aol.com/t971gb/
members.aol.com/tflavell/
members.aol.com/theloego/gay/
members.aol.com/thevajra/extreme/
members.aol.com/tjfronczak/lesgayparenting.htm
members.aol.com/ucconapastor/ucconapastor/index.html/index.html
members.aol.com/wabaldwin/sbpolys.html
members.aol.com/wepray4you/
members.aol.com/wildnetc/index.htm
members.aol.com/youngal/sangat.html
members.aol.com/zektallen/nooutrage.html
members.chello.nl/e.pardio/
members.cox.net/2azboys/
members.cox.net/klschaefer/tsindex.html
members.cox.net/tylerrr/
members.cruzio.com/~quanta/qtantra1.html
members.fortunecity.com/aldavid/index.html
members.fortunecity.com/jayekayetv/tmovies/0.htm
members.fortunecity.com/rogue88/
members.fortunecity.com/str8/str8talk
members.lycos.co.uk/beckystorm/
members.lycos.co.uk/cybele
members.lycos.co.uk/fionafi36/
members.lycos.co.uk/geeson641/index-bisex2.html
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 113 of 133

```
members.lycos.co.uk/immerse
members.lycos.co.uk/lucycduk/index.htm
members.lycos.co.uk/secret_cd/
members.madasafish.com/~lazydays/
members.multimania.co.uk/fionafi36/
members.multimania.co.uk/geeson641/index-bisex2.html
members.multimania.co.uk/secret_cd/
members.optusnet.com.au/blgpc/
members.ozemail.com.au/~nonstop/
members.ozemail.com.au/~qstage/
members.ozemail.com.au/~stormboy/
members.shaw.ca/curlingwithpride/
members.shaw.ca/dawmar/
members.shaw.ca/ladyfatal/
members.shaw.ca/mscruelladivine/
members.shaw.ca/mwsc/
members.shaw.ca/samasutra/
members.tde.com/pflagbldr/index.html
members.tgforum.com/bobbyg/tgfgnl.html
members.tgforum.com/ceciliab/
members.tgforum.com/francine/homepage/hpage.htm
members.tgforum.com/jami/index.html
members.tgforum.com/jamie/
members.tgforum.com/jamie/airhead.html
members.tgforum.com/jamie/ggblues.html
members.tripod.com/%7emoonhowler/religionlk.htm
members.tripod.com/%7emphawaii/
members.tripod.com/bali_boy/index.html
members.tripod.com/boundbydesign
members.tripod.com/boundbydesign/
members.tripod.com/chubnchaseryouth/
members.tripod.com/deanny0/
members.tripod.com/dragoneyescollection/
members.tripod.com/ericfleming_1
members.tripod.com/ericfleming_1/
members.tripod.com/gaynewseditor/
members.tripod.com/gayresources/
members.tripod.com/glsen_ky/
members.tripod.com/heatherglen/index.htm
members.tripod.com/keith.morgan/
members.tripod.com/lynn.shanks/
members.tripod.com/markislam
members.tripod.com/markislam/
members.tripod.com/nagsa/
members.tripod.com/nameless0_/
members.tripod.com/nazbr
members.tripod.com/nazbr/
members.tripod.com/newbalanceguy/
members.tripod.com/ontopnz/index1.html
members.tripod.com/patsworld0/
members.tripod.com/photo_by_little_wolf/
members.tripod.com/realisticdaydreams/realisticdaydreams.html
members.tripod.com/samuel10011-ivil/
members.tripod.com/samuel10011-ivil/domesticviolence/id15.html
members.tripod.com/toni_richards/
members.tripod.com/~asatruq/
members.tripod.com/~biwca/
members.tripod.com/~brian779/me.html
members.tripod.com/~bwgraphics/
members.tripod.com/~cadillacsquares/index.htm
members.tripod.com/~darrenbf/index2.html
members.tripod.com/~djs28/
members.tripod.com/~gaygame/
```

Page 41

```
members.tripod.com/~joncub/index.html
members.tripod.com/~kfortin/lesbians.html
members.tripod.com/~linda255/music.html
members.tripod.com/~mgrhsgsa/mgrhsgsa.html
members.tripod.com/~mongrelsbone/thenewdoghouse.html
members.tripod.com/~moon_beams4us/index.html
members.tripod.com/~moonhowler/religion1k.htm    .
members.tripod.com/~mphawaii/
members.tripod.com/~neofish2/
members.tripod.com/~orthogays/
members.tripod.com/~pbc_1/pbc.html
members.tripod.com/~pmhiii/
members.tripod.com/~primetimer/index.html
members.tripod.com/~princess_shari/index.html
members.tripod.com/~sigma_mu/index.html
members.tripod.com/~troyham/index-7.html
members.tripod.com/~willyryder/
members.tripod.com/~womens_voices/bf100/disclaim.html
members.westnet.com.au/samanthacassidy/
members3.boardhost.com/leunam/
members4.boardhost.com/locah
membres.lycos.fr/motard/
membres.multimania.fr/motard/
mengyuan.com.au/guesthouse/infbedandbreakfastgl.htm
menstuff.org/issues/byissue/reproduction.html
mentalhelp.net/perspectives/articles/art05966.htm
mergemag.org/1998/farley.html
messageboards.ivillage.com/iv-psfamporn
metrokc.gov/health/glbt/transgender.htm
metromate.org.uk/amm/gmfa/
mf2fm.com/vicky
mhsanctuary.com/gender/board.htm
mhsanctuary.com/gender/board2.htm
mhsanctuary.com/gender/chat.htm
midnightsprince.homestead.com/darknighthome.html
mincava.umn.edu/bibs/samesex.htm
mincava.umn.edu/documents/bibs/samesex/samesex.html
mincava.umn.edu/documents/glbtdv/glbtdv.html
mindprod.com/ggloss/ggloss.html
mindspring.com/~alawrence/
mindspring.com/~bcglm1/welcomingparish.html
mindspring.com/~ddayz/
mindspring.com/~outlanta/
miniclan.org/tigris
missouri.edu/~lgbt/
missvicky.net/fiction.htm
mitglied.lycos.de/eratonet/
mixx.com/feeds/159140
mnsu.edu/dept/reporter/reparchive/11_10_98/news6.html
molalla.net/~djackson/
montages.blogspot.com/2005/01/i-exist-and-in-name-of-allah.html
moongsil.com/study/yaoi_eng.pdf
moonslice.com/gay
mormonismi.net/kirjoitukset/jensen1.shtml
moss-fritch.com/alice.htm
moss-fritch.com/ftmdiary.htm
moss-fritch.com/hormones.htm
moss-fritch.com/religion.htm
moss-fritch.com/transsexual.htm
moss-fritch.com/ts_and_marriage.htm
motherjones.com/commentary/columns/2000/03/brandon.html
motherjones.com/politics/2000/03/boys-do-cry
motherjones.com/reality_check/brandon.html
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 115 of 133

motherwit.com/greatsexsecretdesires/
mountainpridemedia.org/backiss.htm
mountainpridemedia.org/oitm/issues/2001/feb2001/fea01_faghag.htm
mountainpridemedia.org/oitm_index.htm
mourninginamerica.us/lwawa/index.php
mpvusa.org/index.php
msmagazine.com/oct00/makingthecut.html
msnbc.com/news/891173.asp
msnbc.com/news/sexplorationh_front.asp
msstate.edu/org/glbf/
msu.edu/user/glfsa/
msu.edu/~tunechri/
msu.mcmaster.ca/glbt/
mtsu.edu/~baustin/homobg.html
mtsu.edu/~baustin/lautmann.html
muextension.missouri.edu/xplor/hesguide/humanrel/gh6002.htm
multiweb.cz/pens_james/
mun.ca/lbgt/
mun.ca/the
mundanebehavior.org/issues/v3n1/barcan.htm
mundinhos.org/ingles/indexing.htm
murdoch.edu.au/elaw/issues/v3n4/vickers.html
muse.jhu.edu/journals/glq/
musicweb.uk.net/classrev/2001/sept01/britten_brewer.htm
mvuc.org/welcoming.html
my.execpc.com/~dmmunson/tsc2k/stephenwhittle.htm
my.execpc.com/~dross/pol/
my.name-services.com/17781/page99.htm
my.webmd.com/medical_information/condition_centers/sexual_conditions/
mypage.iu.edu/~sjbeanbl/pride.htm
mypage.uniserve.ca/~lowman/
myria.home.mindspring.com/indigo/index.html
myschoolcenter.com//health/diseases/intersexuality.shtml/health/diseases/intersexuality.shtml
mysexlifeonline.com/sexualityquestions.htm
mysite.verizon.net/res6mka1/
mysite.verizon.net/reso7qa9
mysite.wanadoo-members.co.uk/09fishstreet/
mysite.wanadoo-members.co.uk/anitajones
mysite.wanadoo-members.co.uk/intransigence/index.htm
mysite.wanadoo-members.co.uk/rainbow_divas/
myspace.com/basementattickrecords
myspace.com/courtofkings
myspace.com/danielle_marie_labelle
myspace.com/deepdickollective
myspace.com/ezzythedj
myspace.com/kevinallred
myspace.com/markislam
myspace.com/sugartruckrecordings
myspace.com/tulsatwospirits
myspace.com/wallawallapflag
mywebpage.netscape.com/acceptsyd/
mywebpages.comcast.net/hairyblue/
naatanet.org/exhibition/html/sfiaaff97/programs/queer.html
nadyalec.com/imagining/fiction/fiction.html
nap.edu/catalog/6109.html
natfhe.org.uk/help/eqlag.html
nbtsc.org/~ftmichael/transgender.html
nbtsc.org/~zander05/
ncbear.com/enter/
ncf.ca/gay/police-gay/
ncf.ca/ip/sigs/life/gay/bi/bi
ncf.ca/~ad097/ic-home.html

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 116 of 133

