# LakeNewsOnline.com

## District disagrees with ACLU complaint

**By Joyce L. Miller**
lakenewsonline.com
Posted Aug 12, 2011 @ 09:00 AM

Recommend  Sign Up to see what your friends recommend. 

Camdenton, Mo. — Despite criticism by the ACLU, the Camdenton School district officials say a complaint from the ACLU is not going to change their policy or their approach to monitoring sexually explicit/pornographic Internet sites when students return to class next week.

The school district was cited by the ACLU as one of many across the country that allegedly violate students' constitutional rights by filtering certain types of sites. The ACLU's position is that the district's filtering software is too restrictive and prohibits students from accessing information online. An example cited were sites that advocated for the fair treatment of lesbians and gays.

Superintendent Tim Hadfield said the district's first and foremost responsibility is to protect students from sexually explicit/pornographic information. The district does not feel its system of filtering Internet sites has violated students rights. Part of the problem, Hadfield said, is the ACLU was given incorrect information.

Hadfield said Camdenton was one of many schools cited by the ACLU for using a specific type of filtering system. However, Camdenton does not use that particular system. The district customized its own system.

"The ACLU said we were using that specific type of software and we are not," he said. "Our district technology administration has created a system for the district. We do not specifically filter sites promoting alternative lifestyles. We do specifically block sites that are inappropriate and will continue to do so. We disagree with their position and turned the issue over to our attorney to address."

The district has and will continue to make exceptions for students when they make a request to view sites that are automatically filtered as long as those sites do not violate the district's policies. The district has made certain requested sites which are not sexuality explicit are open.

Hadfield said the district was notified of the ACLU's complaint by letter.

Contact Lake Media Editorial Director Joyce L. Miller at **joyce.miller@lakesunonline.com**.

Copyright 2011 Serving Missouri's Lake of the Ozarks region including Osage Beach, Camdenton, Lake Ozark, Eldon and Sunrise Beach. Some rights reserved

## Popular Videos

     

First Person: Medal of Honor Recipient | Heavy rainfall hits the US | Six dead in Jersey knife attack | Stage collapses at Sugarland concert, 5 dead | Heavy rain, flooding sweep East Coast | Google Motorola deal 'a wake-up call'

Comments (3)
FireDogLake
3 days ago
Report Abuse
You must be logged in to report abuse.

∎

∎

[ Report Abuse ]

I n - t h e - m i d d l e ... on this one. I see both sides, but will go with the views held by the Camdenton School officials. We are an open society, but we live by rules and laws. We may have rights, but then many of those rights are really privileges ... rights cannot be taken away - privileges can.

Responsibilities have to be added to the rights and privileges considerations, and in this case, I hold that the Camdenton School officials are acting well within their responsibilities.

MY ARGUMENT: schools are a place of learning - the schools decide on the curriculum and how to meet the intended goals. They then, not the ACLU, have an almost (note the word almost) exclusive right to decide on the books - materials - tools - resources -formats - etc., that will be used - the Internet is no more than yet another tool. Also, we, as parents, have the right to assume that schools are taking rasonable measures to assure that our children focus on what's intended within the curriculum.
la8rga8r
2 days ago
Report Abuse
You must be logged in to report abuse.

Report Abuse

ACLU does nothing better than causing problems...
comfort
3 hours ago
Report Abuse
You must be logged in to report abuse.

Report Abuse

Aclu should mind their own business . These are our children . It is our RIGHT to raise them in a manner we choose.. In the recent weeks we have seen the results of a society that does not uphold proper manners and decorum as model behavior. The racial rioting in Philly , detroit,Wisconsin and even Kansas city. All of which can be blamed on a lack of control and interaction between parents and children .

Then when a school district tries to protect the children from the rot certain segments of our society puts out they are threatened By the ACLU
Login or register to post a comment:



Contact us | Privacy Policy | Terms of Service | About our Ads

Serving Missouri's Lake of the Ozarks region including Osage Beach, Camdenton, Lake Ozark, Eldon and Sunrise Beach | 918 N. Business Route 5 Camdenton, MO 65020

Copyright © 2006-2011 GateHouse Media, Inc. Some Rights Reserved

Original content available for non-commercial use under a Creative Commons license, except where noted.

SEO by eLocalListing | Advertiser profiles | RadarFrog Merchant Directory