UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| Parents, Families, and Friends of Lesbians and Gays, Inc., et al., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 2:11-cv-04212-NKL |
| Camdenton R-III School District; et al., ) ) | |
| Defendants. ) | |

MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

Comes now Plaintiff Jane Doe, by her next friend John Doe, and moves this Court for entry of an order granting them leave to proceed under pseudonyms. In support of this motion, Plaintiff states:

1. Plaintiff Jane Doe, a minor who attends Camdenton High School, seeks leave to, along with her next friend, proceed under a pseudonym to protect her privacy and to avoid retaliation.

2. In this case, Plaintiff Jane Doe challenges her school district's viewpoint discrimination in its selection of information available in its library by operation of an Internet filter.

3. Use of a pseudonym is appropriate because: (a) Plaintiff is challenging a government action; (b) no Defendant would be prejudiced in defending against this suit; (c) Plaintiff is a minor; (d) there is a serious risk that Plaintiff would suffer injury if publicly identified; and (e) there is no other means of protecting

Plaintiff's legitimate interests. Identification of Plaintiff Jane Doe's father and next friend would effectively identify her.

4. In further support of this Motion, Plaintiffs rely upon their Suggestions in Support of Motion to Proceed Under Pseudonym.

WHEREFORE Plaintiff Jane Doe moves this Court for entry of an order granting her and her next friend leave to proceed under pseudonyms in this action and allowing such other or further relief as is appropriate under the circumstances.

Respectfully Submitted,

By       /s/ Anthony E. Rothert

Mark Sableman #36276
A. Elizabeth Blackwell #50270

THOMPSON COBURN LLP
One U.S. Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000

msableman@thompsoncoburn.com
eblackwell@thompsoncoburn.com

Anthony E. Rothert, # 44827
Grant R. Doty, # 60788
American Civil Liberties Union of Eastern Missouri

454 Whittier Street
St. Louis, Missouri 63108
314-652-3114
FAX 314-652-3112

tony@aclu-em.org
grant@aclu-em.org

- 2 -

Case 2:11-cv-04212-NKL   Document 25   Filed 08/30/11   Page 2 of 4

Joshua A. Block
James Esseks
LGBT Project
ACLU Foundation
125 Broad Street, Floor 18
New York, New York 10004
(212) 549-2600
FAX 212-549-2650

jblock@aclu.org
jesseks@aclu.org

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

      I hereby certify that on August 30, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Thomas A. Mickes
Betsey A. Helfrich
MICKES GOLDMAN O'TOOLE, LLC
555 Maryville University Drive
Suite 240
St. Louis, Missouri 63141

*Attorneys for Defendants*
*Camdenton R-III School District*
*and Timothy E. Hadfield*

                                      /s/ Anthony E. Rothert