UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| Parents, Families, and Friends of Lesbians and Gays, Inc., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 2:11-cv-04212-NKL |
| Camdenton R-III School District; et al., | ) ) ) | |
| Defendants. | ) | |

MOTION FOR APPOINTMENT OF NEXT FRIEND

Comes Plaintiff Jane Doe, by her next friend and father, John Doe, pursuant to Rule 17(c) of the Federal Rules of Civil Procedure, and moves the Court to appoint John Doe as next friend of Jane Doe for purposes of instituting and prosecuting the above action, based upon the following grounds:

1. John Doe is the father of Jane Doe, a minor under the age of 18 on whose behalf he desires to initiate and prosecute an action for declaratory judgment, injunctive relief, and the recovery of nominal damages sustained as a result of Defendants' unconstitutional policy, custom, and practice of viewpoint discrimination.

2. Jane Doe has no conservator of her estate, and it is, therefore, necessary that a next friend be appointed to represent her for the purposes of instituting and prosecuting the above action.

3. John Doe, who is a competent and reasonable person, consents to be appointed next friend for Jane Doe for purposes of instituting and prosecuting this action on her behalf and acknowledges responsibility for the costs of this action.

WHEREFORE it is respectfully requested that John Doe be appointed as next friend of Plaintiff Jane Doe for the purpose of initiating and prosecuting this case.

Respectfully Submitted,

By     /s/ Anthony E. Rothert

Mark Sableman #36276
A. Elizabeth Blackwell #50270

THOMPSON COBURN LLP
One U.S. Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000

msableman@thompsoncoburn.com
eblackwell@thompsoncoburn.com

Anthony E. Rothert, # 44827
Grant R. Doty, # 60788
American Civil Liberties Union of Eastern Missouri

454 Whittier Street
St. Louis, Missouri 63108
314-652-3114
FAX 314-652-3112

tony@aclu-em.org
grant@aclu-em.org

Joshua A. Block
James Esseks
LGBT Project
ACLU Foundation
125 Broad Street, Floor 18
New York, New York 10004
(212) 549-2600
FAX 212-549-2650

jblock@aclu.org
jesseks@aclu.org

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

      I hereby certify that on August 30, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Thomas A. Mickes
Betsey A. Helfrich
MICKES GOLDMAN O'TOOLE, LLC
555 Maryville University Drive
Suite 240
St. Louis, Missouri 63141

*Attorneys for Defendants*
*Camdenton R-III School District*
*and Timothy E. Hadfield*

                                            /s/ Anthony E. Rothert