```
ncf.carleton.ca/~ad097/ic-home.html
nclrights.org/projects/transgenderproject.htm
nclrights.org/site/pageserver
negia.net/~kma/goodnews.htm
nesl.edu/students/outlaw.htm
nessaglen.performers.co.uk/index.htm
netspace.net.au/~twowheel/mtweb/
netwurx.net/~bidef/
newfrontier.com/nepal
newfrontier.com/nepal/events.htm
newfrontier.com/nepal/swami1.htm
newfrontier.com/nepal/tantra-article.html
newfrontier.com/tantra
newint.org/issue201/sodom.htm
news.findlaw.com/hdocs/docs/scotus/lwrnctx62603opn.pdf
news.yahoo.com/fc
news.yahoo.com/fc/health/sex_and_sexuality/
news.yahoo.com/fc/world/gays_and_lesbians
news.yahoo.com/top-stories/gay-lesbian-issues
news.yahoo.com/topics/same-sex-marriage
ngltf.org/library/
ngpa.org/content.aspx
ngpa.org/education.html
nih.gov/nia/health/agepages/aids.htm
nine9.ukshells.co.uk/galva108/
niu.edu/lgbt/
nlgja.org/students/aarons.htm
nohate.com/shanelouis/
nolo.com/resource.cfm/catid/64c2c325-5daf-4bc8-b4761409ba0187c3/
northbound-train.com/gaymedia.html
northbound-train.com/whoislgb.html
northwestern.edu/gluu/
notchwebdesign.com/keithjack/
now.org/issues/lgbi/stats.html
npg.org.uk/gayicons/
npr.org/templates/story/story.php
nvsh.nl/english/
nvsh.nl/society/index.htm
nypl.org/research/chss/grd/resguides/gay.html
nypl.org/research/chss/spe/rbk/igic.html
nytimes.com/2003/06/22/fashion/22metr.html
nytimes.com/2004/02/12/national/12cnd-fris.html
nytimes.com/packages/khtml/2007/05/17/us/20070517_gay_feature.html
o.webring.com/hub
oak.cats.ohiou.edu/~opendoor/
oberlin.edu/stuorg/lambda/
oberlin.edu/stuorg/lgbtu/
obgyn.net/avtranscripts/pcossandiego_futterweit2.htm
observer.guardian.co.uk/comment/story/0,6903,508105,00.html
octobertech.com/october/handbook.nsf
oddworldz.com/royalties/royalties.htm
odin.dep.no/bfd/engelsk/publ/handbooks/004071-120027/index-dok000-b-n-a.html
odos.uiuc.edu/lgbt/
ogham.org/bi-pagan
ogham.org/uk-bi/
oha.doe.gov/doeglobe/info.htm
ohio.edu/lgbt/
ohio.edu/orgs/ally/
olemiss.edu/orgs/glba/
oneworld-publications.com/cgi-bin/cart2/commerce.cgi
online96.com/seniors/gay.html
oocities.com/j_b_trio/
oocities.com/olofper/index_eng.html
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 117 of 133

```
open.uoguelph.ca/sexconf/
openweave.org/ncpoly/
opuscommgroup.com/indexb.html
oregonstate.edu/groups/rcosu/
orgelbear.com/bearorganists
orgs.jmu.edu/harmony/
orgs.muohio.edu/spectrum/
orgs.okstate.edu/soda/
orgs.unt.edu/glad/
orgs.usd.edu/glbta/
orgs.utulsa.edu/tublgta/
orgsites.com/ri/sari/
oscn.net/applications/oscn/deliverdocument.asp
otherbear.com/fem.html
ou.edu/glbtf/
ou.edu/student/glba/
ourcivilisation.com/aids/not/evidence.htm
ourguys.com/softball/
ourworld-top.cs.com/adixiebear/index.html
ourworld.compuserve.com/homepages/cathytg/index.htm
ourworld.compuserve.com/homepages/dp5/sex1.htm
ourworld.cs.com/geocureyou/
ourworld.cs.com/scoutsnapdi/
out.com/detail.asp
outarounddetroit.com/guide
outhistory.org/wiki/main_page
outletradio.com/tparty.htm
outproud.org/brochure_coming_out.html
outproud.org/brochure_for_parents.html
outsports.com/jocktalkblog/category/baseball/
outzone.org/outzone/frontpage.htm
ozemail.com.au/~ghostv/contents.html
ozemail.com.au/~mtozer/welcomepage2.htm
ozemail.com.au/~pponnud/tantric_workshop.htm
ozguys.homestead.com/horace_and_percy.html
ozonehouse.org/services-lgbtq_support.shtml
p076.ezboard.com/fbutchdykeboy5326frm7
p097.ezboard.com/bmothersagainstpornographyaddiction
p208.ezboard.com/btitaniumorchids
pacificcenter.org/queeryouth.html
pages.eidosnet.co.uk/jennysplace/
pages.eidosnet.co.uk/~pariss/
pages.infinit.net/dragons/
pages.interlog.com/~firebox/
pages.interlog.com/~mcgillbb/
pages.interlog.com/~sarah/themenace/pages/menace1.htm
pages.prodigy.net/seniornude
pages.prodigy.net/tamoo/
pages.sbcglobal.net/dlslater/
pages.sbcglobal.net/texasrat/index.html
pages.videotron.com/blitz911/
pages.zoom.co.uk/lgs/gw.html
papers.ssrn.com/sol3/papers.cfm
parisathome.fr/uk/ukindex.htm
pariscub.free.fr/pariscub-index.html
passportmagazine.com/gayweddings.php
pbs.org/outofthepast/home.html
pbs.org/wgbh/pages/frontline/shows/assault/
pbs.org/wgbh/pages/frontline/shows/porn/
pchal.org/index.htm
pcsproud.org.uk/about_proud.html
pd-pals.com/postcarddestinations.html
peaceandlove.ca/aidssexmyth.html
```

Page 45

```
pegasus.cc.ucf.edu/~ucfglbsu/
penandinc.us/clients/angle/
people.bu.edu/outlaw/
people.bu.edu/spectrum
people.clemson.edu/~cgsa/
people.clemson.edu/~cgsa/new/
people.delphiforums.com/sunwolf1/queerthelema.html
people.smu.edu/spectrum/
perfectly.ca/words/
perso.wanadoo.fr/djbrecords/
personalweb.smcvt.edu/ally/
petitiononline.com/afnkt/petition.html
petting-zoo.org/relationships01.html
philanthrofund.org/scholarship-description.htm
phillyfests.com/piglff/
phillygaycalendar.com/pages/org.php
physweekly.com/archive/99/08_16_99/pc.html
picucci.net/star/relationships/tgso.shtml
pinette.net/chris/flags/gay/
pinkangels.co.uk/pearl/
pinktriangle.org.uk/glh/
pipeline.com/~jordinyc/casanova.htm
pipeline.com/~jordinyc/kingdef97.html
pipeline.com/~jordinyc/torr/
planetout.com/chat/
planetout.com/news/roundups/package.html
planetout.com/pno/about/contributors/green.html
planetout.com/pno/about/contributors/stryker.html
planetout.com/pno/entertainment/news/splash.html
planetout.com/pno/multimedia/television/archive/
planetout.com/pno/news/roundups/issues/military.html
planetout.com/pno/people/features/2000/11/religion/
planetout.com/pno/popcornq/
planetout.com/pno/popcornq/features/movieawards/
planetout.com/pno/popcornq/fests/
planetout.com/pno/radio/
planetout.com/popcornq/db/getfilm.html
planetout.com/travel/
plannedparenthood.org/educational-resources/for-parents/how-to-talk-to-your-child-ab
out-sex.htm
plannedparenthood.org/parents/howto_page1.html
plannedparenthood.org/pp2/portal/medicalinfo/femalesexualhealth/
plannedparenthood.org/pp2/portal/medicalinfo/parenting/pub-parents-teen-talk.xml
plannedparenthood.org/sti/lesbian.html
plannedparenthood.org/womenshealth/sexuality.htm
plaza28.mbn.or.jp/~dyke/lesfemi.welcome.html
plover.com/rainbowice/
plover.com/rainbowice/indexri.html
plusve.org/data/usercontentroot/home/
pmtcorp.com/gelshapes.htm
pmtcorp.com/gelshapes.html
pnc.com.au/~voyager/
pobox.upenn.edu/~center/
polyamory.org/sf/groups/obpd.html
polyamory.org/sf/groups/tristate.txt
polyamory.org/sf/mail-lists.html
polyamory.org/sf/openheart/ohp.html
polyamory.org/sf/poly-folks.html
polyamory.org/spin/index.html
polyamory.org/~joe/polypaper.htm
polyboston.org/lists/listinfo/announce/
polychromatic.com/bigi/
polychromatic.com/pfp/
```

```
popimage.com/content/viewnews.cgi
popimage.com/industrial/082900creators1.html
poptel.org.uk/lynne.jones/legal.htm
portugalgay.com/viagens_uk.html
portugalpride.org/lang.asp
positive.org/home/index.html
positive.org/justsayyes/index.html
positive.org/justsayyes/safesex.html
powercordcommunications.org/page774.html
prairienet.org/%7estar/tgso.html
prairienet.org/~star/poly.html
prairienet.org/~star/tgso.html
praize.com/ministries/sanctifiedsingles
prelectur.stanford.edu/lecturers/garber/viceversa.html
pridecentre.com.au/memorial/
pridenet.com/senior.html
pridenet.com/trans.html
pridesites.com/omelissokomos/
priory.com/psych/disparat.htm
proudparenting.com/adoption
proudparenting.com/page.cfm
psychology.ucdavis.edu/rainbow/html/comeout1.html
psychology.ucdavis.edu/rainbow/html/sexual_prejudice.html
psychology.ucdavis.edu/rainbow/index.html
psychologyhelp.com/sex.htm
psychotherapist.net/sex-therapy.html
psychpage.com/gay/index.html
psychpage.com/learning/library/gay/comeout.html
psychpage.com/learning/library/gay/gayvio.html
pub.multnomah.lib.or.us/dcfs/dv/dvman/resgay.html
pub.umich.edu/daily/1999/sep/09-24-99/news/news2.html
pub113.ezboard.com/fbeforepregnancyfrm55
pub28.bravenet.com/forum/show.php
pub37.bravenet.com/forum/show.php
pub70.ezboard.com/f2waystreet80438frm1/
pub72.ezboard.com/bmshollyksclublife
pub78.ezboard.com/btitaniumorchids
pub82.ezboard.com/fbutchdykeboy5326frm7
public.coe.edu/orgs/alliance/
public.iastate.edu/~vraymond/homepage.html
publish.hometown.aol.com/pflag4muskogee/myhomepage/index.html
puk.de/ivanova/regeln_eng.html
punkerslut.com/articles/freeloveisfreeexpression.html
punkerslut.com/articles/modernsexual.html
punkrockpenguin.net/faghags/
purpleroofs.com/europe/belgium.html
purpleroofs.com/mexico/index-mexico.html
pweb.netcom.com/~lavillas/cabaret.html
q.webring.com/hub
qis.net/~daruma/samesex.html
qmmunicate.com/index.html
qnet.org.au/content/faqs_and_articles/publications/yes_i_am.pdf
qnet.org.au/smf/
qrd.org/qrd/electronic/email/queerlaw
qrd.org/qrd/electronic/email/spouse-support
qrd.org/qrd/orgs/hrc/
qrd.org/qrd/trans/
qrd.org/qrd/www/events/ggiv/
qrd.org/qrd/www/legal/lgln/
qrd.org/qrd/www/orgs/aja/
qrd.org/qrd/www/world/europe/turkey/islamottoman.htm
qrd.tcp.com/qrd/www/orgs/aja/
qrd.tcp.com/qrd/www/orgs/uua/uu-interweave.html
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 120 of 133

```
quaker.org/flgbtqc/
queencitysoftball.tripod.com/buffalo
queer.org.za/gayyouth/
queermusicheritage.com/outradio.html
queerpopculture.com/index.xml
queerschlag.de/index.php
queerschlag.de/queerschlag-regatta.htm
queerschlag.de/summary.htm
queersighted.com/2009/08/14/fast-fingering-the-new-gay-activism/
queertheory.com/articles/articles_goulart_trans101.htm
queertheory.com/cultures/queer_pet_culture.htm
queertheory.com/cultures/straight_women_gay_men.htm
questionthis.org/franksex.html
quine.org.uk/support/gbwg/
radford.edu/~glbsu/
radix.net/~dglenn/words/glenn-bio.html
rainbowoutreach.org/center/glbtpublications.htm
rainbowquery.com/categories/transgender.html
rainbowyouthgroup.homestead.com/home.html
rand.org/publications/rb/rb7537/
rand.org/pubs/research_briefs/rb7537/index1.html
rank-outsiders.org.uk/info/
rank-outsiders.org.uk/info/default.shtml
rapereliefshelter.bc.ca/issues/menewes.html
rawa.org/rospi.htm
rch.org.au/publications/cais.pdf
rch.unimelb.edu.au/cah/
rch.unimelb.edu.au/publications/cais.pdf
rdmstudios.com/ourmarriage/
rdrop.com/users/ramblers/
reachout.com.au/index.asp
readinglips.com/copy/author.html
realm-of-shade.com/meretrix/
realmagick.com/articles/53/1553.html
redbookmag.com/289138
reddit.com/r/lgbt
reelmoviecritic.com/id1074.htm
reinventingmyself.com/sex.html
relatedbychoice.com/article_adoption_services.htm
relationship-love.com/advice/sex-tip-and-advice/index.html
religion-online.org/showarticle.asp
religioustolerance.org/bisexuality.htm
religioustolerance.org/hom_epis.htm
religioustolerance.org/hom_isla.htm
religioustolerance.org/hom_mari.htm
religioustolerance.org/hom_quak.htm
religioustolerance.org/masturba.htm
remus.dti.ne.jp/%7ewings/e96thumbs.html
remus.dti.ne.jp/~wings/e96thumbs.html
renaldi.com/portfolio/elderly1.html
research.universalclass.com/i/research/6472-syllabus.htm
restech.wustl.edu/%7espectrum/
restrooms.org/standing.html
rhondadyane.transgender.org.au/index.html
rice.edu/openmagazine
rickie-lee.com/1st-pg.html
rickie-lee.com/winaward.html
rickx.com/sermon
ringsurf.com/netring
ringsurf.com/ring/campuslinks/
ringsurf.com/ring/faghag/
ringsurf.com/ring/gaydiary/
ringsurf.com/ring/gayguys/
```

```
ringsurf.com/ring/gaystraightalliance/
ringsurf.com/ring/gaytd/
rmnetwork.org/prnet/
rockbitch.tv/welcome.html
rockhawk.com/homosexuals_in_history.htm
romanceopedia.com/a-beingtranssexual.html
romeo424.tripod.com/reflectiveromeo/
ropi.net/au1
roxydoll.com/heather/brandon.html
roygbiv.co.uk/instant_kama_sutra
rpi.edu/dept/llc/writecenter/web/genderfair.html
rpi.edu/dept/union/glba/public_html/
rslevinson.com/gaylesissues/cal/blhistcal.htm
rslevinson.com/gaylesissues/comingoutstories/blcoming.htm
rslevinson.com/gaylesissues/gfg/blgfg.htm
rso.cmich.edu/gaystraightalliance/
rso.cornell.edu/cugsa/
rso.cornell.edu/haven/
rsts.net/topics/porn.html
rsuonline.ca/index.php
ryesac.ca/services/healthy/ryepride.html
rzero.com/books/rainbow.html
rzero.com/diffangle/
s3.invisionfree.com/queerism/
s7.invisionfree.com/glbt_youth/
sa.hbs.edu/glsa/
sa.psu.edu/lgbt/
sa.psu.edu/lgbt/b_
sa.psu.edu/lgbt/b_m_scholarship.shtml
sa.ucsb.edu/sgd/
sa.utoronto.ca/area.php
saatoronto.homestead.com/index.html
sacred-texts.com/sex/index.htm
sacrederos.com/events/index
sacredsex.co.za/index2.html
safefamilies.org/recovery.php
saferchild.org/sex.htm
safeschoolscoalition.org/policyanalysisproject-final10-6-02.pdf
safeschoolscoalition.org/rg-homeless.html
salli.org/english.html
salon.com/comics/lay/1999/04/13/lay/index.html
salon.com/ent/feature/2002/07/22/metrosexual/print.html
salon.com/ent/movies/int/1999/02/25int.html
salon.com/entertainment/movies/int/1999/02/25int.html
salon.com/health/feature/1999/04/05/sex_police/
salon.com/mwt/broadsheet/feature/2009/03/05/leibovitz/
salon.com/politics/war_room/archive.html
samvak.tripod.com/incest.html
sanctuaryforfamilies.org/les_batt.htm
sandimari.com/transgender.htm
sandrafirebird.tripod.com/myworld/
sanjosecounseling.com/sex-addiction.htm
sapphire.indstate.edu/~mpflugshaup/
sappho.com/vintage/crossdressers.html
sappho.net/euro-sappho/
sapphogr.net/loa/eg/index.htm
sarahasp.brinkster.net/sarah.html
sba.vermontlaw.edu/groups/alliance/main.html
sbu.ac.uk/stafflag/abunuwas.html
sbu.ac.uk/stafflag/people.html
sbu.ac.uk/stafflag/splitbritches.html
sbu.ac.uk/~stafflag/football.html
sbu.ac.uk/~stafflag/history.html
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 122 of 133

sbu.ac.uk/~stafflag/janeharrison.html
scarleteen.com/article/gaydar
scarleteen.com/gaydar/
scarleteen.com/sexuality/abstinence.html
scc.net/~t-bonham/edlinks.htm
scenicverve.com/queerverve/today.html
schoolofawakening.com/tantra-uk.php
schools.tdsb.on.ca/triangle/
schoolzone.co.uk/teachers/jft/timeout/homefamily/copingwithyourchild.htm
scils.rutgers.edu/~biglaru/
scmp.mq.edu.au/futuresex/abstracts.html
scn.org/activism/harveymuggy/
scn.org/~spg/
scottowen.org/sowen/out.asp
scribd.com/doc/31098429/sexual-identity-and-sex-change
scu.edu/safespace/index.html
secretaddictions.com/forum
secretaddictions.com/forum/
seedmagazine.com/news/2006/06/the_gay_animal_kingdom.php
selfhelpmagazine.com/articles/child_behavior/sexdev.html
selfishprotein.net/cherryj/
senet.com.au/~gavan/
sensesofcinema.com/contents/00/8/queer.html
sensualforyou.com/poly
sensualfusion.com/sf/home.htm
sensuaorganics.com/tantric-love-tips/
serf.org/~jon/soc.bi/
serv.net/~llyra/poly/
services.glma.org/referrals/
sex-project.com/l/
sex-therapy.com.au/home.html
sexeditorials.com/anatomy/penis-length.html
sexeditorials.com/het/
sexeditorials.com/masturbation/index.html
sexeditorials.com/theory/
sexeditorials.com/theory/addiction.html
sexeditorials.com/theory/metro.html
sexetc.org/page/glossary/
sexpositiveculture.org/index_html
sexquest.com/sexquest.html
sexquest.com/sexualhealth/rjnoonan-diss-abstract.html
sexsmart.com/sexualaddiction.htm
sexuality.about.com/od/seekingsexualhelp/a/sextherapyfaq.htm
sexuality.org/concise.html
sexuality.org/l/cu/birev_24.html
sexuality.org/l/cu/bism_24.html
sexuality.org/l/davids/cn124.html
sexuality.org/l/davids/cn67.html
sexuality.org/l/lesbigay/glbfilm.html
sexuality.org/l/polyamor/polymeet.html
sexuality.org/l/transgen/intvoca.html
sexuality.org/polyamor.html
sexualwholeness.com/isw/resources/7093/farree2001.pdf
sexuarium.eu/what-is-wrong.htm
sfaf.org/aboutsfaf/outreach/may97/transgender.html
sfdph.org/dph/comupg/oservices/medsvs/hlthctrs/tomwaddellhlthctr.asp
sfgate.com/cgi-bin/article.cgi
sfgate.com/cgi-bin/article.cgi%3ffile%3d/chronicle/archive/2000/07/04/mn72774.dtl
sfpl.org/index.php
sfpl4.sfpl.org/librarylocations/main/glc/glc.htm
sfsi.org/wiki/main_page
sfsu.edu/~bulletin/current/programs/humsexst.htm
sfu.ca/community/sexwork.htm

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 123 of 133

sfu.ca/out-on-campus/
sfusd.k12.ca.us/schwww/sch505/projects/harvey/harvey.html
shanesnipes.com/simon/
shapingsf.org/ezine/gay/files/whitengt.htm
sheerchaos.org/comics/ct2001/index.html
shepherd.edu/alliesweb
shepherd.edu/alliesweb
sheridanc.on.ca/staff/clarkj/public_html/journalism/lw_onln/homo.html
shgconsulting.net/prideemploynet
sho.com/queerduck/
shore.net/~cosa
shortbreaks.destinationmanchester.com/lesbianandgay/
shsu.edu/~org_glbfa/
sianna.com/users/amber
siecus.org/pubs/biblio/bibs0005.html
siecus.org/pubs/biblio/bibs0006.html
siecus.org/pubs/biblio/bibs0021.html
siecus.org/school/preg/preg0000.html
sipa.columbia.edu/students/quipasa/
sirenssecrets.com/mysticalsex.html
siriusxm.com/outq
sissify.com/juice/
sites.google.com/a/bmofa.org.au/the-bear-men-of-adelaide/
sites.google.com/a/spiritualfruits.com/spiritual-fruits-christian-and-gay/
sites.google.com/site/brooklyncollegelgbta/
sites.google.com/site/glbtworld/
sites.google.com/site/pflagshreveport/
sites.uol.com.br/akiva/
six.com.au/semen/
skyridge.org/index.htm
slaa.nu/index_eng.htm
slais.ubc.ca/courses/libr500/fall1999/www_presentations/c_hogg/default.htm
slate.com/id/2108318/
slu.edu/organizations/rainbow/
smartgroups.com/groups/bibynature
smartgroups.com/groups/ksa-uk
smartgroups.com/groups/lesbiansincanada
smartgroups.com/groups/transgendered
smokycity.com/mvmc/index.html
smu.edu/womenscenter/allies/
soapboxgirls.com/jul02/articles/rain1.html
soapboxgirls.com/soapboxgirls/jul02/articles/rain1.html
soberdykes.org/maillist.html
soc-motss.org/index1.html
soc.ucsb.edu/sexinfo/
sociallgbt.com/home.php
socio.demon.co.uk/cyborgasms.html
sociosite.org/pornography.php
sodomylaws.org/usa/montana/gryczan.htm
sojuser.hyperchat.com/madameblackrose/guide-to-fellatio.html
sojuser.hyperchat.com/madameblackrose/teen-sex.html
solbaram.org/articles/family.html
solhaam.org/articles/family.html
songweaver.com/gender/gendergallery.html
songweaver.com/gender/rage.html
songweaver.com/gender/teena.html
songweaver.com/lists/transgen.html
songweaver.com/lists/wombat.html
sophia.smith.edu/~apeloqui
sos.se/fulltext/123/2001-123-20/summary.htm
southalabama.edu/asd/
southalabama.edu/glbta/
southerndecadence.net/grand-marshal.htm

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 124 of 133

southerndecadence.net/shirley-q-liquor.htm
southfloridafun.com/index.cfm
sover.net/~bland/paceline.htm
sover.net/~rc/muse/
soyouwanna.com/site/syws/sexchange/sexchange.html
spark-online.com/may00/media/nick_adams.html
speakeasy.org/~reed
spectator.net/1160/pages/1160_steinberg.html
spermbrain.com/blog
spermbrain.com/mr-science
spermbrain.com/sex-survey/
spermbrain.com/sexy-questions/
spermbrain.com/the-sex-blog/
spot25.ch/as-lang.html
springerlink.com/content/104942/
spunk.org/library/pubs/ajoda/36/sp001384.txt
spunk.org/texts/pubs/lr/sp001714/gender.html
ssc.wisc.edu/ssss/ed_ops.htm
ssmu.mcgill.ca/lbgtm/
ssnetwk.org/index.shtml
ssrc.org/fellowships/sexuality/
staffs.ac.uk/schools/humanities_and_soc_sciences/sociology/level3/prost3.htm
stagedrecovery.com/sexspiritreport.htm
stanford.edu/group/masque/
stanford.edu/group/qr
stanford.edu/group/qr/
state.hi.us/jud/20371.htm
stcloudstate.edu/glbt/
stcloudstate.edu/~mblgtcc/
steaphan.com/fss/
stephenco.com/ttuqacom/
stewartwallace.com/harvey_milk.htm
stfx.ca/people/asdax/
stfx.ca/people/glbx/
stmichaelbarnes.org/ylgc
stoa.org/diotima/anthology/lucian.shtml
stoneraven.tripod.com/index.html
stonewall.org.uk/information_bank/parenting/144.asp
stophate.us/shepard/
store.yahoo.com/bjdub
stormloader.com/valerie/tg.html
stormpages.com/lpsister/
story.news.yahoo.com/fc
stphilipscathedral.org/conleytext.html
straightway.sinfree.net/resources/
streetnewsservice.org/index.php
student.lssu.edu/~pride
student.ru.nl/d.f.janssen/gus/gusindex.htm
student.virginia.edu/~lambda1/
studentgroups.ucla.edu/mahu
studenthome.nku.edu/~commonground/
studentorg.vcu.edu/queeraction
studentorg.vcu.edu/smsa
students.missouri.edu/~triangle/
students.som.yale.edu/sigs/alliance/default.htm
studiondr.com/comics/pique/piquemain.html
studiondr.com/piquemain.html
studyrama.com/rubrique.php3?id_rubrique=2593
stuorg.iastate.edu/alliance/
stuorg.iastate.edu/lgbtaalliance/
sugroups.wustl.edu/~pride/
suite101.com/welcome.cfm/being_butch
suite101.com/welcome.cfm/gay_parenting_families

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 125 of 133

```
suite101.com/welcome.cfm/lesbian_issues
suite101.com/welcome.cfm/womens_sexuality
sundress.net/erin/
sunsite.unc.edu/gaylaw/
sunspotcreations.tripod.com/lbgweddings/
supct.law.cornell.edu/supct/html/historics/ussc_cr_0478_0186_zs.html
superliminal.com/melinda/passingglances.htm
suphawut.com/gvb/gayly/gay_history1.htm
survivalcreek.com/alaskans/
susans.org/reference/gfam2.html
susans.org/reference/10thsrs.html
suspectthoughts.com/twisted5.html
susqu.edu/gsa/
swade.net/lesbian/tribal_chant/les_hist.html
sweetdreamz.com/69/
sydney247.com.au/show_place.asp
symposion.com/ijt/
symposion.com/ijt/ijtguide.htm
symposion.com/ijt/soc_2001/index.htm
syntropo.com/home/
t.webring.com/hub
tamfs.org/new/osbornesnepjc.asp
tantra-ifc-the-art-of-conscious-love.com/teacher_training.html
tantra-sex.com/tantra.html
tantra.com/articles.html
tantra.com/articles/
tantra.com/workshop.html
tantra.com/workshops/
tantra.cz/tantricworkshops/
tantric-goddess.org/tantric_workshop_dates.html
tc.umn.edu/nlhome/m201/colem001/hbigda/hstndrd.htm
tc.umn.edu/~colem001/was/wasindex.htm
tc.umn.edu/~glbtanet/
tcrc.acor.org/tclinks6.html
teamseattle.org/orca
teamunify.com/home.jsp
techcrunch.com/2006/10/11/eight-social-networking-sites-for-men-who-love-men/
techno.de/mixmag/98.06/gayhiphop/gayhiphop.1.html
technodyke.com/features/patcalifa4.asp
tegenwicht.org/04_intol_en/statement_04.htm
telerama.com/~corwin/explorer.html
tellingpictures.com/films/2.html
telusplanet.net/public/jeffbri/
temenos.net/bi
temenos.net/davidmariner/
temenos.net/gay
temenos.net/trans
temenos.net/women
texasdude.com/matthew.htm
tgcomics.com/cover.php
tgender.net/taw/
tgguide.com/activism
tgguide.com/people/amy/roadmap.html
tgguide.com/people/amy/voice.html
tgguide.com/tggchat/
tgwebbuilders.com/dia/
tgwebbuilders.com/tgr1/movies.html
thatp.com/thatp/historyp.html
the-penis.com/gay.html
the-penis.com/hypospadias.html
the519.org/programsservices/transprograms
the519.org/public_html/programs/trans/index.shtml
theafa.org/resources/lgbt_professional_network/all
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 126 of 133

```
thealexanderfoundation.org/scholarship.html
thebody.com/bp/jan98/old_aids.html
thebody.com/bp/nov96/transg.html
thebody.com/content/art30598.html
thebody.com/content/art30967.html
thebody.com/index/whatis/gaymen.html
thebody.com/whatis/gaymen.html
thecastro.net/gaygames/gaygamehist.html
thecentersd.org/youthhousingproject.php
thecompact.org/swim4life/
thegully.com/essays/gaymundo/020220_gay_israel_history.html
thegully.com/essays/gaymundo/020313_chrystos_native_gay.html
thegully.com/essays/gaymundo/020702_transgender_p_park.html
thegyc.com/content/view/120/193/
theithacajournal.com/news/stories/20001106/opinion/37412.html
thekeep.org/~kunoichi/kunoichi/themestream/sexuality.html
thesite.org/sexandrelationships
thestranger.com/seattle/savagelove
thetaskforce.org/events/creating_change
thetaskforce.org/ourprojects/cc/index.cfm
thetaskforce.org/reports_and_research/homeless_youth
thewebcottage.com/rsvp/
thezutons.net/karma
things.org/~muffy/
thirdage.com/features/love/goddess/
thirdage.com/features/love/sexquiz/112098/112098.html
thirdage.com/loveseat/glossary/
thirdage.com/news/archive/970422-05.html
thirdage.com/sex/how-to-be-a-sex-goddess
thrf.org/cases/lawrence.htm
tiac.net/~carlptwn/
time.com/time/time100/heroes/profile/milk01.html
timeoutyouth.org/index.php
times10.org/elder.htm
times10.org/senior.htm
timesonline.co.uk/tol/comment/faith/article6734687.ece
tobyjohnson.com/stonewall.html
tokyo-lgff.org/e/
topica.com/lists/apgays/
topica.com/lists/ctc-lgb/
topica.com/lists/gaysask/
topica.com/lists/growingupsexually
topica.com/lists/lazycd
topix.com/news/gay
topix.com/news/sex
topix.com/rss/news/gay.xml
topix.net/news/gay
topix.net/news/sex
tperkins.com/nrgwork/
tperkins.com/sex/sex_surveys.htm
tps.studentorg.wisc.edu/tps/
trannyweb.com/community/blog/tiina/
trans-man.org/chat/chat.cgi
trans-man.org/montreal.html
transalliancesociety.org/documents/policy_manual3.pdf
transbay.org/resources/organizations.html
transfamily.org/letters.htm
transfamily.org/resources.letters.html
transfeminism.trans-academics.org/cms/
transgender.org/lntsss
transgender.org/stlgf/
transgender.org/tg/gidr/
transgender.org/tg/gidr/index.html
```

Page 54

transgendercare.com/medical/resources/tmf_program/default.asp
transgenderemporium.com/crossdressing_forum/
transgenderlaw.org/ndlaws/index.htm
transgenderlaw.org/news.htm
transsexual.org/shazna.html
transsexual.org/toon.html
transvestitetranssexual.com/contact.php
trevorhoppe.com/blog/
tri-ess.org/spice/cdso/cdso.htm
tripnet.com/q-nasty/
trismegistos.com/dichristi/rov.html
true-words.com/truewords/williams/journal.html
tsa.transform.to/tg/
tsfan.com/forum/index.php
tsroadmap.com/index.html
ttokarnak.home.att.net/bowers.html
tuc.org.uk/equality/tuc-2580-f0.cfm
turnabout.ath.cx/node/6
turnleft.com/out/
twitter.com/gaynewsfeed
twomoons.com/polyamory/ring/
u.webring.com/hub
uab.edu/gssa
uaf.edu/agla/
ualberta.ca/healthinfo/decisions/introduction.htm
ualberta.ca/~outreach/
ualr.edu/~glbt/
uark.edu/~pride/
ucalendar.uwaterloo.ca/arts/smf.html
ucalgary.ca/~glass/
ucalgary.ca/~ptrembla/gay-lesbian-bisexual/3g-of-color-minority-gay.htm
ucc.org/find/index.html
ucfv.bc.ca/pride/
ucfv.ca/pride/
ucsf.edu/cge/lgbtr
udel.edu/allies/
udel.edu/diversity/lgbt/
ufv.ca/pride/
uga.edu/lambda/
ugcs.caltech.edu/~cspa/
ugcs.caltech.edu/~prism/
uh.edu/global/
uh.edu/global/index.html
uic.edu/depts/paff/opa/releases/1999/agingaids_release.html
uic.edu/depts/quic/
uic.edu/depts/quic/bisandallies/
uic.edu/depts/quic/ccslgbi/scholarships_grants.shtml
uic.edu/depts/quic/gsc/
uic.edu/depts/quic/oglbc/scholarships.html
uidaho.edu/~alliance/
uiowa.edu/~glbtau
uk-webspace.com/hosted/pj/
uk.geocities.com/ally_cduk/
uk.geocities.com/androgynyuk/
uk.geocities.com/georgemcphail/
uk.geocities.com/jayne.alex%40btopenworld.com/
uk.geocities.com/stephenfinchuk/sflondon.html
uk.geocities.com/xylon99
uk.geocities.com/xylon99/
uk.groups.yahoo.com/group/gaynufcsupportersclub/
uky.edu/studentorgs/queerinfo/
umaine.edu/glbt/
umanitoba.ca/student/groups/rainbow_pride_mosaic/

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 128 of 133

```
umass.edu/stonewall/sunshine/
umass.edu/vwhc/maryv/
ume.maine.edu/~wstein/
umflint.edu/lgbt/
umich.edu/~inqueery/
umkc.edu/lgbt
umkc.edu/studo/qa
unbf.ca/clubs/spectrum/
unca.edu/alliance/
uncg.edu/student.groups/pride/
uncharted-worlds.org/gender/genderq.htm
uncharted-worlds.org/spindex.htm
uncoolcentral.com/six_beers/
und.edu/org/tenps/
unet.brandeis.edu/~ssis/
unf.edu/groups/glba/
uni-theatre.freeyellow.com/aqtinfo.html
unifi.org.uk/equality/
unison.org.uk/out/index.asp
unity.org/directoryfinder.html
uofaweb.ualberta.ca/healthinfo/nav02.cfm
uoguelph.ca/~gqe/
uoregon.edu/~program/
uottawa.ca/student/glbtq/
upenn.edu/gse/academics/eld/human_sex.html
upress.umn.edu/books/l/levine_harmful.html
us.cnn.com/2002/showbiz/12/09/rawhide.kid.gay/
usask.ca/education/breaking-the-silence/
usask.ca/education/edfdt/breaksilence.htm
usc.edu/isd/archives/clgh/
usc.edu/isd/archives/oneigla/
usc.edu/isd/archives/oneigla/clgh/
usc.edu/isd/archives/oneigla/onepress/reviews/japanhomosexuality.html
usc.edu/isd/archives/oneigla/tb/
usc.edu/isd/archives/queerfrontiers/queer/papers/holmes.long.html
usc.edu/libraries/archives/queerfrontiers/queer/papers/holmes.short.html
usc.edu/student-affairs/lambda_alumni_assn/
usc.uwo.ca/clubs/qwo
usd.edu/student-life/orgs/glba/
users.aber.ac.uk/dgc/gay/gay_film.html
users.aber.ac.uk/dgc/gay/gay_film.html
users.adelphia.net/%7emiranda_vey/
users.adelphia.net/~jimswanson/
users.adelphia.net/~miranda_vey/
users.bigpond.com/papapalya
users.bigpond.net.au/mikey79/
users.cybercity.dk/~dko12530/
users.cybercity.dk/~dko12530/hunt_for_danish_kz.htm
users.cybercity.dk/~dko12530/queerhis.htm
users.cybercity.dk/~dko6983/
users.pandora.be/hesbaybears/
users.rcn.com/ahajnal//bi/who.html
users.rcn.com/rayzrealm/
users.rcn.com/spac/com.html
users.skynet.be/sky71435/
users.skynet.be/stael.martin/homepage.htm
users.southeast.net/~help/
users.telenet.be/hesbaybears/
users.telenet.be/jari
userwww.sfsu.edu/~queer/
ushmm.org/museum/exhibit/online/hsx/
usrf.org/news/010308-guevedoces.html
ussu.ca/lgbcentre/
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 129 of 133

ussu.ca/lgbtacentre/
ussu.ca/pridecentre/
usu.edu/pride/
utah.edu/lgsu/
utc.edu/~spectrum/
utopia-asia.com/acchotel.shtml
utsc.utoronto.ca/~lgbtq/index.html
uua.org/obgltc/
uua.org/obgltc/resource/history.html
uua.org/obgltc/wcp/state.html
uucava.org/uuga.htm
uvm.edu/~jpatters
uwf.edu/gsa/
uwo.ca/pridelib/
uwo.ca/pridelib/family/
uwrf.edu/gay-straight-alliance/
uwrf.edu/history/glb.html
uwsp.edu/stuorg/gsa/
v.webring.com/hub
vanderbilt.edu/vupress/jamisongreen.html
vaw.umn.edu/finaldocuments/glbtdv.htm
vermontlaw.edu/student/alliance/
verve.org/henry/
vexen.co.uk/human/masturbation.html
vffdungeon.com/cd.html
vickiecollins.com/frames.html
vicnet.net.au/~aissg
victoria.tc.ca/community/vlscs/
victorianweb.org/science/freud/develop.html
village.fortunecity.com/etheridge/876/
villagevoice.com/issues/0125/qtoc.php
villanova.edu/bglov
virtualcity.com/youthsuicide/index.htm
virtualcity.com/youthsuicide/links8a.htm
virtualcity.com/youthsuicide/links9.htm
virtualcity.com/youthsuicide/links9a.htm
virtualvoyage.com/soapbox/sandy.htm
visitmanchester.com/experience.aspx
viswiki.com/en/lgbt
vitalinfocenter.com/sexual/sex_tips_advice.html
vixxie.com/blog
vk-online.de/inhalte/inhalte_andere_sprachen/inhalte_eng/englisch.htm
vpul.upenn.edu/lgbtc/
vtpride.org/may99/hwdomabuse2.htm
w.webring.com/hub
w3.arobas.net/~bnb/
wabash.edu/orgs/shout/home.htm
wam.umd.edu/~ninad/
warren-wilson.edu/~alliance/
web.apc.org/~jharnick/violence.html
web.ics.purdue.edu/~triangle
web.mac.com/lotonpark/loton_park/welcome.html
web.mit.edu/21fms/www/faculty/henry3/pub/spock.html
web.mit.edu/cms/people/henry3/pub/spock.html
web.mit.edu/hudson/www/
web.mit.edu/thistle/www/v9/9.06/4bisexuality.html
web.qx.net/xmen
web.tiscali.it/nonnopoldo
web.tiscali.it/nonnopoldo/
web.ukonline.co.uk/agitor/ftm
web.ukonline.co.uk/agitor/ftm/db.html
web.ukonline.co.uk/transsexual.org
web.ukonline.co.uk/transsexual.org/

Case 2:11-cv-04212-NKL    Document 7-7    Filed 08/15/11    Page 130 of 133

```
web.ukonline.co.uk/william.johnston
web.utk.edu/~lambda/
web.uvic.ca/~ahdevor/
web.uvic.ca/~erick123/
web2.airmail.net/harlow
web2.uwindsor.ca/courses/sociology/maticka/star/index.html
webgrrls.com/eva/feminism.html
webpages.charter.net/stellaspage/
webpages.charter.net/stellastvpage/
webpan.com/dsinclair/trek.html
webring.com/hub
webring.com/t/gay-spiritual-sites
webspace.webring.com/people/md/drew724u/drew/main.html
webspace.webring.com/people/nr/rachellesbian/
webspace.webring.com/people/tn/niccoberetta/
webspace.webring.com/people/up/pharsea/
webspawner.com/users/dyan222/
webspawner.com/users/prideoncampus/index.html
webspawner.com/users/rockofchristchurc/
webspawner.com/users/rockofchristchurc/index.html
webspawner.com/users/rosettivsbuchanan
webspawner.com/users/sjlwoc
webster.edu/~woolflm/oldergay.html
websteruniv.edu/~woolflm/oldergay.html
webworqs.com/g3/apartheid.html
webworqs.com/users/robalo
webworqs.com/users/suz/symbols.html
well.com/user/aquarius/
well.com/user/aquarius/egypt.htm
well.com/user/queerjhd/
wesleyan.edu/wesunity/
westga.edu/~lambda/
westom.com/coolsite
westom.com/coolsite/
wh2o.org/polo.htm
wh2o.org/swim.htm
whatexit.org/tal/index.html
whatexit.org/tal/mywritings/dimsum.html
whitecranejournal.com/wc01092.htm
whog.eu/tg/
whosoever.org/v2issue2/index.html
widgetbox.com/network/glbt
wikipedia.org/wiki/pornography
wild-max.com/lovegate/
wildheartsranch.com/index17.html
wildheartsranch.com/index2.html
willow.dyndns.org/footnotes/pronouns.html
winsonshuen.com/blog/
witchvox.com/xgay.html
wiu.edu/users/mitfeh/
wku.edu/dept/org/student/diversity
wku.edu/dept/org/student/diversity/
wmm.com/catalog/_makers/fm34.htm
womanabuseprevention.com/html/same-sex_partner_abuse.html
womens-health.com/boards/sex/
womenshistory.about.com/library/weekly/aa073099.htm
woodrow.org/teachers/bi/1994/chromosomes.html
wordspy.com/words/metrosexual.asp
world.std.com/~courage/
world.std.com/~khvastun/index.html
writingnerd.tripod.com/zerocool/
wsmsh.org.uk/coming-out/index.html
wvu.edu/%7ebigltm/
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 131 of 133

```
wvu.edu/~biglm/
wvu.edu/~bigltm/
ww4.lhj.com/lhj/category.jhtml;
www-2.cs.cmu.edu/afs/cs.cmu.edu/user/scotts/bulgarians/rainbow-flag.html
www-2.cs.cmu.edu/afs/cs/user/scotts/ftp/bulgarians/lambda.html
www-acc.scu.edu/clubs/gala/homepage.html
www-hsl.mcmaster.ca/tomflem/gay.html
www-lib.usc.edu/~retter/main.html
www-personal.umich.edu/%7ewbutler/kristol.html
www-personal.umich.edu/~wbutler/kristol.html
www-personal.usyd.edu.au/~georg/bats/index.html
www-rohan.sdsu.edu/~clgoyne/lghssd/homepage.html
www.affection.org/sexualite/
www.greenbelt.com/news/97/12/12.htm
www2.coloradocollege.edu/students/equal/
www2.fmg.uva.nl/sociosite/websoc/pornography.html
www2.fmg.uva.nl/sociosite/websoc/regulation_porno.html
www2.hawaii.edu/~lgbtq/
www2.hu-berlin.de/sexology/
www2.hu-berlin.de/sexology/bib/ganymede.htm
www2.kenyon.edu/orgs/also/
www2.ncsu.edu/ncsu/stud_orgs/lgsu
www2.rz.hu-berlin.de/sexology/gesund/archiv/gus/gus_afs.htm
www2.rz.hu-berlin.de/sexology/gesund/archiv/ies/usa08.htm
www2.ucsc.edu/uclgbta/
www20.brinkster.com/str8/
www21.brinkster.com/tmen/survey/index.html
www27.brinkster.com/nikkijones
www28.brinkster.com/premejaculation
www3.alpha-net.ne.jp/users/taqo/
www3.ncbi.nlm.nih.gov/htbin-post/omim/dispmim
www3.sympatico.ca/charlr/
www3.sympatico.ca/guyroshima/
www3.telus.net/makingwaves/
www3.telus.net/prcl/
www3.telus.net/youngconsulting/
www4.tpg.com.au/stuew/
wwwsshe.murdoch.edu.au/intersections/issue3/mclelland2.html
wyattvaldez.homestead.com/home.html
x.webring.com/hub
xanga.com/quiteoutburst
xmission.com/~fractil/religion
xq.com/apollomedia/miriam.html
xq.com/cliff/index.html
xs4all.nl/~schluter/amsterdampride/
xtwkrs.org/index.php
xxxchurch.com/default.asp
xyxo.org/isgi/
yorku.ca/tblgay/
youngaustrian.tripod.com/worldofyoungdusan/
youth-guard.org/gabi/bills_story.html
youth-guard.org/youth/
youth-suicide.com/gay-bisexual/
youth-suicide.com/gay-bisexual/links2.htm
youth-suicide.com/gay-bisexual/links9a.htm
youthresource.com/community/bisexual_youth/
youthresource.com/community/deaf/
youtube.com/user/coleywog
youtube.com/user/jefferyself
youtube.com/user/williamsledd
yukinyan.net/crossdressing/
yukinyan.sakura.ne.jp/portrait/e_index.php
zami.org/scholarship.htm
```

Page 59

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 132 of 133

```
                              urls.txt
zeus.uwindsor.ca/courses/sociology/maticka/star/index.html
ziplink.net/~glen/compaqplus/
zzapp.org/awes/egcm/
zzapp.org/lambdadivers/
```

Case 2:11-cv-04212-NKL   Document 7-7   Filed 08/15/11   Page 133 of 133